I, DANETTE BIVINS, Operations Supervisor of NATIONAL AMERICAN INSURANCE COMPANY, do hereby certify that to the best of my knowledge the attached is a true copy of the following policy:

Policy No:        MP29540335
Insured:          C & M Contractors, LLC
Effective Date:   January 1st, 2024


_____        6-17-24
**Danette Bivins, Operations Supervisor**        **Date**

**EXHIBIT**

1

## OPTION TO WAIVE STACKING OF UNINSURED MOTORIST COVERAGE

When more than one vehicle is insured under one or more policies providing uninsured motorist coverage, the stated limit for uninsured coverage shall apply separately to each vehicle so insured. The limit for coverages available for an insured shall be the sum of the limits for each motor vehicle as to which the injured person is an insured.

A named insured may waive coverage providing stacking of uninsured motorist coverage in which case the limits of coverage available under the policy for an insured shall be the stated limits for the motor vehicle as to which the injured person is an insured. The premiums for an insured who exercises such waiver shall be reduced to reflect the different cost of such coverage.

The named insured may exercise the waiver of the stacked limits of uninsured motorist coverage by signing the following written rejection form:

## UNINSURED COVERAGE LIMITS

By signing this waiver, I am rejecting stacked limits of uninsured motorist coverage under the policy for myself and members of my household under which the limits of coverage available would be the sum of limits for each motor vehicle insured under the policy. Instead the limits of coverage that I am purchasing shall be reduced to the limits stated in the policy. I knowingly and voluntarily reject the stacked limits of coverage. I understand that my premiums will be reduced if I reject this coverage.

C & M CONTRACTORS, LLC
_____
**Named Insured**

_____
**Signature of First Named Insured**

MP29540335
_____
**Policy Number**

12/28/2023
_____
**Date Signed**

01/01/2024
_____
**Policy Effective Date**

(C00106)

UM 2-OK (Ed. 8-94)



# Certificate of Completion

## Summary

| | |
|---|---|
| Title | C&amp;M CONTRACTORS UM2-OK 8-94 |
| File name | C&amp;M CONTRACTORS UM2-OK 8-94.pdf |
| Status | Completed |
| Document guid: | IrSZyNLKBJWO4d_bHvQrAu10q_rPY92_ |

## Document History

| 2023-12-28 02:23:13 PM MST | Signed by Geramey Murray (geramey@rpmbuilds.com) |
|---|---|
| | IP 47.216.33.145 |

# OKLAHOMA UNINSURED MOTORIST COVERAGE LAW

## (Single Limit)

Oklahoma law gives you the right to buy Uninsured Motorist coverage in the same amount as your bodily injury liability coverage. THE LAW REQUIRES US TO ADVISE YOU OF THIS VALUABLE RIGHT FOR THE PROTECTION OF YOU, MEMBERS OF YOUR FAMILY, AND OTHER PEOPLE WHO MAY BE HURT WHILE RIDING IN YOUR INSURED VEHICLE. YOU SHOULD SERIOUSLY CONSIDER BUYING THIS COVERAGE IN THE SAME AMOUNT AS YOUR LIABILITY INSURANCE COVERAGE LIMIT.

Uninsured Motorist coverage, unless otherwise provided in your policy, pays for bodily injury damages to you, members of your family who live with you, and other people riding in your car who are injured by: (1) an uninsured motorist, (2) a hit-and-run motorist, or (3) an insured motorist who does not have enough liability insurance to pay for bodily injury damages to any insured person. Uninsured Motorist coverage, unless otherwise provided in your policy, protects you and family members who live with you while riding in any vehicle or while a pedestrian. THE COST OF THIS COVERAGE IS SMALL COMPARED WITH THE BENEFITS!

You may make one of four choices about Uninsured Motorist coverage by indicating below what Uninsured Motorist coverage you want:

**X**  I want the same amount of Uninsured Motorist coverage as my bodily injury liability coverage.

_____ I want minimum Uninsured Motorist coverage ($50,000.00 combined single limit).

_____ I want Uninsured Motorist coverage in the following amount: $_____ combined single limit.

_____ I want to reject Uninsured Motorist coverage.

_____    _____
Proposed Insured                   Effective Date

**THIS FORM IS NOT A PART OF YOUR POLICY AND DOES NOT PROVIDE COVERAGE.**

**NAMED INSURED:** C & M CONTRACTORS, LLC _____

**POLICY NUMBER:** MP29540335 _____

**UM3-OK (Ed. 11/2009)**                   **Page 1 of 1**



# Certificate of Completion

## Summary

| | |
|---|---|
| Title | C &amp; M CONTRACTORS UM3-OK 11-09 |
| File name | C &amp; M CONTRACTORS UM3-OK 11-09.pdf |
| Status | Completed |
| Document guid: | IrSZyNLKBJWO4d_bHvQrAu1Oq_rPY92_ |

## Document History

| | |
|---|---|
| 2023-12-28 02:23:13 PM MST | Checked by Geramey Murray (geramey@rpmbuilds.com)<br>IP 47.216.33.145 |
| 2023-12-28 02:23:13 PM MST | Signed by Geramey Murray (geramey@rpmbuilds.com)<br>IP 47.216.33.145 |

POLICY NUMBER: MP29540335

COMMERCIAL AUTO
NA-5 (Ed. 6/2015)
ENDORSEMENT NO.:___

# NATIONAL AMERICAN INSURANCE COMPANY

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# DRIVER EXCLUSION

This endorsement modifies insurance provided under the following:
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
AUTO DEALERS COVERAGE FORM

This endorsement changes the policy effective on the inception date of the policy or as of the date indicated below.

| Named Insured: | C & M CONTRACTORS, LLC |
|---|---|
| Endorsement Effective Date: | 01/17/2024 |

It is agreed that the insurance afforded by the policy, except protection against Uninsured Motorists coverage if afforded, shall not apply, nor will we provide a legal defense, with respect to any claim arising from accidents which occur while any automobile is being operated by:

JUSTIN SMITH
Name of Excluded Driver

Provided, however, if and to the extent state or federal law requires that we have any legal obligation to any person or entity with respect to any such accidents because of applicable minimum financial responsibility requirements, or for any other reason, our obligation shall not exceed applicable minimum financial responsibility requirements, and you agree to reimburse us for any loss or expenses we incur arising from or resulting from any such accident.

SIGNED AND ACCEPTED:

Named Insured (Principal Only)

Geramey Murray, President
Type or Print Name & Title

Witness

1/18/2024
Date

NA-5 (Ed. 6/2015)

# NATIONAL AMERICAN INSURANCE COMPANY

# POLICYHOLDER NOTICE

**This policy does not contain coverage for certified acts of terrorism.**

The Terrorism Risk Insurance Act, as amended, establishes a program within the Department of the Treasury, under which the federal government shares, with the insurance industry, the risk of loss from future terrorist attacks.   The Act applies when the Secretary of the Treasury, in consultation with the Secretary of Homeland Security, and the Attorney General of the United States certifies that an event meets the definition of an act of terrorism.  The Act provides that, to be certified, an act of terrorism must result in insured losses in excess of five million dollars in the aggregate, attr ibutable to all typ es of insurance subject to the Terrorism Risk Insurance Act; and the act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.  The federal share equals 85% through 2015; 84% beginning on January 1, 2016; 83% beginning on January 1, 2017; 82% beginning on January 1, 2018; 81% beginning on January 1, 2019 and 80% beginning on January 1, 2020, of covered terrorism losses exceeding the statutorily established deductible paid by the insurance company providing the coverage. The Terrorism Risk Insurance Act, as amended, contains a $1 00 billion cap that lim its U.S. Government reimbursement as well as insurers' liability for losses resulting from certified acts of terrorism when the amount of such losses exceeds $100 billion in any one calendar year.  If the aggregate insured losses for all insurers exceed $100 billion, your coverage may be reduced.

In accordance with the Terrorism Risk Insurance Act, as amended, we are required to offer you coverage for losses resulting from an act of terrorism that is certified under the federal program. This offer was previously provided to you in an Offer of Terrorism Cover age and Disclosure of Premium.  You were quoted $_____**514.00**__ as the premium for this coverage.

We were advised to issue th is policy without coverage for certified acts of terrorism.


MP29540335

C & M CONTRACTORS, LLC
446056 E 350 ROAD
VINITA, OK 74301-7987

# National American Insurance Company

# eRiskHub® Access Code

Your policy includes the Cyber Suite Coverage Endorsement.  A valuable resource available to customers of National American Insurance Company, who have purchased this coverage, is access to eRiskHub® (https://eriskhub.com/naico), a risk management portal designed to help business owners prepare and respond effectively to data breach and cyber attacks.  Key features of the eRiskHub® (https://eriskhub.com/naico) portal include:

> An incident response plan road map

> Online training modules

> Risk management tools

> A directory for external resources

> A news center with current articles from industry resources

> A learning center with best practices and white papers

**Other Services include:**

> Access to "TechQ" which offers FREE computer diagnostics by phone and competitive rates for virus removal, technical assistance and related digital security services

> Access to experts in recovery from cyber extortion and data breaches

> Toll-free recovery helpline

> Process to request case management services and submit expense reimbursement claims

TO TAKE ADVANTAGE OF THIS VALUABLE RESOURCE, YOU WILL NEED TO REGISTER AT https://eriskhub.com/naico.  You must have a valid Access Code in order to complete your registration.  **Your access code is 12116-334.**

PN-eRISK (2-19)

COMMERCIAL AUTO
PNCA-CDE 07 20

# COMMUNICABLE DISEASE EXCLUSION
# ADVISORY NOTICE TO POLICYHOLDERS

This Notice does not form a part of your insurance contract. No coverage is provided by this Notice, nor can it be construed to replace any provisions of your policy (including its endorsements). If there is any conflict between this Notice and the policy (including its endorsements), **the provisions of the policy (including its endorsements) shall prevail.**

Carefully read your policy, including the endorsements attached to your policy.

This Notice provides information concerning the following endorsement, which applies to your new or renewal policy being issued by us:

**Communicable Disease Exclusion, NA CA 11 07 02**

When the Communicable Disease Exclusion is attached to your policy, coverage is excluded for "bodily injury" or "property damage" arising out of the actual or alleged transmission of a communicable disease.

This exclusion applies even if the claims against any "insured" allege negligence or other wrongdoing in the:

**(1)** Supervising, hiring, employing, training or monitoring of others that may be infected with and spread a communicable disease;

**(2)** Testing for a communicable disease;

**(3)** Failure to prevent the spread of the disease; or

**(4)** Failure to report the disease to authorities.

The attachment of this endorsement may result in a reduction of coverage.

COMMERCIAL GENERAL LIABILITY
PNGL-CDE 05 20

# COMMUNICABLE DISEASE EXCLUSION ENDORSEMENT ADVISORY NOTICE TO POLICYHOLDERS

This Notice does not form a part of your insurance contract.  No coverage is provided by this Notice, nor can it be construed to replace any provisions of your policy (including its endorsements).  If there is any conflict between this Notice and the policy (including its endorsements), **the provisions of the policy (including its endorsements) shall prevail.**

Carefully read your policy, including the endorsements attached to your policy.

This Notice provides information concerning the following endorsement, which applies to your new or renewal policy being issued by us:

### Communicable Disease Exclusion Endorsement  CG 21 32

When this Communicable Disease Exclusion endorsement is attached to your policy, coverage is excluded for liability arising out of the actual or alleged transmission of a communicable disease.

The attachment of this endorsement may result in a reduction of coverage.

# NATIONAL AMERICAN INSURANCE COMPANY

**A Capital Stock Company
1010 Manvel Avenue
Chandler, Oklahoma 74834**

# COMMERCIAL LINES POLICY

THIS COVERAGE PART WITH THE DECLARATIONS PAGES,
FORMS AND ENDORSEMENTS, IF ANY, COMPLETES THE POLICY.

CLP-PJ (5/2000)

In return for payment of the premium and subject to all terms of the policy,
we agree with you to provide the insurance stated in this policy.

In Witness Whereof, the issuing Company has caused this policy to be signed by its President and Secretary and countersigned on the Declarations Page by a duly authorized agent of the Company

President

Secretary

COMMERCIAL GENERAL LIABILITY
CG P 023 05 23

# ADVISORY NOTICE TO POLICYHOLDERS

# EXCLUSION - PERFLUOROALKYL AND POLYFLUOROALKYL SUBSTANCES (PFAS)

This Notice does not form part of your policy. No coverage is provided by this Notice nor can it be construed to replace any provision of your policy. You should read your policy and review your Declarations page for complete information on the coverages you are provided. If there is any conflict between the Policy and this Notice, **THE PROVISIONS OF THE POLICY SHALL PREVAIL.**

Carefully read your policy, including the endorsements attached to your policy.

This Notice provides information concerning the following new endorsements which applies to your renewal policy being issued by us.

**FOR USE WITH THE COMMERCIAL GENERAL LIABILITY COVERAGE PART**

**CG 40 32 - Exclusion - Perfluoroalkyl And Polyfluoroalkyl Substances (PFAS)**

When this endorsement is attached to your policy, it generally excludes coverage for bodily injury, property damage and personal and advertising injury related exposures associated with perfluoroalkyl or polyfluoroalkyl substances (PFAS), including any loss, cost or expense arising out of abating, testing for, monitoring, cleaning up, or other related activities, of PFAS by any insured or by any other person or entity.

To the extent that current policy exclusions do not apply to liability arising out of PFAS, this endorsement represents a reduction of coverage.

**FOR USE WITH THE PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART; AND OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART**

**CG 34 95 - Exclusion - Perfluoroalkyl And Polyfluoroalkyl Substances (PFAS)**

When this endorsement is attached to your policy, it generally excludes coverage for bodily injury and property damage related exposures associated with perfluoroalkyl or polyfluoroalkyl substances (PFAS), including any loss, cost or expense arising out of abating, testing for, monitoring, cleaning up, or other related activities, of PFAS by any insured or by any other person or entity.

To the extent that current policy exclusions do not apply to liability arising out of PFAS, this endorsement represents a reduction of coverage.

**FOR USE WITH THE RAILROAD PROTECTIVE LIABILITY COVERAGE PART**

**CG 34 96 - Exclusion - Perfluoroalkyl And Polyfluoroalkyl Substances (PFAS)**

When this endorsement is attached to your policy, it generally excludes coverage for bodily injury and property damage related exposures associated with perfluoroalkyl or polyfluoroalkyl substances (PFAS), including any loss, cost or expense arising out of abating, testing for, monitoring, cleaning up, or other related activities, of PFAS by any insured or by any other person or entity.

To the extent that current policy exclusions do not apply to liability arising out of PFAS, this endorsement represents a reduction of coverage.

 © Insurance Services Office, Inc., 2022

IMPORTANT NOTICE TO POLICYHOLDER

EMPLOYEE BENEFITS LIABILITY COVERAGE

AVAILABILITY OF OPTIONAL EXTENDED REPORTING PERIOD

**Please be advised of the following:**

Your policy includes the Employee Benefits Liability Coverage Endorsement, Form Number CG 04 35.  This coverage is written on a claims-made and reported basis.  A "claim" for damages, because of an act, error or omission, must be first made against any insured during the policy period or an Extended Reporting Period, if purchased.

**Optional Extended Reporting Period**

You have the right to purchase an Extended Reporting Period, as described below, if:

a.   The Employee Benefits Liability Coverage Endorsement is canceled or not renewed; or

b.   We renew or replace the Employee Benefits Liability Coverage Endorsement with insurance that:

   (1)  Has a Retroactive Date later than the date shown in the Schedule of the Employee Benefits Liability Endorsement; or

   (2)  Does not apply to an act, error or omission on a claims-made basis.

**THE EXTENDED REPORTING PERIOD DOES NOT EXTEND THE POLICY PERIOD OR CHANGE THE SCOPE OF COVERAGE PROVIDED.**

The Extended Reporting Period provides for a five year extension for the reporting of claims for negligent acts, errors or omissions that were first committed before the end of the policy period but not before the Retroactive Date, if any, shown in the endorsement's Schedule.  Once in effect, the Extended Reporting Period may not be canceled.

You must give us a written request for the endorsement with in 60 days after the end of the policy period.  The Extended Reporting Period will not go into effect unless you pay the additional premium promptly when due.

**ADDITIONAL PREMIUM**

The additional premium will be 100% of the annual premium for the Employee Benefits Liability Coverage Endorsement.

NA EBL N (8-2018)

# NATIONAL AMERICAN INSURANCE COMPANY
## POLICYHOLDER NOTICE
## BUILDING RELATED ILLNESS EXCLUSION

YOUR LIABILTIY POLICY CONTRACT(S) INCLUDE THE *BUILDING RELATED ILLNESS EXCLUSION ENDORSEMENT.*

This endorsement excludes liability coverage under your general liability, commercial umbrella and professional liability policies (if any) as may arise from property damage, penalties, punitive damages, personal injury, bodily injury, sickness, disease, occupational disease, disability, death, shock, fright, mental anguish or mental injury at any time arising out of **building related illness** or **sick building syndrome.** This includes any obligation to defend or indemnify others for such loss, costs or expenses, and any loss, cost or expense arising out of any request, obligation, demand, or order to investigate, perform tests, monitor, remediate, treat, detoxify, neutralize, remove, contain, relocate or in any other way respond to or assess the cause and effects of **building related illness** or **sick building syndrome.**

**Building related illness** means when symptoms of a diagnosable illness or injury are identified or attributed to the conditions or quality of a structure or building's environment. This includes, but is not limited to, airborne building contaminants, inadequate ventilation or air quality, carbon dioxide, carbon monoxide, nitrogen dioxide, emissions from building materials, adhesives, carpeting, flooring, upholstery, furnishings, equipment, machines, tobacco smoke, pesticides, cleaning agents, radon, mold, pollen, viruses, bacteria, or other organic or toxic compounds and respirable particle matters. Other potentially harmful building related conditions subject to this exclusion include, but are not limited to, lighting and lighting sources, audio transmissions or frequencies, problems with building temperature or humidification control or plumbing, dust and dust mites, long-term or multiple exposures to sensitizing chemicals or biogenic particles, poor building design or occupant activities.

**Sick building syndrome** means situations or claims in which any person experiences loss, damage, discomfort, injury, illness or adverse health effects directly or indirectly linked to the presence of such person or property in a building and to a **building related illness** but for which there is no specific cause identified or illness diagnosed.

Please refer to the Building Related Illness Exclusion Endorsement for further details. If you have any questions about this Endorsement or any other part of your policy, please contact your National American Insurance Agent.

*This disclosure notice does not provide coverage, nor does this Notice replace any provisions of your policy. You should read your policy for complete information on the coverages you are provided. If there is any conflict between the policy and this notice, the provisions of the policy shall prevail.*

NOTICE-NAICO-01 (Ed. 3/2002)

# NATIONAL AMERICAN INSURANCE COMPANY
# POLICYHOLDER NOTICE

## PER CLAIM DEDUCTIBLE

YOUR GENERAL LIABILITY POLICY INCLUDES THE *DEDUCTIBLE LIABILITY INSURANCE* ENDORSEMENT.

Your deductible applies to coverage on a PER CLAIM BASIS and applies to all liability damages sustained by *any one person (claimant).* If a single occurrence should result in claims by more than one person, the deductible will apply to each person's individual claim.

For example:

> If this deductible were applicable to a painting contractor who was found liable for simultaneous overspray damages to five individually-owned automobiles, each of the five owners would be a *claimant,* and the deductible would apply separately to each of the five claimants.

Please discuss any questions you may have regarding the application of the deductible with your agent.

*This disclosure notice does not provide coverage, nor does this Notice replace any provisions of your policy. You should read your policy for complete information on the coverages you are provided. If there is any conflict between the policy and this notice, the provisions of the policy shall prevail.*

PN-GL-DED (Ed. 3/2004)

# NATIONAL AMERICAN INSURANCE COMPANY

## POLICYHOLDER NOTICE
## EXTERIOR INSULATION AND FINISH SYSTEMS (EIFS) EXCLUSION

Your liability policy contract includes the EXCLUSION - EXTERIOR INSULATION AND FINISH SYSTEMS (EIFS) endorsement.  This endorsement excludes liability coverage for damages that arise out of any work that you do, work that is done on your behalf or any other activity related to an "exterior insulation and finish system" (commonly called EIFS) or related to a "direct-applied exterior finish system" (commonly called DEFS).  This includes any damage to a building or structure caused by the intrusion of water or moisture through an EIFS or DEFS system for which you may be held responsible.  Please refer to the EXCLUSION - EXTERIOR INSULATION AND FINISH SYSTEMS (EIFS) endorsement for further details.

If you have questions about this form or any other part of your policy, please contact your National American agent.

This disclosure notice does not provide coverage, nor does this notice replace any provisions of your policy.  You should read your policy for complete information on the coverages you are provided.  If there is any conflict between the policy and this notice, the provisions of the policy shall prevail.

PN-NAICO-02 (9/2001)

# NATIONAL AMERICAN INSURANCE COMPANY

## POLICYHOLDER NOTICE
## SUBSIDENCE AND EARTH MOVEMENT EXCLUSION

Your policy includes the SUBSIDENCE AND EARTH MOVEMENT EXCLUSION endorsement. This endorsement excludes coverage for any loss, injury or damage, whether direct or indirect, arising out of, caused by, resulting from, contributed to, or aggravated by the subsidence, settling, expansion, sinking, slipping, falling away, tilting, caving in, shifting, eroding, mud flow, rising, earthquake, or any other movement of land or earth, whether or not any of the foregoing emanate or arise from or are related to the operations of the insured or any other person for whose acts the insured is legally liable.

If you have questions about this form or any other part of your policy, please contact your National American agent.

This disclosure notice does not provide coverage, nor does this notice replace any provisions of your policy. You should read your policy for complete information on the coverages you are provided. If there is any conflict between the policy and this notice, the provisions of the policy shall prevail.

PN-NAICO13 (Ed. 8/2014)

# COMMON POLICY DECLARATIONS



**N**ATIONAL
**A**MERICAN **I**NSURANCE
**C**OMPANY

A CAPITAL STOCK COMPANY
1010 MANVEL AVE
CHANDLER, OKLAHOMA 74834
(800) 822-7802

| POLICY NUMBER | RENEWAL OF NUMBER |
|---|---|
| MP29540335 | MP29540235 |

**NAMED INSURED:**

C & M CONTRACTORS, LLC
446056 E 350 ROAD
VINITA, OK 74301-7987

**Customer#:**  0181435

**SIC:** 1791

**Other:** _____

**POLICY PERIOD:**

From  1/01/2024    To   1/01/2025        **12:01 A.M. Standard Time at insured's mailing address.**
**Business Description:**

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY,
WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A PREMIUM IS INDICATED.
THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT.

| | PREMIUM |
|---|---|
| COMMERCIAL GENERAL LIABILITY COVERAGE PART | $    51,412.00 |
| COMMERCIAL AUTOMOBILE COVERAGE PART | $    69,156.00 |

**ACCIDENT PREVENTION SERVICE IS AVAILABLE UPON YOUR REQUEST. MAKE REQUEST BY MAIL TO: THE LOSS CONTROL MANAGER, P.O. BOX 9, CHANDLER, OK 74834 OR BY PHONE AT 800-822-7802.**

**Audit Period is:**

**TOTAL**       120,568.00

**Premium shown is payable: $**      120,568.00 at inception; $       1st Anniversary; $       2nd Anniversary

**Forms and Endorsements applicable to all Coverage Parts: SEE FORMS LIST**

Countersigned _____  By _____
            (Date)                      (Authorized Representative)

**AGENT:** 30159 A         TEDFORD & ASSOCIATES LLC
**SUBPRODUCER:**          PO BOX 1050
                          JENKS, OK 74037-1050

                                                              1/04/2024

THESE DECLARATIONS TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE PART DECLARATIONS, COVERAGE PART COVERAGE FORM(S) AND FORMS AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY.

II. 00 19 (11-85)      Includes copyrighted material of Insurance Services Office, Inc., with its permission. Copyright, Insurance Services Office, Inc , 1983, 1984

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# POLICY CHANGES

Policy Change
Number **7**

| POLICY NUMBER | POLICY CHANGES EFFECTIVE | COMPANY |
|---|---|---|
| MP29540335 | 04/24/2024 | NATIONAL AMERICAN INSURANCE COMPANY |

| NAMED INSURED | AUTHORIZED REPRESENTATIVE |
|---|---|
| C & M CONTRACTORS, LLC | |

**COVERAGE PARTS AFFECTED**

COMMERCIAL AUTOMOBILE

**CHANGES**

IN CONSIDERATION OF NO CHANGE IN PREMIUM, WE AGREE WITH YOU THAT THE FOLLOWING CHANGES ARE MADE TO THIS POLICY:

FORM NA-5 (6/15) DRIVER EXCLUSION IS HEREBY DELETED WITH RESPECT TO TRISTAN NELSON.

ENDORSEMENT #7

ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.
4/30/24 CW

| Date/Int. | Authorized Representative Signature |
|---|---|
| 4/30/2024 | |

Copyright, Insurance Services Office, Inc., 1983
Copyright, ISO Commercial Risk Services, Inc., 1983

IL 1201(11-85)                                                                 GP0006

# NATIONAL AMERICAN INSURANCE COMPANY

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## AUTO SCHEDULE CHANGES

Endorsement Effective: **04/05/2024**
Endorsement Number: **6**

Prorate Factor: **.742**
Total Premium for this Endorsement: **$1,627.00 AP**

Named Insured: **C & M CONTRACTORS, LLC**
Policy Number: **MP29540335**     Policy Effective Date: **1/01/2024**

Authorized Representative:

Coverage Parts Affected: **COMMERCIAL AUTOMOBILE**

## CHANGES

IN CONSIDERATION OF THE PREMIUM SHOWN, WE AGREE WITH YOU THAT THE FOLLOWING UNIT CHANGES APPLY:

**AUTO ENHANCEMENT: $77.00 AP**

| Unit # | Change | Year | Trade Name | Model | Serial # |
|---|---|---|---|---|---|
| 40 | ADD | 2020 | HYUNDAI | TUSCON | 2293 |

| Unit # | Class Code | ☒ Original Cost New / ☐ Stated Amount | Town & State Where Auto Will Be Principally Garaged |
|---|---|---|---|
| 40 | 07398 | 26,200 | VINITA, OK |

| Unit # | Loss Payee Name and Address |
|---|---|
| 40 | |

| | Liability | | | Medical Payments | |
|---|---|---|---|---|---|
| Unit # | Annual | Prorate | Deductible | Annual | Prorate |
| 40 | 959 | 712 | | 19 | 14 |

| | Uninsured/Underinsured | | Personal Injury Protection | |
|---|---|---|---|---|
| Unit # | Annual | Prorate | Annual | Prorate |
| 40 | INCLUDED | INCLUDED | | |

| | Comprehensive | | | | | |
|---|---|---|---|---|---|---|
| Unit # | Annual | Prorate | Deductible | Annual | Prorate | Deductible |
| 40 | 523 | 388 | 1000 | | | |

| | Collision | | | Total | |
|---|---|---|---|---|---|
| Unit # | Annual | Prorate | Deductible | Annual | Prorate |
| 40 | 587 | 436 | 1000 | 2088 AP | 1550 AP |

ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.

Page **01**   of **01**

04/24/2024 CC
Date/Initial

Authorized Representative Signature

AUTOCHG  (04/06)                     Endorsement No.: **6**

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# POLICY CHANGES

Policy Change
Number  **5**

| POLICY NUMBER | POLICY CHANGES EFFECTIVE | COMPANY |
|---|---|---|
| **MP29540335** | **03/11/2024** | NATIONAL AMERICAN INSURANCE COMPANY |

| NAMED INSURED | AUTHORIZED REPRESENTATIVE |
|---|---|
| **C & M CONTRACTORS, LLC** | |

COVERAGE PARTS AFFECTED

**COMMERCIAL AUTOMOBILE**

### CHANGES

**IN CONSIDERATION OF NO CHANGE IN PREMIUM, WE AGREE WITH YOU THAT THE FOLLOWING CHANGES ARE MADE TO THIS POLICY:**

**FORM NA-5 (06/15) DRIVER EXCLUSION, IS HEREBY ADDED PER THE ATTACHED.**

**ENDORSEMENT #5**

**ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.**
**03/14/2024   KH**

| Date/Int. | Authorized Representative Signature |
|---|---|
| **3/14/2024** | |

Copyright, Insurance Services Office, Inc., 1983
Copyright, ISO Commercial Risk Services, Inc., 1983

IL1201(11-85)                                                                          GP0006

POLICY NUMBER: MP29540335

**COMMERCIAL AUTO**
**NA-5 (Ed. 6/2015)**
ENDORSEMENT NO.: **5**

# NATIONAL AMERICAN INSURANCE COMPANY

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# DRIVER EXCLUSION

This endorsement modifies insurance provided under the following:
    BUSINESS AUTO COVERAGE FORM
    MOTOR CARRIER COVERAGE FORM
    AUTO DEALERS COVERAGE FORM

This endorsement changes the policy effective on the inception date of the policy or as of the date indicated below.

| |
|---|
| **Named Insured:** C & M CONTRACTORS, LLC |
| **Endorsement Effective Date:** 03/11/24 |

It is agreed that the insurance afforded by the policy, except protection against Uninsured Motorists coverage if afforded, shall not apply, nor will we provide a legal defense, with respect to any claim arising from accidents which occur while any automobile is being operated by:

**TRISTAN NELSON**

Name of Excluded Driver

Provided, however, if and to the extent state or federal law requires that we have any legal obligation to any person or entity with respect to any such accidents because of applicable minimum financial responsibility requirements, or for any other reason, our obligation shall not exceed applicable minimum financial responsibility requirements, and you agree to reimburse us for any loss or expenses we incur arising from or resulting from any such accident.

**SIGNED AND ACCEPTED:**

_____

Named Insured (Principal Only)

_____

Type or Print Name & Title

_____

Witness

_____

Date

**ENDORSEMENT #5**

NA-5 (Ed. 6/2015)

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# POLICY CHANGES

Policy Change
Number  **4**

| POLICY NUMBER | POLICY CHANGES EFFECTIVE | COMPANY |
|---|---|---|
| MP29540335 | 01/01/2024 | NATIONAL AMERICAN INSURANCE COMPANY |

| NAMED INSURED | AUTHORIZED REPRESENTATIVE |
|---|---|
| C & M CONTRACTORS, LLC | |

COVERAGE PARTS AFFECTED

COMMERCIAL GENERAL LIABILITY

## CHANGES

IN CONSIDERATION OF NO CHANGE IN PREMIUM, WE AGREE WITH YOU THAT
THE FOLLOWING CHANGES ARE MADE TO THIS POLICY:

FORM CL170 (01/86) COMMERCIAL GENERAL LIABILITY EXTENSION
OF DECLARATIONS, IS REVISED PER THE ATTACHED.

ADD CLASS CODE 91590 - CONTRACTORS PERMANENT YARDS

ENDORSEMENT #4

ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.
03/09/2024   KH

| Date/Int. | Authorized Representative Signature |
|---|---|
| 3/11/2024 | |

Copyright, Insurance Services Office, Inc . 1983
Copyright. ISO Commercial Risk Services, Inc.. 1983

GP0006

IL1201(11-85)

CL 170
(1-86)

# COMMERCIAL GENERAL LIABILITY
# EXTENSION OF DECLARATIONS

Policy Number    MP29540335

Location of All Premises You Own, Rent or Occupy:       LOCATION - 001  BLD# -  001

446056 E 350 RD, VINITA, OK 74301-7987

## PREMIUM

| Classification | Code No. | Premium Basis | Remuneration | Rate Pr/Co | Rate All Other | Advance Pr/Co | Premium All Other |
|---|---|---|---|---|---|---|---|
| SPECIFIC ADDL INSURED | 49950 | | 0 | 0.000 | 0.000 | $.00 | $300.00 |
| SPECIFIC ADDL INSURED | 49950 | | 0 | 0.000 | 0.000 | $100.00 | $.00 |
| EMPLOYMENT PRACTICES | 69803 | | 0 | 0.000 | 0.069 | $.00 | $3,301.00 |
| ENHANCED COVERAGE | 84338 | | 0 | 0.000 | 0.055 | $.00 | $2,401.00 |
| CONTRACTORS-SUB- CONTR NOT BLDG | 91581 | 1000 COST | 80,000 | 5.267 | 5.525 | $421.00 | $442.00 |
| CONTRACTORS PER- MANENT YARDS | 91590 | 1000 PAYRL | 0 | *INCL | 11.333 | *INCL | IF ANY |
| CYBER LIABILITY | 94444 | | 0 | 0.000 | 0.000 | $.00 | $271.00 |
| IDENTITY RECOVERY | 94444 | | 0 | 0.000 | 0.000 | $.00 | $16.00 |
| METAL ERECTION -STRUCTURAL NOC | 97655 | 1000 PAYRL | 1200,000 | 10.872 | 25.395 | $13,046.00 | $30,474.00 |

TOTAL:$   13,567.00 $    37,205.00
GRAND TOTAL:$   50,772.00

*INCL: PRODUCTS-COMPLETED OPERATIONS IS INCLUDED IN GENERAL AGGREGATE
+EXCL: EXCLUDED FROM GENERAL AGGREGATE

CL 170 (1-86)                                              3/11/2024

# NATIONAL AMERICAN INSURANCE COMPANY

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## AUTO SCHEDULE CHANGES

Endorsement Effective: **03/04/2024**
Endorsement Number: **3**

Prorate Factor: **.830**
Total Premium for this Endorsement: **$5,457.00 RP**

Named Insured: **C & M CONTRACTORS, LLC**
Policy Number: **MP29540335**
Policy Effective Date: **1/01/2024**

Authorized Representative:

Coverage Parts Affected: **COMMERCIAL AUTOMOBILE**

## CHANGES

IN CONSIDERATION OF THE PREMIUM SHOWN,  WE AGREE WITH YOU THAT THE FOLLOWING UNIT CHANGES APPLY:

STATED AMOUNT APPLIES TO VEHICLES 1 AND 12.
AUTO ENHANCED COVERAGE - $260.00 RP

| Unit # | Change | Year | Trade Name | Model | Serial # |
|---|---|---|---|---|---|
| 1 | DELETE | 2014 | AUDI | Q7 | 3304 |
| 2 | DELETE | 2017 | FORD | TRUCK | 1963 |
| 12 | DELETE | 2012 | SUBARU | OUTBACK | 4628 |

| Unit # | Class Code | ☒ Original Cost New / ☒ Stated Amount | Town & State Where Auto Will Be Principally Garaged |
|---|---|---|---|
| 1 | 07398 | 18,100 | VINITA, OK |
| 2 | 21589 | 62,080 | VINITA, OK |
| 12 | 07398 | 11,700 | VINITA, OK |

| Unit # | Loss Payee Name and Address |
|---|---|
| 1 | |
| 2 | |
| 12 | |

| Unit # | Liability Annual | Liability Prorate | Liability Deductible | Medical Payments Annual | Medical Payments Prorate |
|---|---|---|---|---|---|
| 1 | (899) | (746) | | (19) | (16) |
| 2 | (2135) | (1772) | | (14) | (12) |
| 12 | (924) | (767) | | (19) | (16) |

| Unit # | Uninsured/Underinsured Annual | Uninsured/Underinsured Prorate | Personal Injury Protection Annual | Personal Injury Protection Prorate |
|---|---|---|---|---|
| 1 | INCLUDED | INCLUDED | | |
| 2 | INCLUDED | INCLUDED | | |
| 12 | INCLUDED | INCLUDED | | |

| Unit # | Comprehensive Annual | Comprehensive Prorate | Comprehensive Deductible | Annual | Prorate | Deductible |
|---|---|---|---|---|---|---|
| 1 | (249) | (207) | 2500 | | | |
| 2 | (659) | (547) | 2500 | | | |
| 12 | (176) | (146) | 2500 | | | |

| Unit # | Collision Annual | Collision Prorate | Collision Deductible | Total Annual | Total Prorate |
|---|---|---|---|---|---|
| 1 | (326) | (271) | 2500 | (1493) RP | (1240) RP |
| 2 | (495) | (411) | 2500 | (3303) RP | (2742) RP |
| 12 | (344) | (286) | 2500 | (1463) RP | (1215) RP |

ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.

Page 01   of 01

03/09/2024 KH
Date/Initial

Authorized Representative Signature

AUTOCHG (04/06)

Endorsement No.: **3**

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# POLICY CHANGES

Policy Change
Number  **2**

| POLICY NUMBER | POLICY CHANGES EFFECTIVE | COMPANY |
|---|---|---|
| MP29540335 | 01/17/2024 | NATIONAL AMERICAN INSURANCE COMPANY |

| NAMED INSURED | AUTHORIZED REPRESENTATIVE |
|---|---|
| C & M CONTRACTORS, LLC | |

COVERAGE PARTS AFFECTED

COMMERCIAL AUTOMOBILE

### CHANGES
IN CONSIDERATION OF NO CHANGE IN PREMIUM, WE AGREE WITH YOU THAT THE FOLLOWING CHANGES ARE MADE TO THIS POLICY:

    FORM NA-5 (06/15) DRIVER EXCLUSION, IS HEREBY ADDED PER THE ATTACHED.

ENDORSEMENT #2

ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.
01/25/2024   KH

| Date/Int. | Authorized Representative Signature |
|---|---|
| 1/25/2024 | |

Copyright, Insurance Services Office, Inc., 1983
Copyright, ISO Commercial Risk Services, Inc., 1983

GP0006

IL1201(11-85)

POLICY NUMBER: MP29540335

<div align="right">

**COMMERCIAL AUTO**
NA-5 (Ed. 6/2015)
ENDORSEMENT NO.: **2**

</div>

# NATIONAL AMERICAN INSURANCE COMPANY

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# DRIVER EXCLUSION

This endorsement modifies insurance provided under the following:
  BUSINESS AUTO COVERAGE FORM
  MOTOR CARRIER COVERAGE FORM
  AUTO DEALERS COVERAGE FORM

This endorsement changes the policy effective on the inception date of the policy or as of the date indicated below.

| |
|---|
| **Named Insured:**    C & M CONTRACTORS, LLC |
| **Endorsement Effective Date:**    01/17/24 |

It is agreed that the insurance afforded by the policy, except protection against Uninsured Motorists coverage if afforded, shall not apply, nor will we provide a legal defense, with respect to any claim arising from accidents which occur while any automobile is being operated by:

JUSTIN SMITH
Name of Excluded Driver

Provided, however, if and to the extent state or federal law requires that we have any legal obligation to any person or entity with respect to any such accidents because of applicable minimum financial responsibility requirements, or for any other reason, our obligation shall not exceed applicable minimum financial responsibility requirements, and you agree to reimburse us for any loss or expenses we incur arising from or resulting from any such accident.

**SIGNED AND ACCEPTED:**

Named Insured (Principal Only)

Type or Print Name & Title

Witness

Date

ENDORSEMENT #2

NA-5 (Ed. 6/2015)

# NATIONAL AMERICAN INSURANCE COMPANY

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## AUTO SCHEDULE CHANGES

Endorsement Effective:  01/03/2024
Endorsement Number:  1

Prorate Factor:          .995
Total Premium for this Endorsement:  $6,110.00 AP

Named Insured: C & M CONTRACTORS, LLC
Policy Number: MP29540335            Policy Effective Date:  1/01/2024

Authorized Representative:

Coverage Parts Affected:  COMMERCIAL AUTOMOBILE

## CHANGES

IN CONSIDERATION OF THE PREMIUM SHOWN,  WE AGREE WITH YOU THAT THE FOLLOWING UNIT CHANGES APPLY:

AUTO ENHANCED COVERAGE - $292.00 AP

| Unit # | Change | Year | Trade Name | Model | Serial # |
|---|---|---|---|---|---|
| 38 | ADD | 2024 | FORD | PICKUP | 8527 |
| 39 | ADD | 2024 | CHEVROLET | TRAX | 2471 |

| Unit # | Class Code | ☒ Original Cost New / ☐ Stated Amount | Town & State Where Auto Will Be Principally Garaged |
|---|---|---|---|
| 38 | 01589 | 56,120 | VINITA, OK |
| 39 | 07398 | 24,289 | VINITA, OK |

| Unit # | Loss Payee Name and Address |
|---|---|
| 38 | |
| 39 | |

| Unit # | Liability Annual | Liability Prorate | Liability Deductible | Medical Payments Annual | Medical Payments Prorate |
|---|---|---|---|---|---|
| 38 | 2064 | 2054 | | 14 | 14 |
| 39 | 819 | 815 | | 19 | 19 |

| Unit # | Uninsured/Underinsured Annual | Uninsured/Underinsured Prorate | Personal Injury Protection Annual | Personal Injury Protection Prorate |
|---|---|---|---|---|
| 38 | INCLUDED | INCLUDED | | |
| 39 | INCLUDED | INCLUDED | | |

| Unit # | Comprehensive Annual | Comprehensive Prorate | Comprehensive Deductible | Annual | Prorate | Deductible |
|---|---|---|---|---|---|---|
| 38 | 916 | 911 | 2500 | | | |
| 39 | 471 | 469 | 2500 | | | |

| Unit # | Collision Annual | Collision Prorate | Collision Deductible | Total Annual | Total Prorate |
|---|---|---|---|---|---|
| 38 | 984 | 979 | 2500 | 3978 AP | 3958 AP |
| 39 | 560 | 557 | 2500 | 1869 AP | 1860 AP |

ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.          Page  01     of  01

01/25/2024  KH
Date/Initial

Authorized Representative Signature

AUTOCHG  (04/06)                        Endorsement No.:  1

POLICY NUMBER: MP29540335

NA IL 00 05 14

# NATIONAL AMERICAN INSURANCE COMPANY
## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.
# NAMED INSURED ENDORSEMENT

This endorsement modifies insurance provided under the following:

        COMMERCIAL GENERAL LIABILITY COVERAGE PART
        COMMERCIAL PROPERTY COVERAGE PART
        CRIME AND FIDELITY COVERAGE PART
        COMMERCIAL INLAND MARINE COVERAGE PART
        COMMERCIAL AUTO COVERAGE PART
        COMMERCIAL EXCESS LIABILITY COVERAGE PART


IT IS HEREBY UNDERSTOOD AND AGREED THAT THE NAMED INSURED(S) SHALL  READ AS FOLLOWS.

C & M CONTRACTORS, LLC;
RPM BUILDS, LLC


ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.

NA IL 00 05 14

Page 1 of 1

# NATIONAL AMERICAN INSURANCE COMPANY

# FORMS LIST

**Named Insured:** C & M CONTRACTORS, LLC
**Policy Number:** MP29540335
**Effective Date of Policy:** 1/01/2024

We agree with you that the following Endorsements and/or Forms are added to and form a part of this policy:

| FORM | EDITION | DESCRIPTION |
|---|---|---|
| CLP-PJ | 5/2000 | COMMERCIAL LINES POLICY JACKET |
| CGP023 | 5/2023 | POLICYHOLDER NOTICE-PFAS EXCL |
| NA EBL N | 8/2018 | POLICYHOLDER NOTICE - EBL |
| NOTNAICO01 | 3/2002 | POLICYHOLDER NOTICE |
| PN-GL-DED | 3/2004 | PN-PER CLAIM DEDUCTIBLE NOTICE |
| PN-NAICO02 | 9/2001 | EXCL-EIFS NOTICE |
| PN-NAICO13 | 8/2014 | NOT-SUBSIDENCE/EARTH MOVEMENT |
| IL0019 | 11/1985 | COMMON POLICY DECLARATION |
| NA IL 00 | 5/2014 | NAMED INSURED ENDORSEMENT |
| FORMLIST | 8/2007 | ENDORSEMENT FORM LIST |
| CL150-OK | 2/2004 | CGL DECLARATIONS |
| CL170 | 1/1986 | CGL EXTENSION OF DECLARATIONS |
| CG0001 | 4/2013 | CGL COVERAGE FORM |
| CG0109 | 11/1985 | KS/OK CHNG-TRANSFER OF RIGHTS |
| CG0300 | 1/1996 | DEDUCTIBLE ENDORSEMENT - LIAB |
| CG0435 | 12/2007 | EMPLOYEE BENEFITS LIAB COVG |
| CG2010 | 12/2019 | AI-OWNERS/LESSEES/CONTRACTORS |
| CG2028 | 12/2019 | AI-LESSOR OF LEASED EQUIPMENT |
| CG2106 | 12/2023 | EXCL-ACCESS OR DISCLOSURE |
| CG2109 | 6/2015 | EXCL-UNMANNED AIRCRAFT |
| CG2132 | 5/2009 | EXCL-COMMUNICABLE DISEASE |
| CG2141 | 12/2019 | EXCL-INTERCOMPANY PRODUCT |
| CG2147 | 12/2007 | EXCL-EPLI |
| CG2167 | 12/2004 | EXCL-FUNGI OR BACTERIA |
| CG2173 | 1/2015 | EXCL OF CERT ACTS OF TERRORISM |

1/04/2024
FORMLIST (Ed. 8/2007)

# NATIONAL AMERICAN INSURANCE COMPANY

# FORMS LIST

Named Insured:   C & M CONTRACTORS, LLC
Policy Number:   MP29540335
Effective Date of Policy:    1/01/2024

We agree with you that the following Endorsements and/or Forms are added to and form a part of this policy:

| FORM | EDITION | DESCRIPTION |
|---|---|---|
| CG2176 | 1/2015 | EXCL-PUNITIVE DAMAGES RELATED |
| CG2234 | 4/2013 | EXCL-CONSTRUCTION MANAGEMENT |
| CG2279 | 4/2013 | EXCL-CONTRACTORS-PROF LIAB |
| CG2426 | 4/2013 | AMENDMENT OF INSURED CONTRACT |
| CG4032 | 5/2023 | EXCLUSION-PFAS |
| GL2014 | 6/2004 | EXCL-ASBESTOS |
| GL2044 | 9/2003 | EXCL-CHANGE TO CCC |
| GL2048 | 1/2014 | CONTRACTORS COVG LIMITATIONS |
| NA CG 13 | 1/2016 | AI-OWNERS/LESSEES/CONTRACTORS |
| NA CG 14 | 1/2016 | AI-OWNERS/LESSEES/CONTRACTORS |
| NA CG 22 | 11/2020 | CYBER INCIDENT EXCLUSION |
| NA CG 23A2 | 3/2021 | CONTRACTORS GL ENHANCED COV |
| NA IL 03 | 5/2014 | THIRD PARTY-NOTICE OF CANCELLA |
| SILICA-GL | 6/2004 | EXCL-ILLNESS OR CONDITION |
| NA CS DCOK | 3/2020 | CYBER SUITE COVERAGE SUPP DEC |
| NA CS OK | 3/2020 | OKLAHOMA CHANGES |
| NA CS 00OK | 3/2020 | CYBER SUITE COV END |
| NA EP DS | 1/2018 | SUPPLEMENTAL DECLARATIONS |
| NA EP 00 | 1/2018 | EMPLOYMENT PRACTICES LIABILITY |
| CADC03 | 12/2020 | BUSINESS AUTO DECLARATIONS |
| NA CA 09 | 1/2021 | BUS AUTO ENHANCED COVERAGE END |
| CA0001 | 11/2020 | BUSINESS AUTO COVERAGE FORM |
| CA0132 | 10/2013 | OK CHANGES |
| CA2386 | 10/2013 | EXCL-TERRORISM ABOVE MIN STAT |
| CA2394 | 10/2013 | SILICA OR SILICA-RELATED DUST |

1/04/2024
FORMLIST (Ed. 8/2007)

# NATIONAL AMERICAN INSURANCE COMPANY

# FORMS LIST

**Named Insured:** C & M CONTRACTORS, LLC
**Policy Number:** MP29540335
**Effective Date of Policy:** 1/01/2024

We agree with you that the following Endorsements and/or Forms are added to and form a part of this policy:

| FORM | EDITION | DESCRIPTION |
|------|---------|-------------|
| CA9903 | 10/2013 | AUTO MED PAY COVG FORM |
| CA9928 | 11/2020 | STATED AMOUNT INSURANCE |
| NA CA 11 | 7/2020 | COMMUNICABLE DISEASE EXCL |
| NA CA 12 | 11/2020 | CYBER INCIDENT EXCLUSION |
| NA-5 | 6/2015 | DRIVER EXCLUSION |
| NA0016 | 10/2013 | OK-UNINSURED MOTORISTS COV. |
| IL0017 | 11/1998 | COMMON POLICY CONDITIONS |
| IL0021 | 9/2008 | EXCL-NUCLEAR |
| IL0177 | 10/2010 | OK CHANGES-CONCEALMENT-MISREP |
| IL0179 | 10/2002 | OK NOTICE |
| IL0236 | 9/2007 | OK CHANGES-CANCEL/NONRENEW |
| NA IL 01 | 2/2012 | IDENTITY RECOVERY COVERAGE |
| NA IL 05 | 1/2020 | INTRA-POLICY ANTI-STACKING END |
| NAICO-01 | 3/2002 | EXCL-BLDG RELATED ILLNESS |
| NAICO-02 | 6/2005 | EXCL-EIFS |
| NAICO-13 | 8/2014 | EXCL-SUBSIDENCE/EARTH MOVEMENT |
| NAICO-22 | 3/2007 | CROSS SUITS EXCLUSION |
| NAICO753 | 4/2007 | PUNITIVE OR EXEMPLARY DAMAGES |

1/04/2024
FORMLIST (Ed. 8/2007)

# COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS



**NATIONAL AMERICAN INSURANCE COMPANY**

A CAPITAL STOCK COMPANY
1010 MANVEL AVENUE
CHANDLER, OKLAHOMA 74834
Telephone: 1-800-822-7802

| POLICY NUMBER | RENEWAL OF NUMBER |
|---|---|
| MP29540335 | MP29540235 |

**NAMED INSURED:**

C & M CONTRACTORS, LLC
446056 E 350 ROAD
VINITA, OK 74301-7987

**YOUR AGENT:**

TEDFORD & ASSOCIATES LLC
PO BOX 1050
JENKS, OK 74037-1050

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

**POLICY PERIOD:**
From **1/01/2024** To **1/01/2025**    12:01 A.M. Standard Time at Your Mailing Address Shown Above

## LIMITS OF INSURANCE

| | | |
|---|---|---|
| EACH OCCURRENCE LIMIT | $ 1,000,000 | |
| DAMAGE TO PREMISES RENTED TO YOU LIMIT | $ 50,000 | Any one premises |
| MEDICAL EXPENSE LIMIT | $ 5,000 | Any one person |
| PERSONAL & ADVERTISING INJURY LIMIT | $ 1,000,000 | Any one person or organization |
| GENERAL AGGREGATE LIMIT | $ 2,000,000 | |
| PRODUCTS/COMPLETED OPERATIONS AGGREGATE LIMIT | $ 2,000,000 | |

## DESCRIPTION OF BUSINESS

Form of Business:

[ ] Individual    [ ] Joint Venture    [ ] Partnership    [ ] Organization, including a corporation (but not including a partnership, joint venture or limited liablity company)

[ ] Trust    [X] Limited Liability Company

Business Description:    **STRUCTURAL STEEL ERECTION**

## ALL PREMISES YOU OWN, RENT OR OCCUPY

| Location Number | Address Of All Premises You Own, Rent or Occupy |
|---|---|
| SEE EXTENSION (CL170) | |

## CLASSIFICATION AND PREMIUM

| Location Number | Classification | Code No. | Premium Basis | Rate Prem/Ops | Rate Prod/Comp Ops | Advance Premium Prem/Ops | Advance Premium Prod/Comp Ops |
|---|---|---|---|---|---|---|---|
| SEE EXTENSION (CL170) | | | | | | | |

State Tax or Other (If Applicable) $

**Total Advance Premium** (Subject to Audit)    $ 51,412.00

Premium shown is payable: $ **51,412.00** at inception: $    At Each Anniversary (If policy period is more than one year and premium is paid in annual installments)

| Audit Period (If Applicable) | [X] Annually | | Semi-Annually | | Quarterly | | Monthly |
|---|---|---|---|---|---|---|---|

## ENDORSEMENTS

Forms and Endorsements applying to this Coverage Part and made part of this policy at time of issue *:
**SEE FORMS LIST**

Countersigned: _____    By _____
(Authorized Representative)

* Forms and Endorsements applicable to this Coverage Part omitted if shown elsewhere in the policy.

THESE DECLARATIONS, TOGETHER WITH THE COMMON POLICY CONDITIONS AND COVERAGE FORM (S) AND ANY ENDORSEMENT (S), COMPLETE THE ABOVE NUMBERED POLICY.

**1/04/2024**

CL 150-OK (2/2004)    Includes copyrighted material of Insurance Services Offices, Inc., with its permission.
Copyright. Insurance Services Office, Inc., 2000.

CL 170
(1-86)

## COMMERCIAL GENERAL LIABILITY
## EXTENSION OF DECLARATIONS

Policy Number    MP29540335

Location of All Premises You Own, Rent or Occupy:    LOCATION - 001  BLD# -  001

446056 E 350 RD, VINITA, OK 74301-7987

### PREMIUM

| Classification | Code No. | Premium Basis | Remuneration | Rate Pr/Co | Rate All Other | Advance Pr/Co | Premium All Other |
|---|---|---|---|---|---|---|---|
| SPECIFIC ADDL INSURED | 49950 | | 0 | 0.000 | 0.000 | $.00 | $300.00 |
| SPECIFIC ADDL INSURED | 49950 | | 0 | 0.000 | 0.000 | $100.00 | $.00 |
| EMPLOYMENT PRACTICES | 69803 | | 0 | 0.000 | 0.069 | $.00 | $3,301.00 |
| ENHANCED COVERAGE | 84338 | | 0 | 0.000 | 0.055 | $.00 | $2,401.00 |
| CONTRACTORS-SUB- CONTR NOT BLDG | 91581 | 1000 COST | 80,000 | 5.267 | 5.525 | $421.00 | $442.00 |
| CYBER LIABILITY | 94444 | | 0 | 0.000 | 0.000 | $.00 | $271.00 |
| IDENTITY RECOVERY | 94444 | | 0 | 0.000 | 0.000 | $.00 | $16.00 |
| METAL ERECTION -STRUCTURAL NOC | 97655 | 1000 PAYRL | 1200,000 | 10.872 | 25.395 | $13,046.00 | $30,474.00 |

TOTAL:$    13,567.00 $    37,205.00

GRAND TOTAL:$    50,772.00

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section **II** - Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **V**-Definitions.

## SECTION I - COVERAGES

## COVERAGE A - BODILY INJURY AND PROPERTY DAMAGE LIABILITY

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section **III** - Limits Of Insurance; and

**(2)** Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments - Coverages **A** and **B**.

**b.** This insurance applies to "bodily injury" and "property damage" only if:

**(1)** The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

**(2)** The "bodily injury" or "property damage" occurs during the policy period; and

**(3)** Prior to the policy period, no insured listed under Paragraph **1.** of Section **II** - Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

**c.** "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph **1.** of Section **II** - Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

**d.** "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph **1.** of Section **II** - Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

**(1)** Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

**(2)** Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

**(3)** Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

**e.** Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

    © Insurance Services Office, Inc., 2012

**2. Exclusions**

This insurance does not apply to:

**a. Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

**b. Contractual Liability**

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

(1) That the insured would have in the absence of the contract or agreement; or

(2) Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorneys' fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

(a) Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

(b) Such attorneys' fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

**c. Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

(1) Causing or contributing to the intoxication of any person;

(2) The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

(3) Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in:

(a) The supervision, hiring, employment, training or monitoring of others by that insured; or

(b) Providing or failing to provide transportation with respect to any person that may be under the influence of alcohol;

if the "occurrence" which caused the "bodily injury" or "property damage", involved that which is described in Paragraph **(1)**, **(2)** or **(3)** above.

However, this exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages. For the purposes of this exclusion, permitting a person to bring alcoholic beverages on your premises, for consumption on your premises, whether or not a fee is charged or a license is required for such activity, is not by itself considered the business of selling, serving or furnishing alcoholic beverages.

**d. Workers' Compensation And Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

**e. Employer's Liability**

"Bodily injury" to:

(1) An "employee" of the insured arising out of and in the course of:

(a) Employment by the insured; or

(b) Performing duties related to the conduct of the insured's business; or

(2) The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

This exclusion applies whether the insured may be liable as an employer or in any other capacity and to any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

© Insurance Services Office, Inc., 2012    CG 00 01 04 13

**f. Pollution**

(1) "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

(a) At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

(i) "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests;

(ii) "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

(iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

(b) At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

(c) Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

(i) Any insured; or

(ii) Any person or organization for whom you may be legally responsible; or

(d) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

(i) "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

(ii) "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

(iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire".

(e) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

**(2)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(b)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

**g. Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

**(1)** A watercraft while ashore on premises you own or rent;

**(2)** A watercraft you do not own that is:

**(a)** Less than 26 feet long; and

**(b)** Not being used to carry persons or property for a charge;

**(3)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

**(4)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

**(5)** "Bodily injury" or "property damage" arising out of:

**(a)** The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged; or

**(b)** The operation of any of the machinery or equipment listed in Paragraph **f.(2)** or **f.(3)** of the definition of "mobile equipment".

**h. Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

**(1)** The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

**(2)** The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

**i. War**

"Bodily injury" or "property damage", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**j. Damage To Property**

"Property damage" to:

**(1)** Property you own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

**(2)** Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

**(3)** Property loaned to you;

© Insurance Services Office, Inc., 2012

**(4)** Personal property in the care, custody or control of the insured;

**(5)** That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

**(6)** That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs **(1)**, **(3)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of seven or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section **III** - Limits Of Insurance.

Paragraph **(2)** of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs **(3)**, **(4)**, **(5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**k. Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**l. Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**m. Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

**(1)** A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

**(2)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**n. Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

**(1)** "Your product";

**(2)** "Your work"; or

**(3)** "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**o. Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

**p. Electronic Data**

Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

However, this exclusion does not apply to liability for damages because of "bodily injury".

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including sy stems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**q. Recording And Distribution Of Material Or Information In Violation Of Law**

"Bodily injury" or "property damage" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA); or

(4) Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

Exclusions **c.** through **n.** do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Section **III -** Limits Of Insurance.

## COVERAGE B - PERSONAL AND ADVERTISING INJURY LIABILITY

### 1. Insuring Agreement

a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:

(1) The amount we will pay for damages is limited as described in Section **III -** Limits Of Insurance; and

(2) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C.**

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments - Coverages **A** and **B.**

b. This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

### 2. Exclusions

This insurance does not apply to:

a. **Knowing Violation Of Rights Of Another**

"Personal and advertising injury" caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

b. **Material Published With Knowledge Of Falsity**

"Personal and advertising injury" arising out of oral or written publication, in any manner, of material, if done by or at the direction of the insured with knowledge of its falsity.

c. **Material Published Prior To Policy Period**

"Personal and advertising injury" arising out of oral or written publication, in any manner, of material whose first publication took place before the beginning of the policy period.

d. **Criminal Acts**

"Personal and advertising injury" arising out of a criminal act committed by or at the direction of the insured.

e. **Contractual Liability**

"Personal and advertising injury" for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

f. **Breach Of Contract**

"Personal and advertising injury" arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement".

g. **Quality Or Performance Of Goods - Failure To Conform To Statements**

"Personal and advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

h. **Wrong Description Of Prices**

"Personal and advertising injury" arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

© Insurance Services Office, Inc., 2012

CG 00 01 04 13

i. **Infringement Of Copyright, Patent, Trademark Or Trade Secret**

"Personal and advertising injury" arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights. Under this exclusion, such other intellectual property rights do not include the use of another's advertising idea in your "advertisement".

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

j. **Insureds In Media And Internet Type Businesses**

"Personal and advertising injury" committed by an insured whose business is:

(1) Advertising, broadcasting, publishing or telecasting;

(2) Designing or determining content of web sites for others; or

(3) An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs **14.a., b.** and **c.** of "personal and advertising injury" under the Definitions section.

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, is not by itself, considered the business of advertising, broadcasting, publishing or telecasting.

k. **Electronic Chatrooms Or Bulletin Boards**

"Personal and advertising injury" arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control.

l. **Unauthorized Use Of Another's Name Or Product**

"Personal and advertising injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

m. **Pollution**

"Personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

n. **Pollution-related**

Any loss, cost or expense arising out of any:

(1) Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

(2) Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

o. **War**

"Personal and advertising injury", however caused, arising, directly or indirectly, out of:

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

p. **Recording And Distribution Of Material Or Information In Violation Of Law**

"Personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

(1) The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

(2) The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

(3) The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA); or

(4) Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

 © Insurance Services Office, Inc., 2012

## COVERAGE C - MEDICAL PAYMENTS

### 1. Insuring Agreement

a. We will pay medical expenses as described below for "bodily injury" caused by an accident:

(1) On premises you own or rent;

(2) On ways next to premises you own or rent; or

(3) Because of your operations;

provided that:

(a) The accident takes place in the "coverage territory" and during the policy period;

(b) The expenses are incurred and reported to us within one year of the date of the accident; and

(c) The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

b. We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

(1) First aid administered at the time of an accident;

(2) Necessary medical, surgical, X-ray and dental services, including prosthetic devices; and

(3) Necessary ambulance, hospital, professional nursing and funeral services.

### 2. Exclusions

We will not pay expenses for "bodily injury":

a. **Any Insured**

To any insured, except "volunteer workers".

b. **Hired Person**

To a person hired to do work for or on behalf of any insured or a tenant of any insured.

c. **Injury On Normally Occupied Premises**

To a person injured on that part of premises you own or rent that the person normally occupies.

d. **Workers' Compensation And Similar Laws**

To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

e. **Athletics Activities**

To a person injured while practicing, instructing or participating in any physical exercises or games, sports, or athletic contests.

f. **Products-Completed Operations Hazard**

Included within the "products-completed operations hazard".

g. **Coverage A Exclusions**

Excluded under Coverage **A**.

## SUPPLEMENTARY PAYMENTS - COVERAGES A AND B

1. We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

a. All expenses we incur.

b. Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

c. The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

d. All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

e. All court costs taxed against the insured in the "suit". However, these payments do not include attorneys' fees or attorneys' expenses taxed against the insured.

f. Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

    © Insurance Services Office, Inc., 2012    CG 00 01 04 13

g. All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

2. If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

a. The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

b. This insurance applies to such liability assumed by the insured;

c. The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

d. The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

e. The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

f. The indemnitee:

(1) Agrees in writing to:

(a) Cooperate with us in the investigation, settlement or defense of the "suit";

(b) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

(c) Notify any other insurer whose coverage is available to the indemnitee; and

(d) Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

(2) Provides us with written authorization to:

(a) Obtain records and other information related to the "suit"; and

(b) Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph **2.b.(2)** of Section **I** - Coverage **A** - Bodily Injury And Property Damage Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when we have used up the applicable limit of insurance in the payment of judgments or settlements or the conditions set forth above, or the terms of the agreement described in Paragraph **f.** above, are no longer met.

**SECTION II - WHO IS AN INSURED**

1. If you are designated in the Declarations as:

a. An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

b. A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

c. A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

d. An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

e. A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

2. Each of the following is also an insured:

a. Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:

(1) "Bodily injury" or "personal and advertising injury":

(a) To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business;

(b) To the spouse, child, parent, brother or sister of that co-"employee" or "volunteer worker" as a consequence of Paragraph (1)(a) above;

(c) For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraph (1)(a) or (b) above; or

(d) Arising out of his or her providing or failing to provide professional health care services.

(2) "Property damage" to property:

(a) Owned, occupied or used by;

(b) Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by;

you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

b. Any person (other than your "employee" or "volunteer worker"), or any organization while acting as your real estate manager.

c. Any person or organization having proper temporary custody of your property if you die, but only:

(1) With respect to liability arising out of the maintenance or use of that property; and

(2) Until your legal representative has been appointed.

d. Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

3. Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

a. Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

b. Coverage A does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

c. Coverage B does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

## SECTION III - LIMITS OF INSURANCE

1. The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

a. Insureds;

b. Claims made or "suits" brought; or

c. Persons or organizations making claims or bringing "suits".

2. The General Aggregate Limit is the most we will pay for the sum of:

a. Medical expenses under Coverage C;

b. Damages under Coverage A, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

c. Damages under Coverage B.

© Insurance Services Office, Inc., 2012

3. The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage **A** for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

4. Subject to Paragraph **2.** above, the Personal And Advertising Injury Limit is the most we will pay under Coverage **B** for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization.

5. Subject to Paragraph **2.** or **3.** above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

   a. Damages under Coverage **A**; and

   b. Medical expenses under Coverage **C**

   because of all "bodily injury" and "property damage" arising out of any one "occurrence".

6. Subject to Paragraph **5.** above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage **A** for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

7. Subject to Paragraph **5.** above, the Medical Expense Limit is the most we will pay under Coverage **C** for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

**SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS**

1. **Bankruptcy**

   Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

2. **Duties In The Event Of Occurrence, Offense, Claim Or Suit**

   a. You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

      (1) How, when and where the "occurrence" or offense took place;

      (2) The names and addresses of any injured persons and witnesses; and

      (3) The nature and location of any injury or damage arising out of the "occurrence" or offense.

   b. If a claim is made or "suit" is brought against any insured, you must:

      (1) Immediately record the specifics of the claim or "suit" and the date received; and

      (2) Notify us as soon as practicable.

      You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

   c. You and any other involved insured must:

      (1) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

      (2) Authorize us to obtain records and other information;

      (3) Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

      (4) Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

   d. No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

3. **Legal Action Against Us**

   No person or organization has a right under this Coverage Part:

   a. To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

   b. To sue us on this Coverage Part unless all of its terms have been fully complied with.

   A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

4. **Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under Coverages **A** or **B** of this Coverage Part, our obligations are limited as follows:

a. **Primary Insurance**

This insurance is primary except when Paragraph **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in Paragraph **c.** below.

b. **Excess Insurance**

(1) This insurance is excess over:

(a) Any of the other insurance, whether primary, excess, contingent or on any other basis:

(i) That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

(ii) That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

(iii) That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner; or

(iv) If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion **g.** of Section **I** - Coverage **A** - Bodily Injury And Property Damage Liability.

(b) Any other primary insurance available to you covering liability for damages arising out of the premises or operations, or the products and completed operations, for which you have been added as an additional insured.

(2) When this insurance is excess, we will have no duty under Coverages **A** or **B** to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

(3) When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

(a) The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

(b) The total of all deductible and self-insured amounts under all that other insurance.

(4) We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

c. **Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

5. **Premium Audit**

a. We will compute all premiums for this Coverage Part in accordance with our rules and rates.

b. Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

c. The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

6. **Representations**

By accepting this policy, you agree:

a. The statements in the Declarations are accurate and complete;

    © Insurance Services Office, Inc., 2012    CG 00 01 04 13

b. Those statements are based upon representations you made to us; and

c. We have issued this policy in reliance upon your representations.

**7. Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

a. As if each Named Insured were the only Named Insured; and

b. Separately to each insured against whom claim is made or "suit" is brought.

**8. Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**9. When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

**SECTION V - DEFINITIONS**

1. "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

    a. Notices that are published include material placed on the Internet or on similar electronic means of communication; and

    b. Regarding web sites, only that part of a web site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

2. "Auto" means:

    a. A land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment; or

    b. Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

However, "auto" does not include "mobile equipment".

3. "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

4. "Coverage territory" means:

    a. The United States of America (including its territories and possessions), Puerto Rico and Canada;

    b. International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in Paragraph **a.** above; or

    c. All other parts of the world if the injury or damage arises out of:

        (1) Goods or products made or sold by you in the territory described in Paragraph **a.** above;

        (2) The activities of a person whose home is in the territory described in Paragraph **a.** above, but is away for a short time on your business; or

        (3) "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication;

        provided the insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in Paragraph **a.** above or in a settlement we agree to.

5. "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

6. "Executive officer" means a person holding any of the officer positions created by your charter, constitution, bylaws or any other similar governing document.

7. "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

8. "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

    a. It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

    b. You have failed to fulfill the terms of a contract or agreement;

    if such property can be restored to use by the repair, replacement, adjustment or removal of "your product" or "your work" or your fulfilling the terms of the contract or agreement.

CG 00 01 04 13 © Insurance Services Office, Inc., 2012 **Page 13 of 16**

9. "Insured contract" means:

a. A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

b. A sidetrack agreement;

c. Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

d. An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

e. An elevator maintenance agreement;

f. That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph f. does not include that part of any contract or agreement:

(1) That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

(2) That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

(a) Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

(b) Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

(3) Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in (2) above and supervisory, inspection, architectural or engineering activities.

10. "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

11. "Loading or unloading" means the handling of property:

a. After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

b. While it is in or on an aircraft, watercraft or "auto"; or

c. While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

12. "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

a. Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

b. Vehicles maintained for use solely on or next to premises you own or rent;

c. Vehicles that travel on crawler treads;

d. Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

(1) Power cranes, shovels, loaders, diggers or drills; or

(2) Road construction or resurfacing equipment such as graders, scrapers or rollers;

e. Vehicles not described in Paragraph a., b., c. or d. above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

(1) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

(2) Cherry pickers and similar devices used to raise or lower workers;

f. Vehicles not described in Paragraph a., b., c. or d. above maintained primarily for purposes other than the transportation of persons or cargo.

    © Insurance Services Office, Inc., 2012    CG 00 01 04 13

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

   **(1)** Equipment designed primarily for:

      **(a)** Snow removal;

      **(b)** Road maintenance, but not construction or resurfacing; or

      **(c)** Street cleaning;

   **(2)** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

   **(3)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

However, "mobile equipment" does not include any land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

**13.** "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

**14.** "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

   **a.** False arrest, detention or imprisonment;

   **b.** Malicious prosecution;

   **c.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

   **d.** Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

   **e.** Oral or written publication, in any manner, of material that violates a person's right of privacy;

   **f.** The use of another's advertising idea in your "advertisement"; or

   **g.** Infringing upon another's copyright, trade dress or slogan in your "advertisement".

**15.** "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**16.** "Products-completed operations hazard":

   **a.** Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

      **(1)** Products that are still in your physical possession; or

      **(2)** Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

         **(a)** When all of the work called for in your contract has been completed.

         **(b)** When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

         **(c)** When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

      Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

   **b.** Does not include "bodily injury" or "property damage" arising out of:

      **(1)** The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

      **(2)** The existence of tools, uninstalled equipment or abandoned or unused materials; or

      **(3)** Products or operations for which the classification, listed in the Declarations or in a policy Schedule, states that products-completed operations are subject to the General Aggregate Limit.

**17.** "Property damage" means:

   **a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

   **b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, electronic data is not tangible property.

As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

18. "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

   a. An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

   b. Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

19. "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

20. "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

21. "Your product":

   a. Means:

      (1) Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

         (a) You;

         (b) Others trading under your name; or

         (c) A person or organization whose business or assets you have acquired; and

      (2) Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

   b. Includes:

      (1) Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

      (2) The providing of or failure to provide warnings or instructions.

   c. Does not include vending machines or other property rented to or located for the use of others but not sold.

22. "Your work":

   a. Means:

      (1) Work or operations performed by you or on your behalf; and

      (2) Materials, parts or equipment furnished in connection with such work or operations.

   b. Includes:

      (1) Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

      (2) The providing of or failure to provide warnings or instructions.

 © Insurance Services Office, Inc., 2012 CG 00 01 04 13

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# KANSAS AND OKLAHOMA CHANGES - TRANSFER OF RIGHTS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART.

Condition 8. TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US (Section IV), does not apply to COVERAGE C. MEDICAL PAYMENTS.

POLICY NUMBER: MP29540335

COMMERCIAL GENERAL LIABILITY
CG 03 00 01 96

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# DEDUCTIBLE LIABILITY INSURANCE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

| Coverage | Amount and Basis of Deductible | |
| --- | --- | --- |
| | PER CLAIM  or | PER OCCURRENCE |
| Bodily Injury Liability | $ | $ |
| OR | | |
| Property Damage Liability | $ | $ |
| OR | | |
| Bodily Injury Liability and/or Property Damage Liability Combined | $ 2,500 | $ |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**APPLICATION OF ENDORSEMENT** (Enter below any limitations on the application of this endorsement. If no limitation is entered, the deductibles apply to damages for all "bodily injury" and "property damage", however caused):

A. Our obligation under the Bodily Injury Liability and Property Damage Liability Coverages to pay damages on your behalf applies only to the amount of damages in excess of any deductible amounts stated in the Schedule above as applicable to such coverages.

B. You may select a deductible amount on either a per claim or a per "occurrence" basis. Your selected deductible applies to the coverage option and to the basis of the deductible indicated by the placement of the deductible amount in the Schedule above. The deductible amount stated in the Schedule above applies as follows:

1. **PER CLAIM BASIS.** If the deductible amount indicated in the Schedule above is on a per claim basis, that deductible applies as follows:

   a. Under Bodily Injury Liability Coverage, to all damages sustained by any one person because of "bodily injury";

   b. Under Property Damage Liability Coverage, to all damages sustained by any one person because of "property damage"; or

   c. Under Bodily Injury Liability and/or Property Damage Liability Coverage Combined, to all damages sustained by any one person because of:

      (1) "Bodily injury";

      (2) "Property damage"; or

      (3) "Bodily injury" and "property damage" combined

   as the result of any one "occurrence".

   If damages are claimed for care, loss of services or death resulting at any time from "bodily injury", a separate deductible amount will be applied to each person making a claim for such damages.

   With respect to "property damage", person includes an organization.

CG 03 00 01 96          Copyright, Insurance Services Office, Inc., 1994          Page 1 of 2     ☐

2. **PER OCCURRENCE BASIS.** If the deductible amount indicated in the Schedule above is on a "per occurrence" basis, that deductible amount applies as follows:

   a. Under Bodily Injury Liability Coverage, to all damages because of "bodily injury";

   b. Under Property Damage Liability Coverage, to all damages because of "property damage"; or

   c. Under Bodily Injury Liability and/or Property Damage Liability Coverage Combined, to all damages because of:

      (1) "Bodily injury";

      (2) "Property damage"; or

      (3) "Bodily injury" and "property damage" combined

   as the result of any one "occurrence", regardless of the number of persons or organizations who sustain damages because of that "occurrence".

C. The terms of this insurance, including those with respect to:

   1. Our right and duty to defend the insured against any "suits" seeking those damages; and

   2. Your duties in the event of an "occurrence", claim, or "suit"

   apply irrespective of the application of the deductible amount.

D. We may pay any part or all of the deductible amount to effect settlement of any claim or "suit" and, upon notification of the action taken, you shall promptly reimburse us for such part of the deductible amount as has been paid by us.

     Copyright, Insurance Services Office, Inc., 1994     CG 03 00 01 96     ☐

POLICY NUMBER: MP29540335

COMMERCIAL GENERAL LIABILITY
CG 04 35 12 07

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EMPLOYEE BENEFITS LIABILITY COVERAGE

**THIS ENDORSEMENT PROVIDES CLAIMS-MADE COVERAGE.**
**PLEASE READ THE ENTIRE ENDORSEMENT CAREFULLY.**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

## SCHEDULE

| Coverage | Limit Of Insurance | Each Employee Deductible | Premium |
|---|---|---|---|
| Employee Benefits Programs | $ 1,000,000   each employee<br>$ 1,000,000   aggregate | $ 1,000 | $  640 |
| **Retroactive Date:** | NONE | | |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | | |

**A.** The following is added to **Section I - Coverages:**

**COVERAGE - EMPLOYEE BENEFITS LIABILITY**

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of any act, error or omission, of the insured, or of any other person for whose acts the insured is legally liable, to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages to which this insurance does not apply. We may, at our discretion, investigate any report of an act, error or omission and settle any "claim" or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Paragraph **D.** (Section **III** - Limits Of Insurance); and

**(2)** Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments.

**b.** This insurance applies to damages only if:

**(1)** The act, error or omission, is negligently committed in the "administration" of your "employee benefit program";

**(2)** The act, error or omission, did not take place before the Retroactive Date, if any, shown in the Schedule nor after the end of the policy period; and

**(3)** A "claim" for damages, because of an act, error or omission, is first made against any insured, in accordance with Paragraph **c.** below, during the policy period or an Extended Reporting Period we provide under Paragraph **F.** of this endorsement.

**c.** A "claim" seeking damages will be deemed to have been made at the earlier of the following times:

**(1)** When notice of such "claim" is received and recorded by any insured or by us, whichever comes first; or

CG 04 35 12 07

© ISO Properties, Inc., 2006

**Page 1 of 6**    ☐

**(2)** When we make settlement in accordance with Paragraph **a.** above.

A "claim" received and recorded by the insured within 60 days after the end of the policy period will be considered to have been received within the policy period, if no subsequent policy is available to cover the claim.

**d.** All "claims" for damages made by an "employee" because of any act, error or omission, or a series of related acts, errors or omissions, including damages claimed by such "employee's" dependents and beneficiaries, will be deemed to have been made at the time the first of those "claims" is made against any insured.

**2. Exclusions**

This insurance does not apply to:

**a. Dishonest, Fraudulent, Criminal Or Malicious Act**

Damages arising out of any intentional, dishonest, fraudulent, criminal or malicious act, error or omission, committed by any insured, including the willful or reckless violation of any statute.

**b. Bodily Injury, Property Damage, Or Personal And Advertising Injury**

"Bodily injury", "property damage" or "personal and advertising injury".

**c. Failure To Perform A Contract**

Damages arising out of failure of performance of contract by any insurer.

**d. Insufficiency Of Funds**

Damages arising out of an insufficiency of funds to meet any obligations under any plan included in the "employee benefit program".

**e. Inadequacy Of Performance Of Investment/Advice Given With Respect To Participation**

Any "claim" based upon:

**(1)** Failure of any investment to perform;

**(2)** Errors in providing information on past performance of investment vehicles; or

**(3)** Advice given to any person with respect to that person's decision to participate or not to participate in any plan included in the "employee benefit program".

**f. Workers' Compensation And Similar Laws**

Any "claim" arising out of your failure to comply with the mandatory provisions of any workers' compensation, unemployment compensation insurance, social security or disability benefits law or any similar law.

**g. ERISA**

Damages for which any insured is liable because of liability imposed on a fiduciary by the Employee Retirement Income Security Act of 1974, as now or hereafter amended, or by any similar federal, state or local laws.

**h. Available Benefits**

Any "claim" for benefits to the extent that such benefits are available, with reasonable effort and cooperation of the insured, from the applicable funds accrued or other collectible insurance.

**i. Taxes, Fines Or Penalties**

Taxes, fines or penalties, including those imposed under the Internal Revenue Code or any similar state or local law.

**j. Employment-Related Practices**

Damages arising out of wrongful termination of employment, discrimination, or other employment-related practices.

**B.** For the purposes of the coverage provided by this endorsement:

**1.** All references to Supplementary Payments - Coverages **A** and **B** are replaced by Supplementary Payments - Coverages **A, B** and **Employee Benefits Liability.**

**2.** Paragraphs **1.b.** and **2.** of the Supplementary Payments provision do not apply.

**C.** For the purposes of the coverage provided by this endorsement, Paragraphs **2.** and **3.** of **Section II - Who Is An Insured** are replaced by the following:

**2.** Each of the following is also an insured:

**a.** Each of your "employees" who is or was authorized to administer your "employee benefit program".

**b.** Any persons, organizations or "employees" having proper temporary authorization to administer your "employee benefit program" if you die, but only until your legal representative is appointed.

© ISO Properties, Inc., 2006  CG 04 35 12 07  ☐

c. Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Endorsement.

3. Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if no other similar insurance applies to that organization. However:

a. Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier.

b. Coverage under this provision does not apply to any act, error or omission that was committed before you acquired or formed the organization.

D. For the purposes of the coverage provided by this endorsement, **Section III - Limits Of Insurance** is replaced by the following:

1. **Limits Of Insurance**

a. The Limits of Insurance shown in the Schedule and the rules below fix the most we will pay regardless of the number of:

(1) Insureds;

(2) "Claims" made or "suits" brought;

(3) Persons or organizations making "claims" or bringing "suits";

(4) Acts, errors or omissions; or

(5) Benefits included in your "employee benefit program".

b. The Aggregate Limit is the most we will pay for all damages because of acts, errors or omissions negligently committed in the "administration" of your "employee benefit program".

c. Subject to the Aggregate Limit, the Each Employee Limit is the most we will pay for all damages sustained by any one "employee", including damages sustained by such "employee's" dependents and beneficiaries, as a result of:

(1) An act, error or omission; or

(2) A series of related acts, errors or omissions

negligently committed in the "administration" of your "employee benefit program".

However, the amount paid under this endorsement shall not exceed, and will be subject to, the limits and restrictions that apply to the payment of benefits in any plan included in the "employee benefit program".

The Limits of Insurance of this endorsement apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations of the policy to which this endorsement is attached, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits Of Insurance.

2. **Deductible**

a. Our obligation to pay damages on behalf of the insured applies only to the amount of damages in excess of the deductible amount stated in the Schedule as applicable to Each Employee. The limits of insurance shall not be reduced by the amount of this deductible.

b. The deductible amount stated in the Schedule applies to all damages sustained by any one "employee", including such "employee's" dependents and beneficiaries, because of all acts, errors or omissions to which this insurance applies.

c. The terms of this insurance, including those with respect to:

(1) Our right and duty to defend any "suits" seeking those damages; and

(2) Your duties, and the duties of any other involved insured, in the event of an act, error or omission, or "claim"

apply irrespective of the application of the deductible amount.

d. We may pay any part or all of the deductible amount to effect settlement of any "claim" or "suit" and, upon notification of the action taken, you shall promptly reimburse us for such part of the deductible amount as we have paid.

E. For the purposes of the coverage provided by this endorsement, Conditions **2.** and **4.** of **Section IV - Commercial General Liability Conditions** are replaced by the following:

2. **Duties In The Event Of An Act, Error Or Omission, Or "Claim" Or "Suit"**

a. You must see to it that we are notified as soon as practicable of an act, error or omission which may result in a "claim". To the extent possible, notice should include:

(1) What the act, error or omission was and when it occurred; and

**(2)** The names and addresses of anyone who may suffer damages as a result of the act, error or omission.

**b.** If a "claim" is made or "suit" is brought against any insured, you must:

**(1)** Immediately record the specifics of the "claim" or "suit" and the date received; and

**(2)** Notify us as soon as practicable.

You must see to it that we receive written notice of the "claim" or "suit" as soon as practicable.

**c.** You and any other involved insured must:

**(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "claim" or "suit";

**(2)** Authorize us to obtain records and other information;

**(3)** Cooperate with us in the investigation or settlement of the "claim" or defense against the "suit"; and

**(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of an act, error or omission to which this insurance may also apply.

**d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation or incur any expense without our consent.

**4. Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under this endorsement, our obligations are limited as follows:

**a. Primary Insurance**

This insurance is primary except when Paragraph **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in Paragraph **c.** below.

**b. Excess Insurance**

**(1)** This insurance is excess over any of the other insurance, whether primary, excess, contingent or on any other basis that is effective prior to the beginning of the policy period shown in the Schedule of this insurance and that applies to an act, error or omission on other than a claims-made basis, if:

**(a)** No Retroactive Date is shown in the Schedule of this insurance; or

**(b)** The other insurance has a policy period which continues after the Retroactive Date shown in the Schedule of this insurance.

**(2)** When this insurance is excess, we will have no duty to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

**(3)** When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of the total amount that all such other insurance would pay for the loss in absence of this insurance; and the total of all deductible and self-insured amounts under all that other insurance.

**(4)** We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Schedule of this endorsement.

**c. Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limits of insurance to the total applicable limits of insurance of all insurers.

    © ISO Properties, Inc., 2006    CG 04 35 12 07    ☐

**F.** For the purposes of the coverage provided by this endorsement, the following Extended Reporting Period provisions are added, or, if this endorsement is attached to a claims-made Coverage Part, replaces any similar Section in that Coverage Part:

**EXTENDED REPORTING PERIOD**

1. You will have the right to purchase an Extended Reporting Period, as described below, if:

   **a.** This endorsement is canceled or not renewed; or

   **b.** We renew or replace this endorsement with insurance that:

      **(1)** Has a Retroactive Date later than the date shown in the Schedule of this endorsement; or

      **(2)** Does not apply to an act, error or omission on a claims-made basis.

2. The Extended Reporting Period does not extend the policy period or change the scope of coverage provided. It applies only to "claims" for acts, errors or omissions that were first committed before the end of the policy period but not before the Retroactive Date, if any, shown in the Schedule. Once in effect, the Extended Reporting Period may not be canceled.

3. An Extended Reporting Period of five years is available, but only by an endorsement and for an extra charge.

   You must give us a written request for the endorsement within 60 days after the end of the policy period. The Extended Reporting Period will not go into effect unless you pay the additional premium promptly when due.

   We will determine the additional premium in accordance with our rules and rates. In doing so, we may take into account the following:

   **a.** The "employee benefit programs" insured;

   **b.** Previous types and amounts of insurance;

   **c.** Limits of insurance available under this endorsement for future payment of damages; and

   **d.** Other related factors.

   The additional premium will not exceed 100% of the annual premium for this endorsement.

The Extended Reporting Period endorsement applicable to this coverage shall set forth the terms, not inconsistent with this Section, applicable to the Extended Reporting Period, including a provision to the effect that the insurance afforded for "claims" first received during such period is excess over any other valid and collectible insurance available under policies in force after the Extended Reporting Period starts.

4. If the Extended Reporting Period is in effect, we will provide an extended reporting period aggregate limit of insurance described below, but only for claims first received and recorded during the Extended Reporting Period.

   The extended reporting period aggregate limit of insurance will be equal to the dollar amount shown in the Schedule of this endorsement under Limits of Insurance.

   Paragraph **D.1.b.** of this endorsement will be amended accordingly. The Each Employee Limit shown in the Schedule will then continue to apply as set forth in Paragraph **D.1.c.**

**G.** For the purposes of the coverage provided by this endorsement, the following definitions are added to the **Definitions** Section:

1. "Administration" means:

   **a.** Providing information to "employees", including their dependents and beneficiaries, with respect to eligibility for or scope of "employee benefit programs";

   **b.** Handling records in connection with the "employee benefit program"; or

   **c.** Effecting, continuing or terminating any "employee's" participation in any benefit included in the "employee benefit program".

   However, "administration" does not include handling payroll deductions.

2. "Cafeteria plans" means plans authorized by applicable law to allow employees to elect to pay for certain benefits with pre-tax dollars.

3. "Claim" means any demand, or "suit", made by an "employee" or an "employee's" dependents and beneficiaries, for damages as the result of an act, error or omission.

4. "Employee benefit program" means a program providing some or all of the following benefits to "employees", whether provided through a "cafeteria plan" or otherwise:

   a. Group life insurance, group accident or health insurance, dental, vision and hearing plans, and flexible spending accounts, provided that no one other than an "employee" may subscribe to such benefits and such benefits are made generally available to those "employees" who satisfy the plan's eligibility requirements;

   b. Profit sharing plans, employee savings plans, employee stock ownership plans, pension plans and stock subscription plans, provided that no one other than an "employee" may subscribe to such benefits and such benefits are made generally available to all "employees" who are eligible under the plan for such benefits;

   c. Unemployment insurance, social security benefits, workers' compensation and disability benefits;

   d. Vacation plans, including buy and sell programs; leave of absence programs, including military, maternity, family, and civil leave; tuition assistance plans; transportation and health club subsidies; and

   e. Any other similar benefits designated in the Schedule or added thereto by endorsement.

H. For the purposes of the coverage provided by this endorsement, Definitions **5.** and **18.** in the **Definitions** Section are replaced by the following:

   5. "Employee" means a person actively employed, formerly employed, on leave of absence or disabled, or retired. "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

   18. "Suit" means a civil proceeding in which damages because of an act, error or omission to which this insurance applies are alleged. "Suit" includes:

       a. An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

       b. Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

© ISO Properties, Inc., 2006                CG 04 35 12 07        ⑰

POLICY NUMBER: MP29540335

COMMERCIAL GENERAL LIABILITY
CG 20 10 12 19

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED - OWNERS, LESSEES OR CONTRACTORS - SCHEDULED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

| Name Of Additional Insured Person(s) Or Organization(s) | Location(s) Of Covered Operations |
|---|---|
| WIELAND CORPORATION | ALL LOCATIONS |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A. Section II - Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by:

1. Your acts or omissions; or

2. The acts or omissions of those acting on your behalf;

in the performance of your ongoing operations for the additional insured(s) at the location(s) designated above.

However:

1. The insurance afforded to such additional insured only applies to the extent permitted by law; and

2. If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following additional exclusions apply:

This insurance does not apply to "bodily injury" or "property damage" occurring after:

1. All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the location of the covered operations has been completed; or

2. That portion of "your work" out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

CG 20 10 12 19 © Insurance Services Office, Inc., 2018 **Page 1 of 2**

**C.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III - Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**1.** Required by the contract or agreement; or

**2.** Available under the applicable limits of insurance;

whichever is less.

This endorsement shall not increase the applicable limits of insurance.

     © Insurance Services Office, Inc., 2018     **CG 20 10 12 19**

POLICY NUMBER: MP29540335

COMMERCIAL GENERAL LIABILITY
CG 20 28 12 19

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED - LESSOR OF LEASED EQUIPMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

SCHEDULE

| Name Of Additional Insured Person(s) Or Organization(s): |
|---|
| H&E EQUIPMENT SERVICES |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A. Section II - Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by your maintenance, operation or use of equipment leased to you by such person(s) or organization(s).

However:

1. The insurance afforded to such additonal insured only applies to the extent permitted by law; and

2. If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, this insurance does not apply to any "occurrence" which takes place after the equipment lease expires.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III - Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

1. Required by the contract or agreement; or

2. Available under the applicable limits of insurance;

whichever is less.

This endorsement shall not increase the applicable limits of insurance.

CG 20 28 12 19

© Insurance Services Office, Inc., 2018

Page 1 of 1

COMMERCIAL GENERAL LIABILITY
CG 21 06 12 23

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL MATERIAL OR INFORMATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following is added to Paragraph **2. Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability:**

**2. Exclusions**

This insurance does not apply to:

**Access Or Disclosure Of Confidential Or Personal Material Or Information**

"Bodily injury" or "property damage" arising out of any access to or disclosure of any person's or organization's confidential or personal material or information, including:

**a.** Patents, trade secrets, processing methods, customer lists;

**b.** Financial information, credit card information;

**c.** Health information, biometric information; or

**d.** Any other type of nonpublic material or information.

This exclusion applies even if damages are claimed for notification costs, credit or identity monitoring expenses, forensic expenses, public relations expenses, data restoration expenses, extortion expenses or any other loss, cost or expense incurred by you or others arising out of any access to or disclosure of any person's or organization's confidential or personal material or information.

**B.** The following is added to Paragraph **2. Exclusions** of **Section I - Coverage B - Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Access Or Disclosure Of Confidential Or Personal Material Or Information**

"Personal and advertising injury" arising out of any access to or disclosure of any person's or organization's confidential or personal material or information, including:

**a.** Patents, trade secrets, processing methods, customer lists;

**b.** Financial information, credit card information;

**c.** Health information, biometric information; or

**d.** Any other type of nonpublic material or information.

This exclusion applies even if damages are claimed for notification costs, credit or identity monitoring expenses, forensic expenses, public relations expenses, data restoration expenses, extortion expenses or any other loss, cost or expense incurred by you or others arising out of any access to or disclosure of any person's or organization's confidential or personal material or information.

COMMERCIAL GENERAL LIABLITY
CG 21 09 06 15

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION - UNMANNED AIRCRAFT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** Exclusion **2.g. Aircraft, Auto Or Watercraft** under **Section I - Coverage A - Bodily Injury And Property Damage Liability** is replaced by the following:

**2. Exclusions**

This insurance does not apply to:

**g.  Aircraft, Auto Or Watercraft**

**(1)  Unmanned Aircraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft that is an "unmanned aircraft". Use includes operation and "loading or unloading".

This Paragraph **g.(1)** applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft that is an "unmanned aircraft".

**(2)  Aircraft (Other Than Unmanned Aircraft), Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft (other than "unmanned aircraft"), "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This Paragraph **g.(2)** applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft (other than "unmanned aircraft"), "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This Paragraph **g.(2)** does not apply to:

**(a)** A watercraft while ashore on premises you own or rent;

**(b)** A watercraft you do not own that is:

**(i)** Less than 26 feet long; and

**(ii)** Not being used to carry persons or property for a charge;

**(c)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

**(d)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

© Insurance Services Office, Inc., 2014

(e) "Bodily injury" or "property damage" arising out of:

(i) The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged; or

(ii) The operation of any of the machinery or equipment listed in Paragraph **f.(2)** or **f.(3)** of the definition of "mobile equipment".

B. The following exclusion is added to Paragraph **2. Exclusions** of **Coverage B - Personal And Advertising Injury Liability:**

2. **Exclusions**

This insurance does not apply to:

**Unmanned Aircraft**

"Personal and advertising injury" arising out of the ownership, maintenance, use or entrustment to others of any aircraft that is an "unmanned aircraft". Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the offense which caused the "personal and advertising injury" involved the ownership, maintenance, use or entrustment to others of any aircraft that is an "unmanned aircraft".

This exclusion does not apply to:

a. The use of another's advertising idea in your "advertisement"; or

b. Infringing upon another's copyright, trade dress or slogan in your "advertisement".

C. The following definition is added to the **Definitions** section:

"Unmanned aircraft" means an aircraft that is not

1. Designed;

2. Manufactured; or

3. Modified after manufacture;

to be controlled directly by a person from within or on the aircraft.

© Insurance Services Office, Inc., 2014

CG 21 09 06 15

COMMERCIAL GENERAL LIABILITY
CG 21 32 05 09

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# COMMUNICABLE DISEASE EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2. Exclusions** of Section **I - Coverage A - Bodily Injury And Property Damage Liability:**

**2. Exclusions**

This insurance does not apply to:

**Communicable Disease**

"Bodily injury" or "property damage" arising out of the actual or alleged transmission of a communicable disease.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the:

**a.** Supervising, hiring, employing, training or monitoring of others that may be infected with and spread a communicable disease;

**b.** Testing for a communicable disease;

**c.** Failure to prevent the spread of the disease; or

**d.** Failure to report the disease to authorities.

**B.** The following exclusion is added to Paragraph **2. Exclusions** of Section **I - Coverage B - Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Communicable Disease**

"Personal and advertising injury" arising out of the actual or alleged transmission of a communicable disease.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the:

**a.** Supervising, hiring, employing, training or monitoring of others that may be infected with and spread a communicable disease;

**b.** Testing for a communicable disease;

**c.** Failure to prevent the spread of the disease; or

**d.** Failure to report the disease to authorities.

COMMERCIAL GENERAL LIABILITY
CG 21 41 12 19

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# EXCLUSION - INTERCOMPANY PRODUCTS SUITS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

This insurance does not apply to any claim made or "suit" brought for damages by any Named Insured against another Named Insured because of "bodily injury" or "property damage" arising out of "your products" and included within the "products-completed operations hazard".

© Insurance Services Office, Inc.,2018

COMMERCIAL GENERAL LIABILITY
CG 21 47 12 07

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# EMPLOYMENT-RELATED PRACTICES EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2., Exclusions** of Section **I - Coverage A - Bodily Injury And Property Damage Liability:**

This insurance does not apply to:

"Bodily injury" to:

**(1)** A person arising out of any:

    **(a)** Refusal to employ that person;

    **(b)** Termination of that person's employment; or

    **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in Paragraphs **(a), (b),** or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the injury-causing event described in Paragraphs **(a), (b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(2)** Whether the insured may be liable as an employer or in any other capacity; and

**(3)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**B.** The following exclusion is added to Paragraph **2., Exclusions** of Section **I - Coverage B - Personal And Advertising Injury Liability:**

This insurance does not apply to:

"Personal and advertising injury" to:

**(1)** A person arising out of any:

    **(a)** Refusal to employ that person;

    **(b)** Termination of that person's employment; or

    **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "personal and advertising injury" to that person at whom any of the employment-related practices described in Paragraphs **(a), (b),** or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the injury-causing event described in Paragraphs **(a), (b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(2)** Whether the insured may be liable as an employer or in any other capacity; and

**(3)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

COMMERCIAL GENERAL LIABILITY
CG 21 67 12 04

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# FUNGI OR BACTERIA EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability:**

**2. Exclusions**

This insurance does not apply to:

**Fungi Or Bacteria**

**a.** "Bodily injury" or "property damage" which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

**b.** Any loss, cost or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

This exclusion does not apply to any "fungi" or bacteria that are, are on, or are contained in, a good or product intended for bodily consumption.

**B.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverage B - Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Fungi Or Bacteria**

**a.** "Personal and advertising injury" which would not have taken place, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury.

**b.** Any loss, cost or expense arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

**C.** The following definition is added to the **Definitions** Section:

"Fungi" means any type or form of fungus, including mold or mildew and any mycotoxins, spores, scents or byproducts produced or released by fungi.

© ISO Properties, Inc., 2003

COMMERCIAL GENERAL LIABILITY
CG 21 73 01 15

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# EXCLUSION OF CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

**A.** The following exclusion is added:

This insurance does not apply to:

**TERRORISM**

"Any injury or damage" arising, directly or indirectly, out of a "certified act of terrorism".

**B.** The following definitions are added:

**1.** For the purposes of this endorsement, "any injury or damage" means any injury or damage covered under any Coverage Part to which this endorsement is applicable, and includes but is not limited to "bodily injury", "property damage", "personal and advertising injury", "injury" or "environmental damage" as may be defined in any applicable Coverage Part.

**2.** "Certified act of terrorism" means anact that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

**a.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

**b.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**C.** The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for injury or damage that is otherwise excluded under this Coverage Part.

CG 21 73 01 15 © Insurance Services Office, Inc., 2014 Page 1 of 1

COMMERCIAL GENERAL LIABILITY
CG 21 76 01 15

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# EXCLUSION OF PUNITIVE DAMAGES RELATED TO A CERTIFIED ACT OF TERRORISM

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILIT YCOVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILIT Y COVERAGE PART
RAILROAD PROTECTIVE LIABILIT Y COVERAGE PART
UNDERGROUND STORAGE TANK POLIC Y

**A.** The following exclusion is added:

This insurance does not apply to:

**TERRORISM PUNITIVE DAMAGES**

Damages arising, directly or indirectly, out of a "certified act of terrorism" that are awarded as punitive damages.

**B.** The following definition is added:

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

**1.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

**2.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**C.** The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for injury or damage that is otherwise excluded under this Coverage Part.

CG 21 76 01 15                    © Insurance Services Office, Inc., 2015                    **Page 1 of 1**

COMMERCIAL GENERAL LIABILITY
CG 22 34 04 13

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# EXCLUSION -  CONSTRUCTION MANAGEMENT ERRORS AND OMISSIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability** and Paragraph **2. Exclusions** of **Section I - Coverage B - Personal And Advertising Injury Liability:**

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of:

1. The preparing, approving, or failure to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications by any architect, engineer or surveyor performing services on a project on which you serve as construction manager; or

2. Inspection, supervision, quality control, architectural or engineering activities done by or for you on a project on which you serve as construction manager.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage", or the offense which caused the "personal and advertising injury", involved that which is described in Paragraph **1.** or **2.**

This exclusion does not apply to "bodily injury" or "property damage" due to construction or demolition work done by you, your "employees" or your subcontractors.

CG 22 34 04 13                    © Insurance Services Office, Inc., 2012                    Page 1 of 1

COMMERCIAL GENERAL LIABILITY
CG 22 79 04 13

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION - CONTRACTORS - PROFESSIONAL LIABILITY

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability** and Paragraph **2. Exclusions** of **Section I - Coverage B - Personal And Advertising Injury Liabi lity:**

1. This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of the rendering of or failure to render any professional services by you or on your behalf, but only with respect to either or both of the following operations:

    a. Providing engineering, architectural or surveying services to others in your capacity as an engineer, architect or surveyor; and

    b. Providing, or hiring independent professionals to provide, engineering, architectural or surveying services in connection with construction work you perform.

    This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage", or the offense which caused the "personal and advertising injury", involved the rendering of or failure to render any professional services by you or on your behalf with respect to the operations described above.

2. Subject to Paragraph **3.** below, professional services include:

    a. Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders, or drawings and specifications; and

    b. Supervisory or inspection activities performed as part of any related architectural or engineering activities.

3. Professional services do not include services within construction means, methods, techniques, sequences and procedures employed by you in connection with your operations in your capacity as a construction contractor.

CG 22 79 04 13                    © Insurance Services Office, Inc., 2012                    **Page 1 of 1**

COMMERCIAL GENERAL LIABILITY
CG 24 26 04 13

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# AMENDMENT OF INSURED CONTRACT DEFINITION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

The definition of "insured contract" in the **Definitions** section is replaced by the following:

"Insured contract" means:

a. A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

b. A sidetrack agreement;

c. Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

d. An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

e. An elevator maintenance agreement;

f. That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization, provided the "bodily injury" or "property damage" is caused, in whole or in part, by you or by those acting on your behalf. However, such part of a contract or agreement shall only be considered an "insured contract" to the extent your assumption of the tort liability is permitted by law. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph **f.** does not include that part of any contract or agreement:

(1) That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

(2) That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

(a) Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

(b) Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

(3) Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in **(2)** above and supervisory, inspection, architectural or engineering activities.

CG 24 26 04 13                    © Insurance Services Office, Inc., 2012                    **Page 1 of 1**

COMMERCIAL GENERAL LIABILITY
CG 40 32 05 23

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION - PERFLUOROALKYL AND POLYFLUOROALKYL SUBSTANCES (PFAS)

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability:**

**2. Exclusions**

This insurance does not apply to:

**Perfluoroalkyl And Polyfluoroalkyl Substances**

**a.** "Bodily injury" or "property damage" which would not have occurred, in whole or in part, but for the actual, alleged, threatened or suspected inhalation, ingestion, absorption, consumption, discharge, dispersal, seepage, migration, release or escape of, contact with, exposure to, existence of, or presence of, any "perfluoroalkyl or polyfluoroalkyl substances".

**b.** Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, "perfluoroalkyl or polyfluoroalkyl substances", by any insured or by any other person or entity.

**B.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverage B - Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Perfluoroalkyl And Polyfluoroalkyl Substances**

**a.** "Personal and advertising injury" which would not have taken place, in whole or in part, but for the actual, alleged, threatened or suspected inhalation, ingestion, absorption, consumption, discharge, dispersal, seepage, migration, release or escape of, contact with, exposure to, existence of, or presence of, any "perfluoroalkyl or polyfluoroalkyl substances".

**b.** Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, "perfluoroalkyl or polyfluoroalkyl substances", by any insured or by any other person or entity.

CG 40 32 05 23                    © Insurance Services Office, Inc., 2022                    **Page 1 of 2**

**C.** The following definition is added to the **Definitions** Section:

"Perfluoroalkyl or polyfluoroalkyl substances" means any:

1. Chemical or substance that contains one or more alkyl carbons on which hydrogen atoms have been partially or completely replaced by fluorine atoms, including but not limited to:

   a. Polymer, oligomer, monomer or nonpolymer chemicals and their homologues, isomers, telomers, salts, derivatives, precursor chemicals, degradation products or by-products;

   b. Perfluoroalkyl acids (PFAA), such as perfluorooctanoic acid (PFOA) and its salts, or perfluorooctane sulfonic acid (PFOS) and its salts;

   c. Perfluoropolyethers (PFPE);

   d. Fluorotelomer-based substances; or

   e. Side-chain fluorinated polymers; or

2. Good or product, including containers, materials, parts or equipment furnished in connection with such goods or products, that consists of or contains any chemical or substance described in Paragraph **C.1**

© Insurance Services Office, Inc., 2022

CG 40 32 05 23

# NATIONAL AMERICAN INSURANCE COMPANY

## THIS ENDORSEMENT AMENDS THE POLICY.  PLEASE READ IT CAREFULLY.

## ASBESTOS EXCLUSION ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

It is hereby understood and agreed that the insurance afforded by this policy shall not apply:

1.  To any liability for property damage, personal injury, bodily injury, sickness, disease, occupational disease, disability, shock, death, mental anguish or mental injury at any time arising out of the manufacture of, mining of, use of, sale of, installation of, removal of, distribution of or exposure to asbestos, asbestos products, asbestos fibers or asbestos dust, or

2.  To any obligation of the insured to indemnify any party because of damage arising out of such property damage, personal injury, bodily injury, sickness, disease, occupational disease, disability, shock, death, mental anguish or mental injury at any time as a result of the manufacture of, mining of, use of, sale of, installation of, removal of, distribution of or exposure to asbestos, asbestos products, asbestos fibers or asbestos dust, or

3.  To any obligation to defend any suit or claims against the insured alleging personal injury, or bodily injury, or property damage and seeking damages, if such suit or claim arises from personal injury, or bodily injury, or property damage resulting or contributed to, by any and all manufacture of, mining of, use of, sale of, installation of, removal of, distribution of or exposure to asbestos, asbestos products, asbestos fibers or asbestos dust.

GL2014 (Ed. 6/2004)                                                                              Page 1 of 1

# NATIONAL AMERICAN INSURANCE COMPANY

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## CHANGE TO "CARE, CUSTODY OR CONTROL" EXCLUSION

This endorsement modifies the Commercial General Liability Coverage Form.

This endorsement modifies your general liability coverage to broaden the scope of the "care, custody or control" exclusion.

**Section I. 2. j. (4)** is modified so that it states in its entirety:

"Personal property in the care, custody or control of any named insured, or employees, subcontractors, or agents of any named insured."

GL2044 (Ed. 9/2003)                                                                 Page 1 of 1

POLICY NUMBER: MP29540335                                COMMERCIAL GENERAL LIABILITY

# NATIONAL AMERICAN INSURANCE COMPANY
### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.
# CONTRACTORS COVERAGE LIMITATIONS AND AUDIT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

A. **SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS, 5. Premium Audit,** subparagraph **c.** is deleted and replaced with the following:

   c. The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.  In addition:

   **(1)** You shall provide us upon our request copies of Certificates of Insurance that you shall require and have obtained from your subcontractors before any work is performed on your behalf.  You shall maintain copies of these Certificates during and for up to 3 years after the term of such work.

   **(2)** The Certificate must evidence that the subcontractor is "adequately insured".  "Adequately insured" means that a subcontractor maintains coverage and Limits of Insurance equal to or greater than the coverages and Limits of Insurance provided by this policy in force for the term of the work performed for you, unless other terms and limits are shown below:

   Limits of Insurance:
   Coverage equal to the coverages provided by this policy, or

   | | |
   |---|---|
   | General Aggregate Limit (other than Products/Completed Operations) | $2,000,000 |
   | Products/Completed Operations Aggregate Limit | $2,000,000 |
   | Each Occurrence Limit | $1,000,000 |

   The premium we charge for "adequately insured" subcontractors will be based on "total cost" as defined below.  Such subcontractors will be rated under the most appropriate classification and the premium charge will be made using the company rates effective at the inception of the policy.

   **(3)** We will have the right to adjust the annual premium charged you for any subcontractor not "adequately insured:"

   (a) whose Certificate of Insurance shows Limits of Insurance or coverage less than that required by us or

   (b) for whom you do not have a Certificate.

   Any subcontractor not "adequately insured" and whose work is not excluded by the policy will be considered an employee of the insured for the sole purpose of computing premium.

   Such subcontractors will be rated under the most appropriate classification and a premium charge will be made using the company rates effective at the inception of the policy.

   **For any subcontractor not  adequately insured," you must maintain records showing the labor cost (payroll) of that subcontractor separate from the material cost.**

   **(4)** Any premium charged shall be paid to us by the first Named Insured within 30 days of the date of invoice.

B. **SECTION V - DEFINITIONS** is amended and the following added:

   "Total cost" means the combined cost of:

   a. all labor; plus

   b. materials and equipment furnished, used or delivered for use in the execution of the work performed; and

**GL2048 (Ed. 1/2014)**        Includes Copyrighted Material of Insurance Services Office, Inc. with its permission.        **Page 1 of 2**

    c.  overhead and profit including fees and commissions.

**C.**  **SECTION V - DEFINITIONS**, subparagraph **19.** is deleted and replaced with the following:

    **19.**  "Temporary worker" means any person who is:

        **a.**  furnished to you to substitute for a permanent "employee";

        **b.**  a short-term worker; or

        **c.**  not an "employee" or "volunteer worker".

ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.

POLICY NUMBER: MP29540335

COMMERCIAL GENERAL LIABILITY
NA CG 13 01 16

# NATIONAL AMERICAN INSURANCE COMPANY

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# ADDITIONAL INSURED - OWNERS, LESSEES OR CONTRACTORS - COMPLETED OPERATIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

| Name Of Additional Insured Person(s) Or Organization(s) | Location And Description Of Completed Operations |
|---|---|
| FLINTCO, LLC AND THE UNITED STATES OF AMERICA, ACTING BY AND THROUGH THE FEDERAL AVIATION ADMINISTRATION | ALL LOCATIONS |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A. Section II - Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury" or "property damage" arising out of "your work" at the location designated and described in the Schedule of this endorsement performed for that additional insured and included in the "products-completed operations hazard."

However:

1. The insurance afforded to such additional insured only applies to the extent permitted by law; and

2. If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III - Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

1. Required by the contract or agreement; or

2. Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

POLICY NUMBER: MP29540335

COMMERCIAL GENERAL LIABILITY
NA CG 14 01 16

# NATIONAL AMERICAN INSURANCE COMPANY

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ADDITIONAL INSURED - OWNERS, LESSEES OR CONTRACTORS - SCHEDULED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

| Name Of Additional Insured Person(s) Or Organization(s) | Location(s) Of Covered Operations |
|---|---|
| FLINTCO, LLC AND THE UNITED STATES OF AMERICA, ACTING BY AND THROUGH THE FEDERAL AVIATION ADMINISTRATION | ALL LOCATIONS |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | |

**A.** **Section II - Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury," "property damage" or "personal and advertising injury" arising out of the performance of your ongoing operations for the additional insured(s) at the location(s) designated above.

However:

1. The insurance afforded to such additional insured only applies to the extent permitted by law; and

2. If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following additional exclusions apply:

This insurance does not apply to "bodily injury" or "property damage" occurring after:

1. All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the location of the covered operations has been completed; or

2. That portion of "your work" out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III - Limits Of Insurance**:

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**1.** Required by the contract or agreement; or

**2.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

POLICY NUMBER: MP29540335

COMMERCIAL GENERAL LIABILITY
NA CG 22 11 20

# NATIONAL AMERICAN INSURANCE COMPANY

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# CYBER INCIDENT EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

Notwithstanding any provision to the contrary within the policy or any endorsement thereto, we will not pay for "bodily injury", "property damage" or "personal and advertising injury" caused directly or indirectly by the following. Such "bodily injury", "property damage" or "personal and advertising injury" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the "bodily injury", "property damage" or "personal and advertising injury".

**Cyber Incident**

1.  Unauthorized access to or use of any computer system (including electronic data);

2.  Malicious code, virus or any other harmful code that is directed at, enacted upon or introduced into any computer system (including electronic data) and is designed to access, alter, corrupt, damage, delete, destroy, disrupt, encrypt, exploit, use or prevent or restrict access to or the use of any part of any computer system (including electronic data) or otherwise disrupt its normal functioning or operation;

3.  Denial of service attack which disrupts, prevents or restricts access to or use of any computer system, or otherwise disrupts its normal functioning or operation; or

4.  Transfer, payment, or delivery of money or any form of currency, including virtual currency, in response to a fraudulent instruction or demand.

NA CG 22 11 20

Page 1 of 1

# NATIONAL AMERICAN INSURANCE COMPANY
# CONTRACTORS GENERAL LIABILITY ENHANCED COVERAGE ENDORSEMENT
## SUMMARY OF COVERAGES

The following is a summary of additional coverages provided by this endorsement. This endorsement is subject to the provisions of your policy which means that it is subject to all terms, limitations, exclusions and conditions of the policy, except and to the extent specifically stated in this endorsement. No coverage is provided by this summary.

| COVERAGE DESCRIPTION | | PAGE |
|---|---|---|
| **Coverage Extensions** | | |
| Extended Property Damage | | 2 |
| Expanded Fire Legal Liability to Include Explosion, Lightning and Sprinkler Leakage | | 2 |
| Coverage For Non-Owned Watercraft Extended to 51 Feet in Length | | 2 |
| Newly Formed or Acquired Organizations - Extend The Reporting Requirement to 180 Days | | 7 |
| Knowledge of Occurrence - Knowledge of an "occurrence", claim, or "suit" by your agent, servant, or employee shall not in itself constitute knowledge of the Named Insured unless an officer of the Named Insured has received such notice from the agent, servant, or employee | | 11 |
| Primary And Noncontributory - Other Insurance Condition | | 11 |
| Waiver of Subrogation - Automatic Status When Required In A Written Contract | | 11 |

| **Additional Coverages** | **Limit of Insurance** | | PAGE |
|---|---|---|---|
| Coverage D - Voluntary Property Damage Coverage | $5,000 Occurrence<br>$10,000 Aggregate | | 2 |
| Coverage E - Care, Custody or Control Property Damage Coverage | $10,000 Occurrence<br>$25,000 Aggregate | | 3 |
| Coverage F - Product Recall Expense | $10,000 Each Recall<br>$25,000 Aggregate<br>$1,000 Deductible | | 3 |
| Coverage G - Water Damage Legal Liability | $25,000 Aggregate | | 5 |
| Coverage H - Contamination or Pollution Coverage (Sudden And Accidental) | $100,000 Aggregate | | 5 |

| | PAGE |
|---|---|
| **Increase in Supplementary Payments**<br>    Bail Bonds - $1,000<br>    Loss of Earnings - $500 | 7 |

| **Additional Insured Coverages on a Primary and Non-Contributory Basis:** | PAGE |
|---|---|
| Additional Insured - Owners, Lessees or Contractors - Automatic Status When Required In Construction Agreement With You | 8 |
| Additional Insured - Lessor of Leased Equipment - Automatic Status When Required In Lease Agreement With You | 8 |
| Additional Insured - Managers or Lessor of Premises - Automatic Status When Required In A Written Contract | 9 |
| Additional Insured - Engineers, Architects or Surveyors Not Engaged by the Named Insured | 9 |

| **Aggregate Limits of Insurance** | PAGE |
|---|---|
| Automatically Included - Per Location Subject to Cap | 10 |
| Automatically Included - Per Project Subject to Cap | 10 |

POLICY NUMBER: MP29540335

COMMERCIAL GENERAL LIABILITY
NA CG 23A2 03 21

# NATIONAL AMERICAN INSURANCE COMPANY

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## CONTRACTORS GENERAL LIABILITY ENHANCED COVERAGE ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

## SECTION I - COVERAGES

A.  The following changes are made under Paragraph **2. Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability:**

1.  Exclusion **a.** is replaced by the following:

    a.  **Expected Or Intended Injury**

    "Bodily injury" or "property damage" expected or intended from the standpoint of the insured.  This exclusion does not apply to "bodily injury" or "property damage" resulting from the use of reasonable force to protect persons or property.

2.  **Expanded Fire Legal Liability**

    The last paragraph under **2. Exclusions** is replaced by the following:

    Exclusions **c.** through **n.** do not apply to damage by fire, explosion, lightning, or smoke resulting from such fire, explosion, or lightning, or sprinkler leakage to premises while rented to you or temporarily occupied by you with permission of the owner.  A separate limit of insurance applies to this coverage as described in **Section III - Limits of Insurance.**

3.  **Non-Owned Watercraft**

    Exclusion **g. (2) (a)** is replaced by the following:

    g.  **Aircraft, Auto Or Watercraft**

        **(2)** A watercraft you do not own that is:

            **(a)** Less than 51 feet long; and

B.  The following additional coverages are added to **Section I - Coverages.**  Each of these additional coverages is subject to Paragraph **2. Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability** and all other terms, limitations, conditions, exclusions and all other provisions of the policy except and to the extent otherwise specifically stated in this endorsement.

## COVERAGE D - VOLUNTARY PROPERTY DAMAGE COVERAGE

1.  **Insuring Agreement**

    a.  At your request, and whether or not you are legally obligated to pay, we will pay for "property damage" to property of others you cause while the property is in your possession or if the "property damage" arises out of "your work".

    b.  Subject to Paragraph **5.** of **SECTION III - LIMITS OF INSURANCE,** a $5,000 occurrence limit and a $10,000 aggregate limit is the most we will pay under **Coverage D** for damages because of "property damage".

    The aggregate limit is the maximum amount we will pay for all covered "occurrences" during the policy period.

c.   Our duty to pay ends when we have paid the applicable Limit of Insurance in the payment of judgments or settlements under **Coverage D.**

2.   **Exclusions**

a.   For purposes of **Coverage D.** only, Exclusion **j.** under Paragraph **2. Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability,** is replaced by the following:

j.   **Damage To Property**

"Property damage" to:

(1)   Property held by the insured for servicing, repair, storage or sale at premises you own, rent, lease, operate or use;

(2)   Property transported by or damage caused by any "automobile", "watercraft" or "aircraft" you own, hire or lease;

(3)   Property you own, rent, lease, borrow or use.

## COVERAGE E - CARE, CUSTODY OR CONTROL PROPERTY DAMAGE COVERAGE

1.   **Insuring Agreement**

a.   We will pay for "property damage" to personal property in the care, custody or control of the insured subject to the following provisions, limitations and conditions:

(1)   Exclusion **j.(4)** under Paragraph **2. Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability**, does not apply to **Coverage E**.

(2)   Subject to **5.** of **SECTION III - LIMITS OF INSURANCE,** a $10,000 occurrence limit and a $25,000 aggregate limit is the most we will pay under **Coverage E.**

The aggregate limit is the maximum amount we will pay for all covered "occurrences" during the policy period.

(3)   Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under **Coverage E.**, regardless of the number of:

(a)   Insureds;

(b)   Claims made or "suits" brought; or

(c)   Persons or organizations making claims or bringing "suits".

## COVERAGE F - PRODUCT RECALL EXPENSE

1.   **Insuring Agreement**

a.   Notwithstanding Exclusion **n.** under Paragraph **2., Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability**, and subject to the limits shown in the Summary of Coverages, we will pay the "product recall expense" you incur as a result of a "product recall" you initiate during the coverage period.

b.   We will only pay for "product recall expense" arising out of "your products" which have been physically relinquished to others.

c.   This coverage is subject to a $10,000 each product recall limit and a $25,000 aggregate limit. The most we will pay for the sum of all "product recall expense" you incur as a result of all "product recalls" you initiate during the policy period shall not be greater than $25,000.

d.   Our right and duty to defend ends when we have used up the applicable Limit of Insurance in the payment of judgments or settlements under **Coverage F.**

2.   **Exclusions**

This insurance does not apply to "product recall expense" arising out of:

a.   Any fact, circumstance or situation which existed at the inception date of the policy and which you were aware of, or could reasonably have foreseen that would have resulted in a "product recall".

NA CG 23A2 03 21    Includes Copyrighted Material of Insurance Services Office, Inc., with its Permission.    **Page 3 of 11**

b.  Deterioration, decomposition or transformation of a chemical nature, except if caused by an error in the manufacture, design, processing, storage, or transportation of "your product".

c.  The withdrawal of similar products or batches that are not defective, when a defect in another product or batch has been found.

d.  Acts, errors or omissions of any of your employees, done with prior knowledge of any of your officers or directors.

e.  Inherent vice, meaning a natural condition of property that causes it to deteriorate or become damaged.

f.  "Bodily injury" or "property damage".

g.  Failure of "your product" to accomplish its intended purpose, including any breach of warranty of fitness, quality, efficacy or efficiency, whether written or implied.

h.  Loss of reputation, customer faith or approval, or any costs incurred to regain customer market, or any other consequential damages.

i.  Legal fees or expenses.

j.  Damages claimed for any loss, cost or expense incurred by you or others for the loss of use of "your product".

k.  "Product recall expense" arising from the "product recall" of any of "your products" for which coverage is excluded by endorsement.

l.  Any "product recall" initiated due to the expiration of the designated shelf life of "your product".

3.  **Conditions**

The following conditions are added to **Coverage F.**

a.  **Duties In Event of Product Recall**

In the event of a "product recall", you must:

(1)  See to it that we are notified as soon as practicable of a "product recall". To the extent possible, notice should include how, when and where the "product recall" took place and estimated "product recall expense".

(2)  Take all reasonable steps to minimize "product recall expense". This will not increase the Limits of Insurance.

(3)  If requested, permit us to question any insured under oath at such times as may be reasonably required about any matter relating to this insurance or the insured's claim, including your books and records. Your answers must be signed.

(4)  Permit us to inspect and obtain other information proving the loss. You must send us a signed, sworn statement of loss containing the information we request to investigate the claim. You must do this within 60 days after our request.

(5)  Cooperate with us in the investigation or settlement of any claim.

(6)  Assist us upon our request, in the enforcement of any rights against any person or organization which may be liable to you because of loss to which this insurance applies.

4.  **Definitions**

The following definitions are added:

a.  "Product recall" means a withdrawal or removal from the market of "your product" based on the determination by you or any regulatory or governmental agency that:

(1)  The use or consumption of "your product" has caused or will cause actual or alleged "bodily injury" or "property damage" and

(2)  Such determination requires you to recover possession or control of "your product" from any distributor, purchaser or user, to repair or replace "your product", but only if "your product" is unfit for use or consumption, or is hazardous as a result of:

(a) An error or omission by an insured in the design, manufacturing, processing, labeling, storage, or transportation of "your product"; or

(b) Actual or alleged intentional, malicious or wrongful alteration or contamination of "your product" by someone other than you.

b.  "Product recall expense" means reasonable and necessary expenses for:

(1) Telephone, radio and television communication and printed advertisements, including stationery, envelopes and postage.

(2) Transporting recalled products from any purchaser, distributor or user, to locations designated by you.

(3) Remuneration paid to your employees for overtime, as well as remuneration paid to additional employees or independent contractors you hire.

(4) Transportation and accommodation expense incurred by your employees.

(5) Rental expense incurred for temporary locations used to store recalled products.

(6) Expenses incurred to properly dispose of recalled products, including packaging that cannot be reused.

(7) Transportation expense incurred to replace recalled products.

(8) Repairing, redistributing or replacing covered recalled products with like products or substitutes, not to exceed your original cost of manufacturing, processing, acquisition and/or distribution.

These expenses must be incurred as a result of a "product recall".

## COVERAGE G - WATER DAMAGE LEGAL LIABILITY

1.  **Insuring Agreement**

a.  Notwithstanding Exclusion **j.(1)** under Paragraph **2.**, **Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability**, we will pay for "property damage" to premises that are both rented to and occupied by you if the "property damage" happens during the policy period as the result of an "occurrence" and arises out of the injurious presence of water.

b.  Subject to Paragraph **5.** of **SECTION III - LIMITS OF INSURANCE**, the most we will pay under **Coverage G.** is $25,000 aggregate per policy period.

The aggregate limit is the maximum amount we will pay for all covered "occurrences" during the policy period.

c.  Our right and duty to defend ends when we have used up the applicable Limit of Insurance in the payment of judgments or settlements under **Coverage G.**

## COVERAGE H - CONTAMINATION OR POLLUTION COVERAGE (Sudden And Accidental For Contractors)

A.  The following provisions are added to **Section I - Coverage A - Bodily Injury And Property Damage Liability**.

1.  **LIMITED POLLUTION COVERAGE**

Exclusion **f.** under Paragraph **2.**, **Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability** is replaced by the following:

This insurance does not apply to:

f.  **Pollution**

(1) "Bodily injury" or "property damage" which would not have occurred in whole or part but for the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

(2) Any loss, cost or expense arising out of any:

(a) Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants"; or

(b) Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants."

This exclusion does not apply to that portion of any "bodily injury" or "property damage" which is caused by a "pollution incident", subject to the limits of insurance set forth below in this endorsement, but **only** if the following conditions are met:

(a) The commencement time and date of such "pollution incident" can be identified with certainty, and such "pollution incident" commences at a specific time and date during the policy period;

(b) Such "pollution incident" is an accident and unintentional release, discharge, emission or escape of "pollutants," is sudden and accidental and is neither expected nor intended by any insured;

(c) Such "pollution incident" is not a repeat or resumption of a previous discharge, dispersal, release or escape of the same "pollutants" from essentially the same source within twelve (12) months of a previous discharge, dispersal, release or escape;

(d) Such "bodily injury" or "property damage" is not caused or contributed to in any degree by any "pollution incident" that commenced prior to the beginning of the Policy Period shown in the Declarations;

(e) Such "pollution incident" is discovered or otherwise becomes known to you within thirty (30) days of its commencement and is reported to us in writing within thirty (30) days after you first obtain knowledge of the "pollution incident";

(f) Such "pollution incident" did not result from or was not contributed to by your failure to comply with any government statute, rule, regulation, or order;

## 2.  LIMITS FOR POLLUTION COVERAGE:

The most we will pay for liability because of covered "bodily injury" and "property damage" caused by one or more "pollution incidents" shall not be greater than $100,000 in the aggregate per policy period.

For the purpose of mitigating further "bodily injury" or "property damage" caused by a covered "pollution incident," $ 100,000 may be applied to costs or expenses incurred by any insured for cleaning up, removing or containing a covered "pollution incident" on the particular part of real property upon which the operations of the insured are conducted. This amount shall not be in addition to the limits set forth above, but such amounts shall reduce such applicable limits.

When this limit is used up, we shall have no further obligation to defend claims or "suits" seeking such damages or pay such damages or defense expense.

This coverage does not apply to **Coverage B - Personal And Advertising Injury Liability**.

## 3.  NON-EXTENSION OF COVERAGE:

The only coverage provided under this policy for liability in any way relating to, or caused by, any "pollution incident" is that which is set forth in this endorsement.

## 4.  DEFINITIONS

All provisions of the POLICY DEFINITIONS portion of this insurance remain unchanged except as modified by the following:

For purposes only of the coverages addressed in this endorsement, the definition of "property damage" is replaced with the following:

"Property Damage" means:

a. Physical Injury to, destruction of, or contamination of tangible property, including all resulting loss of use of that property; or

b. Loss of use of tangible property that is not physically injured, destroyed or contaminated but has been evacuated, withdrawn from use or rendered inaccessible because of a "pollution incident."

c. Any loss, cost, or expense which you become legally obligated to pay, provided that you receive notice asserting such obligation during the policy period or within 30 days thereafter, and provided further that such "loss," cost or expense arises out of:

(1) A request, demand or order that any insured or others test for, monitor, clean-up, remove, contain,

treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants;" or

(2) A claim or legal proceeding by or on behalf of a governmental authority for payments because of testing for, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to or assessing the effects of "pollutants."

"Pollution Incident" means an "occurrence" consisting of any actual emission, discharge, release, or escape of any "pollutant" into or upon land, the atmosphere, any watercourse or body of water, or any building or dwelling, provided that such emission, discharge, release or escape results in "environmental damage." The entirety of any such actual emission, discharge, release or escape shall be deemed to be one "pollution incident."

"Pollutant" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals, waste and saline substances. Waste includes materials to be recycled, reconditioned or reclaimed.

"Environmental Damage" means any injurious presence actually in or upon land, the atmosphere, any watercourse or body of water, or any building or dwelling, of any "pollutant."

## SUPPLEMENTARY PAYMENTS - COVERAGES A AND B

1. **SUPPLEMENTARY PAYMENTS - COVERAGES A AND B** is amended as follows:

   a. The following language is added at the end of Paragraph **1.**

   However, we shall have none of the duties set forth above when this insurance applies only for **Coverage D.**, **Coverage E.**, or both, and we have paid the Limit of Liability or the Aggregate Limit for these additional coverages.

   b. **Bail Bonds**

   Paragraph **1.b.** is replaced by the following:

   1. We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

      b. Up to $1,000 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

   c. **Loss of Earnings**

   Paragraph **1.d.** is replaced by the following:

   1. We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

      d. All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $500 a day because of time off from work.

## SECTION II - WHO IS AN INSURED

A. The following changes are made to **SECTION II - WHO IS AN INSURED**

   1. **Extended Reporting Requirements**

   Paragraph **3.a.** is replaced by the following:

   3. Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

      a. Coverage under this provision is afforded only until the 180th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

B. The following provisions are added to **SECTION II - WHO IS AN INSURED:**

4. **Additional Insured - Owners, Lessees or Contractors - Automatic Status When Required In Construction or Service Agreement With You**

   Each of the following is an insured:

   a. Any person or organization for whom you are performing operations when you and such person or organization have agreed in writing in a contract or agreement that such person or organization be added as an additional insured on your policy;

   b. Any other person or organization you are required to add as an additional insured under the contract or agreement described in Paragraph **a.** above.

   Such person or organization is an additional insured only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" which may be imputed to that person or organization directly arising out of:

   (1) Your acts or omissions, or the acts or omissions of those acting on your behalf in the performance of your ongoing operations for the additional insured; or

   (2) "Your work" specified in the "written contract" but only for "bodily injury", "property damage" or "personal and advertising injury" included in the "products-completed operations hazard";

   However, the insurance afforded to such additional insureds described in Paragraphs **a.** and **b.** above, only applies to the extent permitted by law and will not be broader than that which you are required by the contract or agreement to provide for such additional insureds.

   c. With respect to the insurance afforded to these additional insureds, the following additional exclusions apply:

   This insurance does not apply to:

   (1) "Bodily injury", "property damage" or "personal and advertising injury" arising out of the rendering of, or the failure to render, any professional architectural, engineering or surveying services, including:

   (a) The preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

   (b) Supervisory, inspection, architectural or engineering activities.

   This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage", or the offense which caused the "personal and advertising injury", involved the rendering of or the failure to render any professional architectural, engineering or surveying services.

   d. With respect to the insurance afforded to these additional insureds, the following is added to **Section III - Limits of Insurance:**

   The most we will pay on behalf of the additional insured is the amount of insurance:

   (1) Required by the contract or agreement you have entered into with the additional insured; or

   (2) Available under the applicable Limits of Insurance;

   whichever is less.

   This coverage shall not increase the applicable Limits of Insurance.

5. **Additional Insured - Lessor of Leased Equipment - Automatic Status When Required In Lease Agreement With You**

   Each of the following is an insured:

   a. Any person(s) or organization(s) from whom you lease equipment when you and such person(s) or organization(s) have agreed in writing in a contract or agreement that such person(s) or organization(s) be added as an additional insured on your policy. Such person(s) or organization(s) is an insured only with respect to your liability for "bodily injury", "property damage" or "personal and advertising injury" directly arising out of the maintenance, operation or use of equipment leased to you by such person(s) or organization(s).

However:

**(1)** The insurance afforded to such additional insured only applies to the extent permitted by law; and

**(2)** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**b.** With respect to the insurance afforded to these additional insureds, this insurance does not apply to any "occurrence" which takes place after the equipment lease expires.

**c.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III - Limits of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**(1)** Required by the contract or agreement; or

**(2)** Available under the applicable Limits of Insurance;

whichever is less.

This coverage shall not increase the applicable Limits of Insurance.

**6. Additional Insured - Managers or Lessors of Premises**

Each of the following is an insured:

**a.** Any person(s) or organization(s), but only with respect to liability arising out of the ownership, maintenance or use of that part of the premises leased to you and subject to the following additional exclusions:

This insurance does not apply to:

**(1)** Any "occurrence" which takes place after you cease to be a tenant in that premises.

**(2)** Structural alterations, new construction or demolition operations performed by or on behalf of such person(s) or organization(s).

However:

**(1)** The insurance afforded to such additional insured only applies to the extent permitted by law; and

**(2)** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**b.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III-Limits of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**(1)** Required by the contract or agreement; or

**(2)** Available under the applicable Limits of Insurance;

whichever is less.

This coverage shall not increase the applicable Limits of Insurance.

**7. Additional Insured - Engineers, Architects or Surveyors Not Engaged by the Named Insured**

Each of the following is an insured:

**a.** Any architects, engineers or surveyors who are not engaged by you are insureds, but only with respect to liability for "bodily injury" or "property damage" or "personal and advertising injury" which may be imputed to that architect, engineer or surveyor arising out of:

**(1)** Your acts or omissions; or

**(2)** The acts or omissions of those acting on your behalf;

in the performance of your ongoing operations performed by you or on your behalf.

Such architects, engineers or surveyors, while not engaged by you, are contractually required to be added as an additional insured to your policy.

However, the insurance afforded to such additional insured:

(1) Only applies to the extent permitted by law; and

(2) Will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

b. With respect to the insurance afforded to these additional insureds, the following additional exclusion applies:

The insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of the rendering of or the failure to render any professional services, including:

(1) The preparing, approving, or failing to prepare or approve, maps, drawings, opinions, reports, surveys, change orders, designs or specifications; or

(2) Supervisory, inspection or engineering services.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage", or the offense which caused the "personal and advertising injury", involved the rendering of or the failure to render any professional services.

## SECTION III - LIMITS OF INSURANCE

A. Paragraphs **2.**, **3.**, and **6.** of **SECTION III - LIMITS OF INSURANCE** are replaced by the following:

2. The General Aggregate Limit is the most we will pay for the sum of:

a. Medical expenses under **Coverage C**;

b. Damages under **Coverage A,** except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

c. Damages under **Coverage B**; and

d. Damages under **Coverage G.**

e. Damages under **Coverage H.**

3. The Products-Completed Operations Aggregate Limit is the most we will pay under **Coverage A** for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard" and **Coverage F**.

6. Subject to Paragraph **5.** above, the Damage To Premises Rented To You Limit is the most we will pay under **Coverage A** for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, explosion, lightning, or smoke resulting from such fire, explosion, or lightning, or sprinkler leakage while rented to you or temporarily occupied by you with permission of the owner.

B. The following are added to **SECTION III - LIMITS OF INSURANCE:**

8. **Aggregate Limits of Insurance (Per Location)**

The General Aggregate Limit applies separately to each of your "locations" owned by or rented to you or temporarily occupied by you with the permission of the owner.

"Location" means premises involving the same or connecting lots, or premises whose connection is interrupted only by a street, roadway, waterway or right-of-way of a railroad.

9. **Aggregate Limits of Insurance (Per Project)**

The General Aggregate Limit applies separately to each of your "construction projects" away from premises owned by or rented to you.

"Construction Project" means "your work" conducted according to a single plan.

10. Even though the General Aggregate Limit applies separately to each of your "locations" and each of your "construction projects", the most we will pay under this policy is three times the General Aggregate Limit regardless of the number of "locations", "construction projects", "occurrences", "insureds", claims, "suits", or persons or organizations making claims or bringing "suits".

## SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS

A. The following is added to Paragraph **4. Other Insurance:**

**Primary And Noncontributory Insurance**

This insurance is primary to and will not seek contribution from any other insurance available to an additional insured under your policy provided that:

(1) The additional insured is a Named Insured under such other insurance; and

(2) You have agreed in writing in a contract or agreement that this insurance would be primary and would not seek contribution from any other insurance available to the additional insured.

B. Paragraphs **2.a.** and **b.** are replaced with the following:

2. **Duties In The Event Of Occurrence, Offense, Claim Or Suit**

   a. You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. Knowledge of an "occurrence" by your agent, servant or employee shall not in itself constitute knowledge of the Named Insured unless an officer of the Named Insured has received such notice from the agent, servant or employee. To the extent possible, notice should include:

      (1) How, when and where the "occurrence" took place;

      (2) The names and addresses of any injured persons and witnesses; and

      (3) The nature and location of any injury or damage arising out of the "occurrence" or offense.

   b. If a claim is made or "suit" is brought against any insured, you must:

      (1) Immediately record the specifics of the claim or "suit" and the date received; and

      (2) Notify us as soon as practicable.

   You must see to it that we receive written notice of the claim or "suit" as soon as practicable. Knowledge of a claim or "suit" by your agent, servant or employee shall not in itself constitute knowledge of the Named Insured unless an officer of the Named Insured has received such notice from the agent, servant or employee.

C. The following is added to Paragraph **2.c.**:

2. **Duties In The Event Of Occurrence, Offense, Claim or Suit**

   c. You and any other involved insured must:

      (5) Upon our request, replace or repair the property covered under **Coverage D - Voluntary Property Damage** at your actual cost, excluding profit or overhead.

D. Paragraph **8.** is modified by adding the following sentence:

8. **Transfer Of Rights Of Recovery Against Others To Us**

   We waive our right to recovery against any person or organization for whom the insured is operating under a written contract when such contract requires a waiver of subrogation, and such contract is executed before the "property damage" or "bodily injury" occurs or the "personal and advertising" offense is committed.

POLICY NUMBER:  MP29540335

NA IL 03 05 14

# NATIONAL AMERICAN INSURANCE COMPANY

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# THIRD PARTY - NOTICE OF CANCELLATION

This endorsement modifies insurance provided under the following:

    COMMERCIAL GENERAL LIABILITY COVERAGE PART
    COMMERCIAL PROPERTY COVERAGE PART
    CRIME AND FIDELITY COVERAGE PART
    COMMERCIAL INLAND MARINE COVERAGE PART
    COMMERCIAL AUTO COVERAGE PART
    COMMERCIAL EXCESS LIABILITY COVERAGE PART

We agree with you to provide notice of cancellation to  the person(s) or organization(s) shown in the schedule of this endorsement.  We will mail or deliver notice of cancellation to the address shown in the schedule.

We will provide thirty (30) days written notice of cancellation, except for non-payment of premium which will remain at ten (10) days, or at the Named Insured's request.

## SCHEDULE

| Name of Person or Organization | Address |
| --- | --- |
| WIELAND CORPORATION | 4162 ENGLISH OAK DR<br>LANSING, MI 48911 |

ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.

NA IL 03 05 14

Page 1 of 1

# NATIONAL AMERICAN INSURANCE COMPANY

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

---

## EXCLUSION FOR ILLNESS OR CONDITION CAUSED BY EXPOSURE TO MINUTE PARTICLES

---

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

This insurance does not apply to loss, damage, injury, costs, expenses, or penalties directly or indirectly caused by, arising from, or relating to any personal injury, bodily injury, sickness, disease, occupational disease, death, shock, fright, mental anguish, mental injury or property damage at any time directly or indirectly related to exposure to any type of dust or other minute solid particle whether or not such dust or minute solid particle is referred to or classified as silica or fiber, including but not limited to any illness or condition diagnosed as Silicosis, miner's lung, potter's rot or any other illness or condition.

SILICA-GL (6/2004)                                                                                          Page 1 of 1

# CYBER SUITE COVERAGE
# SUPPLEMENTAL DECLARATIONS



**NATIONAL AMERICAN INSURANCE COMPANY**

A CAPITAL STOCK COMPANY
1010 MANVEL AVENUE
CHANDLER, OKLAHOMA 74834
Telephone: 1-800-822-7802

| POLICY NUMBER | RENEWAL OF NUMBER |
|---|---|
| MP29540335 | MP29540235 |

**NAMED INSURED:**

C & M CONTRACTORS, LLC
446056 E 350 ROAD
VINITA, OK 74301-7987

**YOUR AGENT:**

TEDFORD & ASSOCIATES LLC
PO BOX 1050
JENKS, OK 74037-1050

---

THIS IS A CLAIMS-MADE POLICY AND PROVIDES NO COVERAGE FOR CLAIMS ARISING OUT OF INCIDENTS, OCCURRENCES OR ALLEGED WRONGFUL ACTS WHICH TOOK PLACE PRIOR TO THE FIRST INCEPTION OF THIS COVERAGE. THIS COVERAGE COVERS ONLY CLAIMS ACTUALLY MADE AGAINST THE INSURED WHILE THE COVERAGE REMAINS IN EFFECT, AND ALL COVERAGE UNDER THIS ENDORSEMENT CEASES UPON THE TERMINATION OF THE COVERAGE, EXCEPT FOR THE AUTOMATIC EXTENDED REPORTING PERIOD COVERAGE AND ANY ADDITIONAL EXTENDED REPORTING PERIOD COVERAGE PURCHASED BY THE INSURED. YOU ARE ADVISED TO READ ALL ITS PROVISIONS CAREFULLY. PLEASE NOTE THAT DEFENSE COSTS ARE SUBJECT TO THE APPLICABLE LIMIT AND DEDUCTIBLE. SPECIFICALLY, DEFENSE COSTS ARE SUBJECT TO THE THIRD PARTY DEFENSE LIMIT SET FORTH IN THE CYBER SUITE SUPPLEMENTAL DECLARATIONS. THIS MEANS THAT THE THIRD PARTY DEFENSE LIMIT SPECIFIED IN THIS CYBER SUITE COVERAGE MAY BE COMPLETELY EXHAUSTED BY DEFENSE COSTS. IN THE EVENT THAT THE THIRD PARTY DEFENSE LIMIT IS EXHAUSTED, THE INSURER SHALL NOT BE LIABLE FOR ADDITIONAL DEFENSE COSTS. THE THIRD PARTY DEFENSE LIMIT APPLIES ON AN ANNUAL AGGREGATE BASIS.

---

## CYBER SUITE

| | |
|---|---|
| FIRST PARTY ANNUAL AGGREGATE LIMIT | $50,000 |
| THIRD PARTY DEFENSE ANNUAL AGGREGATE LIMIT | $25,000 |
| THIRD PARTY LIABILITY ANNUAL AGGREGATE LIMIT | $25,000 |
| CYBER SUITE DEDUCTIBLE PER OCCURRENCE | $ 1,000 |

## FIRST PARTY COVERAGES

**DATA COMPROMISE RESPONSE EXPENSES**          Included
  **Sublimits Per Occurrence**
  Forensic IT Review:          $25,000
  Legal Review:          $25,000
  Public Relations:          $ 5,000
  Regulatory Fines and Penalties:          $25,000
  PCI Fines and Penalties:          $25,000

**COMPUTER ATTACK**          Included
  **Sublimits Per Occurrence**
  Loss of Business:          $25,000
  Public Relations:          $ 5,000

**CYBER EXTORTION**          Included
  **Sublimit Per Occurrence:**          $10,000

**MISDIRECTED PAYMENT FRAUD**          Included
  **Sublimit Per Occurrence:**          $10,000

**COMPUTER FRAUD**          Included
  **Sublimit Per Occurrence:**          $10,000

## THIRD PARTY COVERAGES

| | |
|---|---|
| DATA COMPROMISE LIABILITY | Included |
| NETWORK SECURITY LIABILITY | Included |
| ELECTRONIC MEDIA LIABILITY | Included |

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ THIS CAREFULLY.**

# OKLAHOMA CHANGES

## AMENDATORY ENDORSEMENT

This endorsement modifies the insurance provided under the following:

**CYBER SUITE Coverage**

1.  **C. LIMITS OF INSURANCE, 1. Aggregate Limits** is deleted and replaced with the following:

    **1.  Aggregate Limits**

    The First Party Annual Aggregate Limit shown in the Cyber Suite Supplemental Declarations is the most we will pay for all "loss" under all applicable coverage sections, in any one "policy period".The First Party Annual Aggregate Limit shown in the Cyber Suite Supplemental Declarations applies regardless of the number of insured events first discovered during the "policy period".

    The Third Party Defense Annual Aggregate Limit shown in the Cyber Suite Supplemental Declarations is the most we will pay for "defense costs" under the applicable Liability coverage section in any one "policy period" or any Extended Reporting Period.

    Except for post-judgment interest, the Third Party Liability Annual Aggregate Limit shown in the Cyber Suite Supplemental Declarations is the most we will pay for all "settlement costs" under the applicable Liability coverage section in any one "policy period" or any applicable Extended Reporting Period.

    The Third Party Defense Annual Aggregate Limit and the Third Party Liability Annual Aggregate Limit shown in the Cyber Suite Supplemental Declarations apply regardless of the number of insured "claims" or "regulatory proceedings" first received during the "policy period" or any applicable Extended Reporting Period.

2.  **C. LIMITS OF INSURANCE, 2.a. Data Compromise Sublimits, 2.b. Computer Attack Sublimits, 2.c. Cyber Extortion Sublimit, 2.d. Misdirected Payment Fraud Sublimit, and 2.e. Computer Fraud Sublimit** are deleted and replaced with the following:

    **a.  Data Compromise Sublimits**

    The most we will pay under Data Compromise Response Expenses for Forensic IT Review, Legal Review, Public Relations, Regulatory Fines and Penalties and PCI Fines and Penalties coverages for "loss" arising from any one "personal data compromise" is the applicable sublimit for each of those coverages shown in the Cyber Suite Supplemental Declarations

    These sublimits are part of, and not in addition to, the First Party Annual Aggregate Limit shown in the Cyber Suite Supplemental Declarations. Public Relations coverage is also subject to a limit per "affected individual" as described in **A.1.b.(5)**.

    **b.  Computer Attack Sublimits**

    The most we will pay under Computer Attack for Loss of Business and Extended Income Recovery coverages for "loss" arising from any one "computer attack" is the applicable Loss of Business sublimit shown in the Cyber Suite Supplemental Declarations. The most we will pay under Computer Attack for Public Relations coverage for "loss" arising from any one "computer attack" is the applicable Public Relations sublimit shown in the Cyber Suite Supplemental Declarations.These sublimits are part of, and not in addition to, the First Party Annual Aggregate Limit shown in the Cyber Suite Supplemental Declarations.

    **c.  Cyber Extortion Sublimit**

The most we will pay under Cyber Extortion coverage for "loss" arising from any one "cyber extortion threat" is the applicable sublimit shown in the Cyber Suite Supplemental Declarations. This sublimit is part of, and not in addition to, the First Party Annual Aggregate Limit shown in the Cyber Suite Supplemental Declarations.

**d.    Misdirected Payment Fraud Sublimit**

The most we will pay under Misdirected Payment Fraud coverage for "loss" arising from one "wrongful transfer event" is the applicable sublimit shown in the Cyber Suite Supplemental Declarations.  This sublimit is part of, and not in addition to, the First Party Annual Aggregate Limit shown in the Cyber Suite Supplemental Declarations.

**e.    Computer Fraud Sublimit**

The most we will pay under Computer Fraud coverage for "loss" arising from one "computer fraud event" is the applicable sublimit shown in the Cyber Suite Supplemental Declarations.  This sublimit is part of, and not in addition to, the First Party Annual Aggregate Limit shown in the Cyber Suite Supplemental Declarations.

**3.    F.    DEFINITIONS, 16. "Defense Costs"**, paragraph **b.** is deleted and replaced with the following:

**b.**    "Defense costs" does not mean or include the salaries or wages of your or our employees or officers, adjusting expenses or other expenses incurred by us in the ordinary course of business, or your loss of earnings.

THIS IS A CLAIMS-MADE POLICY.
PLEASE NOTE THAT DEFENSE COSTS ARE SUBJECT TO THE APPLICABLE LIMIT AND DEDUCTIBLE SET FORTH IN THE DECLARATIONS.  PLEASE READ THE ENTIRE CYBER SUITE COVERAGE ENDORSEMENT CAREFULLY.

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# CYBER SUITE COVERAGE ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

Throughout this Coverage Endorsement (hereinafter referred to as "Cyber Coverage"), the words "you" and "your" refer to the Named Insured(s) shown in the Cyber Suite Supplemental Declarations of this Cyber Coverage and any other person(s) or organization(s) qualifying as a Named Insured under this Cyber Coverage. The words "we", "us" and "our" refer to the company providing this insurance.

Other words and phrases that appear in quotations have special meaning. Refer to **DEFINITIONS.**

The terms and conditions of the Cancellation Clause of the Common Policy Conditions and any amendment to such terms incorporated by endorsement are hereby incorporated herein and shall apply to coverage as is afforded by this Cyber Coverage, unless specifically stated otherwise in an endorsement(s) attached hereto.

## A. COVERAGE

This section lists the coverages that apply if indicated in the Cyber Suite Supplemental Declarations.

1. **Data Compromise Response Expenses**

   a. Data Compromise Response Expenses applies only if all of the following conditions are met:

      (1) There has been a "personal data compromise"; and

      (2) Such "personal data compromise" took place in the "coverage territory"; and

      (3) Such "personal data compromise" is first discovered by you during the "policy period"; and

      (4) Such "personal data compromise" is reported to us as soon as practicable, but in no event more than 60 days after the date it is first discovered by you.

   b. If the conditions listed in **a.** above have been met, then we will provide coverage for the following expenses when they arise directly from such "personal data compromise" and are necessary and reasonable. Items **(4)** and **(5)** below apply only if there has been a notification of the "personal data compromise" to "affected individuals" as covered under item **(3)** below.

      (1) **Forensic IT Review**

         We will pay for a professional information technologies review if needed to determine, within the constraints of what is possible and reasonable, the nature and extent of the "personal data compromise" and the number and identities of the "affected individuals".

         This does not include costs to analyze, research or determine any of the following:

         (a) Vulnerabilities in systems, procedures or physical security;

         (b) Compliance with Payment Card Industry or other industry security standards; or

         (c) The nature or extent of "loss" or damage to data that is not "personally identifying information" or "personally sensitive information".

         If there is reasonable cause to suspect that a covered "personal data

© 2018, Includes copyrighted material of The Hartford Steam Boiler Inspection and Insurance Company and Insurance Services Office, Inc., with their permission.

compromise" may have occurred, we will pay for costs covered under Forensic IT Review, even if it is eventually determined that there was no covered "personal data compromise". However, once it is determined that there was no covered "personal data compromise", we will not pay for any further costs.

**(2) Legal Review**

We will pay for a professional legal counsel review of the "personal data compromise" and how you should best respond to it.

If there is reasonable cause to suspect that a covered "personal data compromise" may have occurred, we will pay for costs covered under Legal Review, even if it is eventually determined that there was no covered "personal data compromise". However, once it is determined that there was no covered "personal data compromise", we will not pay for any further costs.

**(3) Notification to Affected Individuals**

We will pay your necessary and reasonable costs to provide notification of the "personal data compromise" to "affected individuals".

**(4) Services to Affected Individuals**

We will pay your necessary and reasonable costs to provide the following services to "affected individuals". Services **(c)** and **(d)** below apply only to "affected individuals" from "personal data compromise" events involving "personally identifying information".

**(a) Informational Materials**

A packet of loss prevention and customer support information.

**(b) Help Line**

A toll-free telephone line for "affected individuals" with questions about the "personal data compromise". Where applicable, the line can also be used to request additional services as listed in **(c)** and **(d)** below.

**(c) Credit Report and Monitoring**

A credit report and an electronic service automatically monitoring for activities affecting an

individual's credit records. This service is subject to the "affected individual" enrolling for this service with the designated service provider.

**(d) Identity Restoration Case Management**

As respects any "affected individual" who is or appears to be a victim of "identity theft" that may reasonably have arisen from the "personal data compromise", the services of an identity restoration professional who will assist that "affected individual" through the process of correcting credit and other records and, within the constraints of what is possible and reasonable, restoring control over his or her personal identity.

**(5) Public Relations**

We will pay for a professional public relations firm review of and response to, the potential impact of the "personal data compromise" on your business relationships.

This includes necessary and reasonable costs to implement public relations recommendations of such firm. This may include advertising and special promotions designed to retain your relationship with "affected individuals". However, we will not pay for:

**(a)** Promotions provided to any of your directors or employees; or

**(b)** Promotion costs exceeding $25 per "affected individual".

**(6) Regulatory Fines and Penalties**

We will pay for any fine or penalty imposed by law, to the extent such fine or penalty is legally insurable under the law of the applicable jurisdiction.

**(7) PCI Fines and Penalties**

We will pay for any Payment Card Industry fine or penalty imposed under a contract to which you are a party. PCI Fines and Penalties do not include any increased transaction costs.

**2. Computer Attack**

**a.** Computer Attack applies only if all of the following conditions are met:

**(1)** There has been a "computer attack";

and

**(2)** Such "computer attack" occurred in the "coverage territory"; and

**(3)** Such "computer attack" is first discovered by you during the "policy period"; and

**(4)** Such "computer attack" is reported to us as soon as practicable, but in no event more than 60 days after the date it is first discovered by you.

**b.** If the conditions listed in **a.** above have been met, then we will provide you the following coverages for "loss" directly arising from such "computer attack".

**(1) Data Restoration**

We will pay your necessary and reasonable "data restoration costs".

**(2) Data Re-creation**

We will pay your necessary and reasonable "data re-creation costs".

**(3) System Restoration**

We will pay your necessary and reasonable "system restoration costs".

**(4) Loss of Business**

We will pay your actual "business income and extra expense loss" incurred during the "period of restoration".

**(5) Extended Income Recovery**

If you suffer a covered "business income and extra expense loss" resulting from a "computer attack" on a "computer system" owned or leased by you and operated under your control, we will pay your actual "extended income loss".

**(6) Public Relations**

If you suffer a covered "business income and extra expense loss", we will pay for the services of a professional public relations firm to assist you in communicating your response to the "computer attack" to the media, the public and your customers, clients or members.

**3. Cyber Extortion**

**a.** Cyber Extortion applies only if all of the following conditions are met:

**(1)** There has been a "cyber extortion threat"; and

**(2)** Such "cyber extortion threat" is first made against you during the "policy

period"; and

**(3)** Such "cyber extortion threat" is reported to us as soon as practicable, but in no event more than 60 days after the date it is first made against you.

**b.** If the conditions listed in **a.** above have been met, then we will pay for your necessary and reasonable "cyber extortion expenses" arising directly from such "cyber extortion threat". The payment of "cyber extortion expenses" must be approved in advance by us. We will not pay for "cyber extortion expenses" that have not been approved in advance by us. We will not unreasonably withhold our approval.

**c.** You must make every reasonable effort not to divulge the existence of this Cyber Extortion coverage.

**4. Misdirected Payment Fraud**

**a.** Misdirected Payment Fraud applies only if all of the following conditions are met:

**(1)** There has been a "wrongful transfer event" against you; and

**(2)** Such "wrongful transfer event" took place in the "coverage territory"; and

**(3)** Such "wrongful transfer event" is first discovered by you during the "policy period"; and

**(4)** Such "wrongful transfer event" is reported to us as soon as practicable, but in no event more than 60 days after the date it is first discovered by you; and

**(5)** Such "wrongful transfer event" is reported in writing by you to the police.

**b.** If the conditions listed above in **a.** have been met, then we will pay your necessary and reasonable "wrongful transfer costs" arising directly from the "wrongful transfer event".

**5. Computer Fraud**

**a.** Computer Fraud applies only if all of the following conditions are met:

**(1)** There has been a "computer fraud event" against you; and

**(2)** Such "computer fraud event" took place in the "coverage territory"; and

**(3)** Such "computer fraud event" is first discovered by you during the "policy period"; and

**(4)** Such "computer fraud event" is

 © 2018, Includes copyrighted material of The Hartford Steam Boiler Inspection and Insurance Company and Insurance Services Office, Inc., with their permission.

reported to us within 60 days after the date it is first discovered by you; and

(5) Such "computer fraud event" is reported in writing by you to the police.

b. If the conditions listed in **a.** above have been met, then we will pay your necessary and reasonable "computer fraud costs" arising directly from the "computer fraud event".

6. **Data Compromise Liability**

a. Data Compromise Liability applies only if all of the following conditions are met:

(1) During the "policy period" or any applicable Extended Reporting Period, you first receive notice of one of the following:

(a) A "claim"; or

(b) A "regulatory proceeding".

(2) Such "claim" or "regulatory proceeding" must arise from a "personal data compromise" that:

(a) Took place during the "coverage term"; and

(b) Took place in the "coverage territory"; and

(c) Was submitted to us and insured under Data Compromise Response Expenses.

(3) Such "claim" is reported to us as soon as practicable, but in no event more than 60 days after the date it is first received by you.

b. If the conditions listed in **a.** above have been met, then we will pay on your behalf any covered:

(1) "Loss" directly arising from the "claim"; or

(2) "Defense costs" directly arising from a "regulatory proceeding".

c. All "claims" and "regulatory proceedings" arising from a single "personal data compromise" or interrelated "personal data compromises" will be deemed to have been made at the time that notic e of the first of those "claims" or "regulatory proceedings" is received by you.

7. **Network Security Liability**

a. Network Security Liability applies only if all of the following conditions are met:

(1) During the "policy period" or any applicable Extended Reporting

Period, you first receive notice of a "claim" which arises from a "network security incident" that:

(a) Took place during the "coverage term"; and

(b) Took place in the "coverage territory"; and

(2) Such "claim" is reported to us as soon as practicable, but in no event more than 60 days after the date it is first received by you.

b. If the conditions listed in **a.** above have been met, then we will pay on your behalf any covered "loss" directly arising from the "claim".

c. All "claims" arising from a single "network security incident" or interrelated "network security incidents" will be deemed to have been made at the time that notice of the first of those "claims" is received by you.

8. **Electronic Media Liability**

a. Electronic Media Liability applies only if all of the following conditions are met:

(1) During the "policy period" or any applicable Extended Reporting Period, you first receive notice of a "claim" which arises from an "electronic media incident" that:

(a) Took place during the "coverage term"; and

(b) Took place in the "coverage territory"; and

(2) Such "claim" is reported to us as soon as practicable, but in no event more than 60 days after the date it is first received by you.

b. If the conditions listed in **a.** above have been met, then we will pay on your behalf any covered "loss" directly arising from the "claim".

c. All "claims" arising from a single "electronic media incident" or interrelated "electronic media incidents" will be deemed to have been made at the time that notice of the first of those "claims" is received by you.

B. **EXCLUSIONS**

The following additional exclusions apply to this coverage:

We will not pay for costs or "loss" arising from the following:

1. Nuclear reaction or radiation or radioactive contamination, however caused.

2. War and military action including any of the

 © 2018, Includes copyrighted material of The Hartford Steam Boiler Inspection and Insurance Company and Insurance Services Office, Inc., with their permission.

following and any consequence of any of the following:

a. War, including undeclared or civil war;

b. Warlike action by military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

c. Insurrection, rebellion, revolution, usurped power, political violence or action taken by governmental authority in hindering or defending against any of these.

3. Failure or interruption of, or damage to, any electrical power supply network or telecommunications network not owned and operated by you including, but not limited to, the internet, internet service providers, Domain Name System (DNS) service providers, cable and wireless providers, internet exchange providers, search engine providers, internet protocol networks (and similar networks that may have different designations) and other providers of telecommunications or internet infrastructure.

4. Any attack on, incident involving, or loss to any computer or system of computers that is not a "computer system".

5. Costs to research or correct any deficiency.

6. Any fines or penalties other than those explicitly covered under Data Compromise Response Expenses.

7. Any criminal investigations or proceedings.

8. Your intentional or willful complicity in a covered "loss" event.

9. Your reckless disregard for the security of your "computer system" or data, including confidential or sensitive information of others in your care, custody or control.

10. Any criminal, fraudulent or dishonest act, error or omission, or any intentional or knowing violation of the law by you.

11. Any "personal data compromise", "computer attack", "cyber extortion threat", "wrongful transfer event", "computer fraud event" or "wrongful act" occurring before the "coverage term".

12. That part of any "claim" seeking any non-monetary relief. However, this exclusion does not apply to "defense costs" arising from an otherwise insured "wrongful act".

13. The propagation or forwarding of malware, including viruses, worms, Trojans, spyware and keyloggers in connection with hardware or software created, produced or modified by you for sale, lease or license to third parties.

14. Any oral or written publication of material, if done by you or at your direction with knowledge of its falsity.

15. "Property damage" or "bodily injury" other than mental anguish or mental injury alleged in a "claim" covered under Electronic Media Liability.

C. **LIMITS OF INSURANCE**

1. **Aggregate Limits**

Except for post-judgment interest, the Cyber Suite Annual Aggregate Limit shown in the Cyber Suite Supplemental Declarations is the most we will pay for all "loss" under all applicable coverage sections in any one "policy period" or any applicable Extended Reporting Period. The Cyber Suite Annual Aggregate Limit shown in the Cyber Suite Supplemental Declarations applies regardless of the number of insured events first discovered or "claims" or "regulatory proceedings" first received during the "policy period" or any applicable Extended Reporting Period.

2. **Coverage Sublimits**

a. **Data Compromise Sublimits**

The most we will pay under Data Compromise Response Expenses for Forensic IT Review, Legal Review, Public Relations, Regulatory Fines and Penalties and PCI Fines and Penalties coverages for "loss" arising from any one "personal data compromise" is the applicable sublimit for each of those coverages shown in the Cyber Suite Supplemental Declarations.

These sublimits are part of, and not in addition to, the Cyber Suite Annual Aggregate Limit shown in the Cyber Suite Supplemental Declarations. Public Relations coverage is also subject to a limit per "affected individual" as described in **A.1.b.(5)**.

b. **Computer Attack Sublimits**

The most we will pay under Computer Attack for Loss of Business and Extended Income Recovery coverages for "loss" arising from any one "computer attack" is the applicable Loss of Business sublimit shown in the Cyber Suite Supplemental Declarations. The most we will pay under Computer Attack for Public Relations coverage for "loss" arising from any one "computer attack" is the applicable Public Relations sublimit shown in the Cyber

Suite Supplemental Declarations. These sublimits are part of, and not in addition to, the Cyber Suite Annual Aggregate Limit shown in the Cyber Suite Supplemental Declarations.

**c.   Cyber Extortion Sublimit**

The most we will pay under Cyber Extortion coverage for "loss" arising from one "cyber extortion threat" is the applicable sublimit shown in the Cyber Suite Supplemental Declarations.  This sublimit is part of, and not in addition to, the Cyber Suite Annual Aggregate Limit shown in the Cyber Suite Supplemental Declarations.

**d.   Misdirected Payment Fraud Sublimit**

The most we will pay under Misdirected Payment Fraud coverage for "loss" arising from one "wrongful transfer event" is the applicable sublimit shown in the Cyber Suite Supplemental Declarations.  This sublimit is part of, and not in addition to, the Cyber Suite Annual Aggregate Limit shown in the Cyber Suite Supplemental Declarations.

**e.   Computer Fraud Sublimit**

The most we will pay under Computer Fraud coverage for "loss" arising from one "computer fraud event" is the applicable sublimit shown in the Cyber Suite Supplemental Declarations. This sublimit is part of, and not in addition to, the Cyber Suite Annual Aggregate Limit shown in the Cyber Suite Supplemental Declarations.

**3.   Application of Limits**

**a.**   A "computer attack", "cyber extortion threat", "personal data compromise", "wrongful transfer event" or "computer fraud event" may be first discovered by you in one "policy period" but it may cause insured "loss" in one or more subsequent "policy periods". If so, all insured "loss" arising from such "computer attack", "cyber extortion threat", "personal data compromise", "wrongful transfer event" or "computer fraud event" will be subject to the limit of insurance applicable to the "policy period" when the "computer attack", "cyber extortion threat", "personal data compromise", "wrongful transfer event" or "computer fraud event" was first discovered by you.

**b.**   You may first receive notice of a "claim" or "regulatory proceeding" in one "policy period" but it may cause insured "loss" in one or more subsequent "policy periods".

If so, all insured "loss" arising from such "claim" or "regulatory proceeding" will be subject to the limit of insurance applicable to the "policy period" when notice of the "claim" or "regulatory proceeding" was first received by you.

**c.**   The limit of insurance for the Extended Reporting Periods (if applicable) will be part of, and not in addition to, the limit of insurance for the immediately preceding "policy period".

**d.**   Coverage for Services to Affected Individuals under Data Compromise Response Expenses is limited to costs to provide such services for a period of up to one year from the date of the notification to the "affected individuals". Notwithstanding, coverage for Identity Restoration Case Management services initiated within such one year period may continue for a period of up to one year from the date such Identity Restoration Case Management services are initiated.

**D.   DEDUCTIBLES**

**1.**   We will not pay for "loss" until the amount of the insured "loss" exceeds the deductible amount shown in the Cyber Suite Supplemental Declarations. We will then pay the amount of "loss" in excess of the applicable deductible amount, subject to the applicable limits shown in the Cyber Suite Supplemental Declarations. You will be responsible for the applicable deductible amount.

**2.**   The deductible will apply to all:

**a.**   "Loss" arising from the same insured event or interrelated insured events under Data Compromise Response Expenses, Computer Attack, Cyber Extortion, Misdirected Payment Fraud, or Computer Fraud.

**b.**   "Loss" resulting from the same "wrongful act" or interrelated "wrongful acts" insured under Data Compromise Liability, Network Security Liability or Electronic Media Liability.

**3.**   In the event that "loss" is insured under more than one coverage section, only the single highest deductible applies.

**E.   ADDITIONAL CONDITIONS**

The following conditions apply in addition to the Common Policy Conditions:

**1.   Bankruptcy**

The bankruptcy or insolvency of you or your estate, will not relieve you or us of any obligation under this Cyber Coverage.

2.  **Defense And Settlement**

    a.  We shall have the right and the duty to assume the defense of any applicable "claim" or "regulatory proceeding" against you. You shall give us such information and cooperation as we may reasonably require.

    b.  You shall not admit liability for or settle any "claim" or "regulatory proceeding" or incur any defense costs without our prior written consent.

    c.  At the time a "claim" or "regulatory proceeding" is first reported to us, you may request that we appoint a defense attorney of your choice. We will give full consideration to any such request.

    d.  If you refuse to consent to any settlement recommended by us and acceptable to the claimant, we may then withdraw from your defense by tendering control of the defense to you. From that point forward, you shall, at your own expense, negotiate or defend such "claim" or "regulatory proceeding" independently of us. Our liability shall not exceed the amount for which the "claim" or suit could have been settled if such recommendation was consented to, plus "defense costs" incurred by us, and "defense costs" incurred by you with our written consent, prior to the date of such refusal.

    e.  We will not be obligated to pay any "loss" or "defense costs", or to defend or continue to defend any "claim" or "regulatory proceeding" after the applicable limit of insurance has been exhausted.

    f.  We will pay all interest on that amount of any judgment within the applicable limit of insurance which accrues:

        (1) After entry of judgment; and

        (2) Before we pay, offer to pay or deposit in court that part of the judgment within the applicable limit of insurance or, in any case, before we pay or offer to pay the entire applicable limit of insurance.

        These interest payments will be in addition to and not part of the applicable limit of insurance.

3.  **Due Diligence**

    You agree to use due diligence to prevent and mitigate "loss" insured under this Cyber Coverage. This includes, but is not limited to, complying with, and requiring your vendors to comply with, reasonable and industry-accepted protocols for:

    a.  Providing and maintaining appropriate physical security for your premises, "computer systems" and hard copy files;

    b.  Providing and maintaining appropriate computer and Internet security;

    c.  Maintaining and updating at appropriate intervals backups of computer data;

    d.  Protecting transactions, such as processing credit card, debit card and check payments; and

    e.  Appropriate disposal of files containing "personally identifying information", "personally sensitive information" or "third party corporate data", including shredding hard copy files and destroying physical media used to store electronic data.

4.  **Duties in the Event of a Claim, Regulatory Proceeding or Loss**

    a.  If, during the "policy period", incidents or events occur which you reasonably believe may give rise to a "claim" or "regulatory proceeding" for which coverage may be provided hereunder, such belief being based upon either written notice from the potential claimant or the potential claimant's representative; or notice of a complaint filed with a federal, state or local agency; or upon an oral "claim", allegation or threat, you shall give written notice to us as soon as practicable and either:

        (1) Anytime during the "policy period"; or

        (2) Anytime during the extended reporting periods (if applicable).

    b.  If a "claim" or "regulatory proceeding" is brought against you, you must:

        (1) Immediately record the specifics of the "claim" or "regulatory proceeding" and the date received;

        (2) Provide us with written notice, as soon as practicable, but in no event more than 60 days after the date the "claim" or "regulatory proceeding" is first received by you;

        (3) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "claim" or "regulatory proceeding";

        (4) Authorize us to obtain records and other information;

        (5) Cooperate with us in the investigation, settlement or defense of the "claim" or "regulatory proceeding";

© 2018, Includes copyrighted material of The Hartford Steam Boiler Inspection and Insurance Company and Insurance Services Office, Inc., with their permission.

**(6)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to you because of "loss" or "defense costs" to which this insurance may also apply; and

**(7)** Not take any action, or fail to take any required action, that prejudices your rights or our rights with respect to such "claim" or "regulatory proceeding".

**c.** In the event of a "personal data compromise", "computer attack", "cyber extortion threat", "wrongful transfer event" or "computer fraud event", insured under this Cyber Coverage, you must see that the following are done:

**(1)** Notify the police if a law may have been broken.

**(2)** Notify us as soon as practicable, but in no event more than 60 days after the "personal data compromise", "computer attack", "cyber extortion threat", "wrongful transfer event" or "computer fraud event". Include a description of any property involved.

**(3)** As soon as possible, give us a description of how, when and where the "personal data compromise", "computer attack", "cyber extortion threat", "wrongful transfer event" or "computer fraud event" occurred.

**(4)** As often as may be reasonably required, permit us to:

    **(a)** Inspect the property proving the "personal data compromise", "computer attack", "cyber extortion threat", "wrongful transfer event" or "computer fraud event";

    **(b)** Examine your books, records, electronic media and records and hardware;

    **(c)** Take samples of damaged and undamaged property for inspection, testing and analysis; and

    **(d)** Make copies from your books, records, electronic media and records and hardware.

**(5)** Send us signed, sworn proof of "loss" containing the information we request to investigate the "personal data compromise", "computer attack", "cyber extortion threat", "wrongful transfer event" or "computer fraud

event". You must do this within 60 days after our request. We will supply you with the necessary forms.

**(6)** Cooperate with us in the investigation or settlement of the "personal data compromise", "computer attack", "cyber extortion threat", "wrongful transfer event" or "computer fraud event".

**(7)** If you intend to continue your business, you must resume all or part of your operations as quickly as possible.

**(8)** Make no statement that will assume any obligation or admit any liability, for any "loss" for which we may be liable, without our prior written consent.

**(9)** Promptly send us any legal papers or notices received concerning the "loss".

**d.** We may examine you under oath at such times as may be reasonably required, about any matter relating to this insurance or the "claim", "regulatory proceeding" or "loss", including your books and records. In the event of an examination, your answers must be signed.

**e.** You may not, except at your own cost, voluntarily make a payment, assume any obligation, or incur any expense without our prior written consent.

**5. Extended Reporting Periods**

**a.** You will have the right to the Extended Reporting Periods described in this section, in the event of a "termination of coverage".

**b.** If a "termination of coverage" has occurred, you will have the right to the following:

**(1)** At no additional premium, an Automatic Extended Reporting Period of 30 days immediately following the effective date of the "termination of coverage" during which you may first receive notice of a "claim" or "regulatory proceeding" arising directly from a "wrongful act" occurring before the end of the "policy period" and which is otherwise insured by this Cyber Coverage; and

**(2)** Upon payment of the additional premium of 100% of the full annual premium associated with the relevant coverage, a Supplemental Extended Reporting Period of one year immediately following the effective

© 2018, Includes copyrighted material of The Hartford Steam Boiler Inspection and Insurance Company and Insurance Services Office, Inc., with their permission.

date of the "termination of coverage" during which you may first receive notice of a "claim" or "regulatory proceeding" arising directly from a "wrongful act" occurring before the end of the "policy period" and which is otherwise insured by this Cyber Coverage.

To obtain the Supplemental Extended Reporting Period, you must request it in writing and pay the additional premium due, within 30 days after the effective date of "termination of coverage". The additional premium for the Supplemental Extended Reporting Period will be fully earned at the inception of the Supplemental Extended Reporting Period. If we do not receive the written request as required, you may not exercise this right at a later date.

This insurance, provided during the Supplemental Extended Reporting Period, is excess over any other valid and collectible insurance that begins or continues in effect after the Supplemental Extended Reporting Period becomes effective, whether the other insurance applies on a primary, excess, contingent, or any other basis.

## 6. Legal Action Against Us

No one may bring a legal action against us under this insurance unless:

a. There has been full compliance with all of the terms of this insurance; and

b. The action is brought within two years after the date the "loss" is first discovered by you, or the date on which you first receive notice of a "claim" or "regulatory proceeding".

## 7. Legal Advice

We are not your legal advisor. Our determination of what is or is not insured under this Cyber Coverage does not represent advice or counsel from us about what you should or should not do.

## 8. Other Insurance

If there is other insurance that applies to the same "loss", this Cyber Coverage shall apply only as excess insurance after all other applicable insurance has been exhausted.

## 9. Pre-Notification Consultation

You agree to consult with us prior to the issuance of notification to "affected individuals". We assume no responsibility

under Data Compromise Response Expenses for any services promised to "affected individuals" without our prior agreement. If possible, this pre-notification consultation will also include the designated service provider(s) as agreed to under the Service Providers condition below. You must provide the following at our pre-notification consultation with you:

a. The exact list of "affected individuals" to be notified, including contact information.

b. Information about the "personal data compromise" that may appropriately be communicated with "affected individuals".

c. The scope of services that you desire for the "affected individuals". For example, coverage may be structured to provide fewer services in order to make those services available to more "affected individuals" without exceeding the available Data Compromise Response Expenses limit of insurance.

## 10. Service Providers

a. We will only pay under this Cyber Coverage for services that are provided by service providers approved by us. You must obtain our prior approval for any service provider whose expenses you want covered under this Cyber Coverage. We will not unreasonably withhold such approval.

b. Prior to the Pre-Notification Consultation described in the Pre-Notification Consultation Condition above, you must come to agreement with us regarding the service provider(s) to be used for the Notification to Affected Individuals and Services to Affected Individuals. We will suggest a service provider. If you prefer to use an alternate service provider, our coverage is subject to the following limitations:

(1) Such alternate service provider must be approved by us;

(2) Such alternate service provider must provide services that are reasonably equivalent or superior in both kind and quality to the services that would have been provided by the service provider we had suggested; and

(3) Our payment for services provided by any alternate service provider will not exceed the amount that we would have paid using the service provider we had suggested.

 © 2018, Includes copyrighted material of The Hartford Steam Boiler Inspection and Insurance Company and Insurance Services Office, Inc., with their permission.

**11. Services**

The following conditions apply as respects any services provided to you or any "affected individual" by us, our designees or any service firm paid for in whole or in part under this Cyber Coverage:

a. The effectiveness of such services depends on the cooperation and assistance of you, "affected individuals".

b. All services may not be available or applicable to all individuals. For example, "affected individuals" who are minors or foreign nationals may not have credit records that can be provided or monitored. Service in Canada will be different from service in the United States and Puerto Rico in accordance with local conditions.

c. We do not warrant or guarantee that the services will end or eliminate all problems associated with the covered events.

d. You will have a direct relationship with the professional service firms paid for in whole or in part under this Cyber Coverage. Those firms work for you.

**12. Valuation**

We will determine the value of "money" as follows:

Our payment for loss of "money" or loss payable in "money" will be, at your option, in the "money" of the country in which the "wrongful transfer event" or "computer fraud event" took place or in the United States of America dollar equivalent thereof determined at the rate of exchange published by the Wall Street Journal at the time of payment of such loss.

**F. DEFINITIONS**

1. **"Affected Individual"** means any person whose "personally identifying information" or "personally sensitive information" is lost, stolen, accidentally released or accidentally published by a "personal data compromise" covered under this Cyber Coverage. This definition is subject to the following provisions:

   a. "Affected individual" does not include any business or organization. Only an individual person may be an "affected individual".

   b. An "affected individual" may reside anywhere in the world.

2. **"Authorized Third Party User"** means a party who is not an employee or a director of you who is authorized by contract or other agreement to access the "computer system" for the receipt or delivery of services.

3. **"Bodily Injury"** means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

4. **"Business Income and Extra Expense Loss"** means loss of Business Income and Extra Expense.

   a. As used in this definition, Business Income means the sum of:

      (1) Net income (net profit or loss before income taxes) that would have been earned or incurred; and

      (2) Continuing normal and necessary operating expenses incurred, including employee and director payroll.

   b. As used in this definition, Extra Expense means the additional cost you incur to operate your business over and above the cost that you normally would have incurred to operate your business during the same period had no "computer attack" occurred.

5. **"Claim"**

   a. "Claim" means:

      (1) A written demand for monetary damages or non-monetary relief, including injunctive relief;

      (2) A civil proceeding commenced by the filing of a complaint;

      (3) An arbitration proceeding in which such damages are claimed and to which you must submit or do submit with our consent;

      (4) Any other alternative dispute resolution proceeding in which such damages are claimed and to which you must submit or to which we agree you should submit to;

      arising from a "wrongful act" or a series of interrelated "wrongful acts" including any resulting appeal.

   b. "Claim" does not mean or include:

      (1) Any demand or action brought by or on behalf of someone who is:

         (a) Your director;

         (b) Your owner or part-owner; or

         (c) A holder of your securities;

         in their capacity as such, whether directly, derivatively, or by class action. "Claim" will include

proceedings brought by such individuals in their capacity as "affected individuals", but only to the extent that the damages claimed are the same as would apply to any other "affected individual"; or

**(2)** A "regulatory proceeding".

**c.** Includes a demand or proceeding arising from a "wrongful act" that is a "personal data compromise" only when the "personal data compromise" giving rise to the proceeding was covered under Data Compromise Response Expenses section of this Cyber Coverage, and you submitted a "claim" to us and provided notifications and services to "affected individuals" in consultation with us pursuant to Data Compromise Response Expenses in connection with such "personal data compromise".

**6.** **"Computer Attack"**

**a.** "Computer attack" means one of the following involving the "computer system":

**(1)** An "unauthorized access incident";

**(2)** A "malware attack"; or

**(3)** A "denial of service attack" against a "computer system".

**b.** A "computer attack" ends at the earlier of:

**(1)** The time that the active attacking behavior ceases, the time that you have regained control over the "computer system" or the time that all unauthorized creation, destruction or movement of data associated with the "computer attack" has ceased, whichever happens latest; or

**(2)** 30 days after your discovery of the "computer attack".

**7.** **"Computer Fraud Costs"** means:

**a.** The amount of "money" fraudulently obtained from you. "Computer fraud costs" include the direct financial loss only.

**b.** "Computer fraud costs" do not include any of the following:

**(1)** Other expenses that arise from the "computer fraud event";

**(2)** Indirect loss, such as "bodily injury", lost time, lost wages or damaged reputation;

**(3)** Any interest, time value or potential investment gain on the amount of financial loss; or

**(4)** Any portion of such amount that has been or can reasonably be expected to be reimbursed by a third party, such as a financial institution.

**8.** **"Computer Fraud Event"** means:

**a.** An "unauthorized access incident" that leads to the intentional, unauthorized and fraudulent entry of or change to data or instructions within a "computer system" owned or leased by you and operated under your control. Such fraudulent entry or change must be conducted by a person who is not an "employee", "executive" or "independent contractor". Such fraudulent entry or change must cause "money" to be sent or diverted. The fraudulent entry or change must result in direct financial loss to you.

**b.** "Computer fraud event" does not mean or include any occurrence:

**(1)** In which you are threatened or coerced to send money or divert a payment; or

**(2)** Arising from a dispute or a disagreement over the completeness, authenticity or value of a product, a service or a financial instrument.

**9.** **"Computer System"** means a computer or other electronic hardware that

**a.** Is owned or leased by you and operated under your control; or

**b.** Is operated by a third party service provider used for the purpose of providing hosted computer application services to you or for processing, maintaining, hosting or storing your electronic data, pursuant to a written contract with you for such services. However, such computer or other electronic hardware operated by such third party shall only be considered to be a "computer system" with respect to the specific services provided by such third party to you under such contract.

**10.** **"Coverage Term"** means the increment of time:

**a.** Commencing on the earlier of the first inception date of this Cyber Coverage or the first inception date of any coverage substantially similar to that described in this Cyber Coverage and held immediately prior to this Cyber coverage;

 © 2018, Includes copyrighted material of The Hartford Steam Boiler Inspection and Insurance Company and Insurance Services Office, Inc., with their permission.

and

b. Ending upon the "termination of coverage".

11. **"Coverage Territory"** means:

   a. With respect to Data Compromise Response Expenses, Computer Attack, Cyber Extortion, Misdirected Payment Fraud and Computer Fraud, "coverage territory" means anywhere in the world.

   b. With respect to Data Compromise Liability, Network Security Liability and Electronic Media Liability, "coverage territory" means anywhere in the world, however "claims" must be brought within the United States (including its territories and possessions) or Puerto Rico.

12. **"Cyber Extortion Expenses"** means:

   a. The cost of a negotiator or investigator retained by you in connection with a "cyber extortion threat"; and

   b. Any amount paid by you in response to a "cyber extortion threat" to the party that made the "cyber extortion threat" for the purposes of eliminating the "cyber extortion threat" when such expenses are necessary and reasonable and arise directly from a "cyber extortion threat". The payment of "cyber extortion expenses" must be approved in advance by us. We will not pay for "cyber extortion expenses" that have not been approved in advance by us. We will not unreasonably withhold our approval.

13. **"Cyber Extortion Threat"** means:

   a. "Cyber extortion threat" means a demand for money from you based on a credible threat, or series of related credible threats, to:

      (1) Launch a "denial of service attack" against the "computer system" for the purpose of denying "authorized third party users" access to your services provided through the "computer system" via the Internet;

      (2) Gain access to a "computer system" and use that access to steal, release or publish "personally identifying information", "personally sensitive information" or "third party corporate data";

      (3) Alter, damage or destroy electronic data or software while such electronic data or software is stored within a "computer system";

      (4) Launch a "computer attack" against a "computer system" in order to alter, damage or destroy electronic data or software while such electronic data or software is stored within a "computer system"; or

      (5) Cause you to transfer, pay or deliver any funds or property using a "computer system" without your authorization.

   b. "Cyber extortion threat" does not mean or include any threat made in connection with a legitimate commercial dispute.

14. **"Data Re-creation Costs"**

   a. "Data re-creation costs" means the costs of an outside professional firm hired by you to research, re-create and replace data that has been lost or corrupted and for which there is no electronic source available or where the electronic source does not have the same or similar functionality to the data that has been lost or corrupted.

   b. "Data re-creation costs" does not mean or include costs to research, re-create or replace:

      (1) Software programs or operating systems that are not commercially available; or

      (2) Data that is obsolete, unnecessary or useless to you.

15. **"Data Restoration Costs"**

   a. "Data restoration costs" means the costs of an outside professional firm hired by you to replace electronic data that has been lost or corrupted. In order to be considered "data restoration costs", such replacement must be from one or more electronic sources with the same or similar functionality to the data that has been lost or corrupted.

   b. "Data restoration costs" does not mean or include costs to research, re-create or replace:

      (1) Software programs or operating systems that are not commercially available; or

      (2) Data that is obsolete, unnecessary or useless to you.

16. **"Defense Costs"**

   a. "Defense costs" means reasonable and necessary expenses consented to by us resulting solely from the investigation, defense and appeal of any "claim" or "regulatory proceeding" against you. Such expenses may include premiums for any appeal bond, attachment bond or similar

© 2018, Includes copyrighted material of The Hartford Steam Boiler Inspection and Insurance Company and Insurance Services Office, Inc., with their permission.

bond. However, we have no obligation to apply for or furnish such bond.

b. "Defense costs" does not mean or include the salaries or wages of your employees or directors, or your loss of earnings.

17. **"Denial of Service Attack"** means an intentional attack against a target computer or network of computers designed to overwhelm the capacity of the target computer or network in order to deny or impede authorized users from gaining access to the target computer or network through the Internet.

18. **"Electronic Media Incident"** means an allegation that the display of information in electronic form by you on a website resulted in:

a. Infringement of another's copyright, title, slogan, trademark, trade name, trade dress, service mark or service name;

b. Defamation against a person or organization that is unintended; or

c. A violation of a person's right of privacy, including false light and public disclosure of private facts.

19. **"Employee"** means any natural person, other than an "executive", who was, now is or will be:

a. Employed on a full-time or part-time basis by you;

b. Furnished temporarily to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions;

c. Leased to you by a labor leasing firm under an agreement between you and the labor leasing firm to perform duties related to the conduct of your business, but does not mean a temporary employee as defined in paragraph **b.**; or

d. Your volunteer worker, which includes unpaid interns.

20. **"Executive"** means any natural person who was, now is or will be:

a. The owner of your sole proprietorship; or

b. A duly elected or appointed:

(1) Director;

(2) Officer;

(3) Managing Partner;

(4) General Partner;

(5) Member (if a limited liability company);

(6) Manager (if a limited liability company); or

(7) Trustee;

of your business.

21. **"Extended Income Loss"** means your actual "business income and extra expense loss" incurred during the "extended recovery period".

22. **"Extended Recovery Period"** means a fixed period of 180 days immediately following the end of the "period of restoration".

23. **"Identity Theft"**

a. "Identity theft" means the fraudulent use of "personally identifying information". This includes fraudulently using such information to establish credit accounts, secure loans, enter into contracts or commit crimes.

b. "Identity theft" does not mean or include the fraudulent use of a business name, d/b/a or any other method of identifying a business activity.

24. **"Independent Contractor"** means a natural person that provides goods or services to you under terms specified in a written contract, but only while acting on behalf of, at the direction of, and under the supervision of you.

25. **"Loss"**

a. With respect to Data Compromise Response Expenses, "loss" means those expenses enumerated in Data Compromise Response Expenses, paragraph **b.**

b. With respect to Computer Attack, "loss" means those expenses enumerated in Computer Attack, paragraph **b.**

c. With respect to Cyber Extortion, "loss" means "cyber extortion expenses".

d. With respect to Misdirected Payment Fraud, "loss" means "wrongful transfer costs".

e. With respect to Computer Fraud, "loss" means "computer fraud costs".

f. With respect to Data Compromise Liability, Network Security Liability and Electronic Media Liability, "loss" means "defense costs" and "settlement costs".

26. **"Malware Attack"**

a. "Malware attack" means an attack that damages a "computer system" or data

© 2018, Includes copyrighted material of The Hartford Steam Boiler Inspection and Insurance Company and Insurance Services Office, Inc., with their permission.

contained therein arising from malicious code, including viruses, worms, Trojans, spyware and keyloggers.

b. "Malware attack" does not mean or include damage from shortcomings or mistakes in legitimate electronic code or damage from code installed on your "computer system" during the manufacturing process or normal maintenance.

27. **"Money"** means:

a. "Money" means a medium of exchange in current use and authorized or adopted by a domestic or foreign government, including currency, coins, banknotes, bullion, travelers' checks, registered checks and money orders held for sale to the public.

b. "Money" does not mean or include any cryptocurrency, whether or not authorized or adopted by a domestic or foreign government. Cryptocurrency includes, but is not limited to, Bitcoin, Ethereum and other forms of digital, virtual or electronic currency.

28. **"Network Security Incident"** means a negligent security failure or weakness with respect to a "computer system" which allowed one or more of the following to happen:

a. The unintended propagation or forwarding of malware, including viruses, worms, Trojans, spyware and keyloggers. Malware does not include shortcomings or mistakes in legitimate electronic code;

b. The unintended abetting of a "denial of service attack" against one or more other systems; or

c. The unintended loss, release or disclosure of "third party corporate data".

29. **"Period of Restoration"** means the period of time that begins 8 hours after the time that a "computer attack" is discovered by you and continues until the earliest of:

a. The date that all data restoration, data re-creation and system restoration directly related to the "computer attack" has been completed;

b. The date on which such data restoration, data re-creation and system restoration could have been completed with the exercise of due diligence and dispatch; or

c. If no data restoration, data recreation or system restoration is required, the end of the "computer attack".

30. **"Personal Data Compromise"** means the loss, theft, accidental release or accidental publication of "personally identifying information" or "personally sensitive information" as respects one or more "affected individuals". If the loss, theft, accidental release or accidental publication involves "personally identifying information", such loss, theft, accidental release or accidental publication must result in or have the reasonable possibility of resulting in the fraudulent use of such information. This definition is subject to the following provisions:

a. At the time of the loss, theft, accidental release or accidental publication, the "personally identifying information" or "personally sensitive information" need not be at the insured premises but must be in the direct care, custody or control of:

(1) You; or

(2) A professional entity with which you have a direct relationship and to which you (or an "affected individual" at your direction) have turned over (directly or via a professional transmission or transportation provider) such information for storage, processing, transmission or transportation of such information.

b. "Personal data compromise" includes disposal or abandonment of "personally identifying information" or "personally sensitive information" without appropriate safeguards such as shredding or destruction, provided that the failure to use appropriate safeguards was accidental and not reckless or deliberate.

c. "Personal data compromise" includes situations where there is a reasonable cause to suspect that such "personally identifying information" or "personally sensitive information" has been lost, stolen, accidentally released or accidentally published, even if there is no firm proof.

d. All incidents of "personal data compromise" that are discovered at the same time or arise from the same cause will be considered one "personal data compromise".

31. **"Personally Identifying Information"**

a. "Personally identifying information" means information, including health information, that could be used to commit fraud or other illegal activity involving the credit, access to health care or identity of an "affected individual". This includes, but is not limited to, Social Security numbers or account numbers.

b. "Personally identifying information" does not mean or include information that is otherwise available to the public, such as names and addresses.

32. **"Personally Sensitive Information"**

a. "Personally sensitive information" means private information specific to an individual the release of which requires notification of "affected individuals" under any applicable law.

b. "Personally sensitive information" does not mean or include "personally identifying information".

33. **"Policy Period"** means the period commencing on the effective date shown in the Cyber Suite Supplemental Declarations. The "policy period" ends on the expiration date or the cancellation date of this Cyber Coverage, whichever comes first.

34. **"Property Damage"** means

a. Physical injury to or destruction of tangible property including all resulting loss of use; or

b. Loss of use of tangible property that is not physically injured.

35. **"Regulatory Proceeding"** means an investigation, demand or proceeding alleging a violation of law or regulation arising from a "personal data compromise" brought by, or on behalf of, the Federal Trade Commission, Federal Communications Commission or other administrative or regulatory agency, or any federal, state, local or foreign governmental entity in such entity's regulatory or official capacity.

36. **"Settlement Costs"**

a. "Settlement costs" means the following, when they arise from a "claim":

(1) Damages, judgments or settlements; and

(2) Attorney's fees and other litigation costs added to that part of any judgment paid by us, when such fees and costs are awarded by law or court order; and

(3) Pre-judgment interest on that part of any judgment paid by us.

b. "Settlement costs" does not mean or include:

(1) Civil or criminal fines or penalties imposed by law, except for civil fines and penalties expressly covered under Data Compromise Response Expenses;

(2) Punitive and exemplary damages;

(3) The multiple portion of any multiplied damages;

(4) Taxes; or

(5) Matters which may be deemed uninsurable under the applicable law.

c. With respect to fines and penalties, the law of the jurisdiction most favorable to the insurability of those fines, or penalties will control for the purpose of resolving any dispute between us and you regarding whether the fines, or penalties specified in this definition above are insurable under this Cyber Coverage, provided that such jurisdiction:

(1) Is where those fines, or penalties were awarded or imposed;

(2) Is where any "wrongful act" took place for which such fines, or penalties were awarded or imposed;

(3) Is where you are incorporated or you have your principal place of business; or

(4) Is where we are incorporated or have our principal place of business.

37. **"System Restoration Costs"**

a. "System restoration costs" means the costs of an outside professional firm hired by you to do any of the following in order to restore your "computer system" to its pre-"computer attack" level of functionality:

(1) Replace or reinstall computer software programs;

(2) Remove any malicious code; and

(3) Configure or correct the configuration of your "computer system".

b. "System restoration costs" does not mean or include:

(1) Costs to increase the speed, capacity or utility of a "computer system" beyond what existed immediately prior to the "computer attack";

(2) Labor costs of your employees or directors;

(3) Any costs in excess of the actual cash value of your "computer system"; or

(4) Costs to repair or replace hardware

38. **"Termination of Coverage"** means:

a. You or we cancel this coverage;

b. You or we refuse to renew this coverage; or

c. We renew this coverage on an other than

NA CS 00 OK 03 20    © 2018. Includes copyrighted material of The Hartford Steam Boiler Inspection and Insurance Company and Insurance Services Office, Inc., with their permission.    **Page 15 of 16**

claims-made basis or with a retroactive date later than the date of the first inception of this coverage or any coverage substantially similar to that described in this Cyber Coverage.

**39. "Third Party Corporate Data"**

**a.** "Third party corporate data" means any trade secret, data, design, interpretation, forecast, formula, method, practice, credit or debit card magnetic strip information, process, record, report or other item of information of a third party not an insured under this Cyber Coverage which is not available to the general public and is provided to you subject to a mutually executed written confidentiality agreement or which you are legally required to maintain in confidence.

**b.** "Third party corporate data" does not mean or include "personally identifying information" or "personally sensitive information".

**40. "Unauthorized Access Incident"** means the gaining of access to a "computer system" by:

**a.** An unauthorized person or persons; or

**b.** An authorized person or persons for unauthorized purposes.

**41. "Wrongful Act"**

**a.** With respect to Data Compromise Liability, "wrongful act" means a "personal data compromise".

**b.** With respect to Network Security Liability, "wrongful act" means a "network security incident".

**c.** With respect to Electronic Media Liability, "wrongful act" means an "electronic media incident".

**42. "Wrongful Transfer Costs"** means the amount of "money" fraudulently obtained from you. "Wrongful transfer costs" include the direct financial loss only. "Wrongful transfer costs" do not include any of the following:

**a.** Other expenses that arise from the "wrongful transfer event";

**b.** Indirect loss, such as "bodily injury", lost time, lost wages, identity recovery expenses or damaged reputation;

**c.** Any interest, time value or potential investment gain on the amount of financial loss; or

**d.** Any portion of such amount that has been or can reasonably be expected to be reimbursed by a third party, such as a financial institution.

**43. "Wrongful Transfer Event"**

**a.** "Wrongful transfer event" means an intentional and criminal deception of you or a financial institution with which you have an account. The deception must be perpetrated by a person who is not an "employee", "executive" or "independent contractor" using email, facsimile or telephone communications to induce you or the financial institution to send or divert "money". The deception must result in direct financial loss to you.

**b.** "Wrongful transfer event" does not mean or include any occurrence:

**(1)** In which you are threatened or coerced to send money or divert a payment; or

**(2)** Arising from a dispute or disagreement over the completeness, authenticity or value of a product, a service or a financial instrument.

ALL OTHER PROVISIONS OF THIS POLICY APPLY.

# COMMERCIAL EMPLOYMENT PRACTICES
# LIABILITY INSURANCE COVERAGE
# SUPPLEMENTAL DECLARATIONS



**National American Insurance Company**

A CAPITAL STOCK COMPANY
1010 MANVEL AVENUE
CHANDLER, OKLAHOMA 74834
Telephone: 1-800-822-7802

**POLICY NUMBER**    **RENEWAL OF NUMBER**
MP29540335    MP29540235

**NAMED INSURED:**

C & M CONTRACTORS, LLC
446056 E 350 ROAD
VINITA, OK 74301-7987

**YOUR AGENT:**

TEDFORD & ASSOCIATES LLC
PO BOX 1050
JENKS, OK 74037-1050

---

### NOTICE

THIS IS A CLAIMS-MADE AND REPORTED POLICY. EXCEPT TO SUCH EXTENT AS MAY OTHERWISE BE PROVIDED HEREIN, THIS EPL COVERAGE IS LIMITED TO LIABILITY FOR ONLY THOSE CLAIMS OR SUITS THAT ARE FIRST MADE AGAINST THE INSUREDS DURING THE EPL COVERAGE PERIOD AND REPORTED IN WRITING TO THE INSURER PURSUANT TO THE TERMS HEREIN. VARIOUS PROVISIONS IN THIS EPL COVERAGE RESTRICT COVERAGE. PLEASE READ THE ENTIRE EPL COVERAGE FORM CAREFULLY TO DETERMINE RIGHTS, DUTIES AND WHAT IS AND IS NOT COVERED.

THE LIMIT OF LIABILITY AVAILABLE TO PAY JUDGMENTS OR SETTLEMENTS UNDER THIS EPL COVERAGE SHALL BE REDUCED BY AMOUNTS INCURRED FOR DEFENSE COSTS. AMOUNTS INCURRED FOR DEFENSE COSTS SHALL BE APPLIED AGAINST THE DEDUCTIBLE AMOUNT.

NA EP DS 01 18

| EPL Coverage Period: | From: 1/01/2024 <br> To: 1/01/2025 | At 12:01 A.M. Standard Time at your mailing address shown on the Declarations page of this policy |
|---|---|---|
| EPL Aggregate Limit of Liability: | $ 100,000 | Annual aggregate for all "loss" combined, including "defense costs". |
| EPL Deductible Amount: | $ 5,000 | For "loss" arising from claims or suits alleging the same "wrongful employment act" or "related wrongful employment acts", or the same "third party violation" or "related third party violation" if "third party violations" are shown as covered. |
| EPL Retroactive Date: | NONE | If no date is shown, "we" will consider the EPL Retroactive Date to be the date of organization of the "named insured". The EPL Retroactive Date will remain the same through all subsequent renewals. No change will be made to the EPL Retroactive Date unless at the sole request of the insured. |
| EPL Coverage Premium: | $ 3,301 | EPL Premium for the EPL Coverage Period |
| Third Party Violations Premium (Optional): | $ N/A | If coverage for "third party violations" has been paid for, the premium will be shown and coverage is in force. Otherwise, there is no coverage available for "third party violations". |

**TOTAL EPL COVERAGE PREMIUM:** $ 3,301

This insurance does not apply to "loss" arising out of a "wrongful employment act" or "third party violation" that arises out of incidents or circumstances of which "you" had knowledge prior to the effective date of this EPL Coverage or the first EPL Coverage Form issued by "us" of which this EPL Coverage is an uninterrupted renewal.

NA EP DS 01 18

> **THIS IS A CLAIMS-MADE AND REPORTED COVERAGE ENDORSEMENT. PLEASE NOTE THAT DEFENSE COSTS ARE CONTAINED WITHIN THE LIMIT OF LIABILITY AND THE DEDUCTIBLE. PLEASE READ THE ENTIRE EMPLOYMENT PRACTICES LIABILITY COVERAGE ENDORSEMENT CAREFULLY TO DETERMINE RIGHTS, DUTIES AND WHAT IS AND IS NOT COVERED.**

# EMPLOYMENT PRACTICES LIABILITY INSURANCE COVERAGE ENDORSEMENT

Throughout this Coverage Endorsement (hereinafter referred to as "EPL Coverage"), the words "you" and "your" refer to the "named insured(s)" shown in the Supplemental Declarations of this EPL Coverage and any other person(s) or organization(s) qualifying as a "named insured" under this EPL Coverage. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under SECTION III. WHO IS AN INSURED .

Other words and phrases that appear in "quotations" have special meaning. Refer to SECTION VII. DEFINITIONS.

The terms and conditions of the Cancellation Clause of the Common Policy Conditions and any amendment to such terms incorporated by endorsement are hereby incorporated herein and shall apply to coverage as is afforded by this EPL Coverage, unless specifically stated otherwise in an endorsement(s) attached hereto.

## SECTION I. WHAT IS COVERED

### A. Insuring Agreement

1. "We" shall pay those "losses" arising out of an "insured□'s "wrongful employment act" (other than a "third party violation") against "your" "employees", "recognized volunteers" and "applicants for employment" to which this insurance applies.

2. If coverage for "third party violations" is shown on the Supplemental Declarations, then "we" shall pay those "losses" arising out of an "insured□'s "third party violation".

3. For coverage to apply under this EPL Coverage, the "wrongful employment act" or "third party violation" must commence or take place after the Retroactive Date, but before the end of the "EPL coverage period". If no Retroactive Date appears on the Supplemental Declarations then the Retroactive Date shall be the date of organization of the "named insured." A "claim" or "suit" for a "wrongful employment act" or "third party violation" must be first made against "you" during the "EPL coverage period" and reported to "us" pursuant to the terms of this EPL Coverage.

4. A "claim" or "suit" by a person or organization seeking damages will be deemed to have been made at the earlier of the following times:

   a. When written notice of such "claim" or "suit" is received and recorded by any "insured" or by "us", whichever comes first; or

   b. When "we" make any settlement in accordance with the terms of this EPL Coverage.

### B. Defense

1. "We" have the right and duty to defend and appoint an attorney to defend any "claim" or "suit" brought against any "insured" for a "wrongful employment act" or "third party violation" to which this insurance applies, even if the "claim" or "suit" is groundless or fraudulent.

   At the time a "claim" or "suit" is first reported to "us", "you" may request that "we" appoint a defense attorney of "your" choice. "We" will give full consideration to any such request.

2. "We" have the right to investigate and settle any "claim" or "suit" that "we" believe is proper. "You" shall be entitled to consent to such settlement, provided "your" consent is not unreasonably withheld and is provided as soon as practicable.

   If "you" refuse to consent to any settlement that "we" recommend and that is acceptable to the claimant, then "our" liability under this EPL Coverage for such "claim" or "suit" shall not exceed the amount for which we could have settled had "your" consent not been withheld at the time of "our" recommendation. "You" shall thereafter negotiate and defend that "claim" or

"suit" at "your" own cost and without "our" involvement.

3. "We" shall pay all reasonable costs "we" ask the "insured" to incur while helping "us" investigate or defend a "claim" or "suit". "We", however, will not pay more than $250 per day for earnings lost by the "insured" because of time taken off from work.

4. "We" shall pay premiums for appeal bonds, or bonds to release property being used to secure a legal obligation, for a covered "suit". "We" shall only pay, however, for bonds valued up to "our" EPL Aggregate Limit of Liability. "We" shall have no obligation to appeal or to obtain these bonds.

5. Payments for "defense costs" are included within the EPL Aggregate Limit of Liability. They are not in addition to the EPL Aggregate Limit of Liability. "Our" duty to defend or to make payment of any "claim" or "suit" pursuant to Paragraphs 1. through 4. of this Clause B., ends after the EPL Aggregate Limit of Liability has been exhausted by payment of "loss", including "defense costs".

6. "We" shall pay all interest on that amount of any judgment within the EPL Aggregate Limit of Liability:

   a. Which accrues after entry of judgment; and

   b. Before "we" pay, offer to pay, or deposit in court that part of the judgment within the EPL Aggregate Limit of Liability.

   These interest payments shall be in addition to and not part of the EPL Aggregate Limit of Liability.

C. Transfer of Control

1. "You" may take over control of any outstanding "claim" or "suit" previously reported to "us", but only if "we", in "our" sole discretion, decide that you should, or if a court orders "you" to do so.

2. Notwithstanding Paragraph 1. of this Clause C., in all events, if the EPL Aggregate Limit of Liability is exhausted, "we" will notify "you" of all outstanding "claims" or "suits" and "you" will take over control of the defense. "We" will help transfer control of the "claims" and "suits" to "you".

3. "We" shall take whatever steps are necessary to continue the defense of any outstanding "claim" or "suit" and avoid a default judgment during the transfer of control to "you". If "we" do so, "we" shall not waive or give up any of "our" rights. "You" shall pay all reasonable expenses "we" incur for taking such steps after the EPL Aggregate Limit of Liability is exhausted.

## SECTION II. EXCLUSIONS- WHAT IS NOT COVERED

This insurance does not apply to:

A. Criminal Acts

Any liability arising out of any dishonest, fraudulent, criminal, or malicious act by or at the direction of any "insured". However, to the extent that a "claim" or "suit" is otherwise covered under this EPL Coverage "we" will defend a "claim" or "suit" asserting a dishonest, fraudulent, criminal or malicious act until such time as the "insured" is determined to have committed such dishonest, fraudulent, criminal or malicious act;

The "wrongful employment act(s)" or "third party violation(s) of an "insured" shall not be imputed to any other "insured" for the purpose of determining the applicability of this Exclusion A.

B. "Property Damage"

Any liability arising out of "property damage".

C. "Bodily Injury"

Any liability arising out of "bodily injury".

D. Worker's Compensation, Social Security and Unemployment, Disability and Retirement Benefits

Any liability arising out of any obligation pursuant to any worker's compensation, disability benefits, unemployment compensation, unemployment insurance, retirement benefits, social security benefits or similar law. This exclusion, however, shall not apply to "loss" arising from a "claim" or "suit" for "retaliation".

E. Contractual Liability

Any liability arising out of any actual or alleged contractual liability of any "insured" under any express contract or agreement. This exclusion, however, shall not apply to any liability the "insured" would have in the absence of such express contract or agreement.

F. ERISA, FLSA, NLRA, WARN, COBRA, and OSHA

Any liability for violation(s) of any of the responsibilities, obligations or duties imposed by the Employee Retirement Income Security Act of 1974, the Fair Labor Standards Act (except the Equal Pay Act), the National Labor Relations Act, the Worker Adjustment and Retraining Notification Act, the Consolidated Omnibus Budget Reconciliation Act, the Occupational Safety and Health Act, any rules or regulations of the foregoing promulgated thereunder, and amendments thereto or any similar federal, state, local or foreign statutory law or common law.

It is acknowledged that "claims" and "suits" for violation(s) of any of the responsibilities, obligations or duties imposed by "similar federal, state, local or foreign statutory law or common law," as such quoted language is used in the immediately-preceding paragraph, include, without limitation, any and all "claims" and "suits" which in whole or in part allege, arise out of, are based upon, are attributable to, or are in any way related to any of the circumstances described in any of the following:

NA EP 00 01 18    © 2017, The Hartford Steam Boiler Inspection and Insurance Company. All rights reserved.    Page 2 of 9

1. The refusal, failure or inability of any "insured(s)" to pay wages or overtime pay (or amounts representing such wages or overtime pay) for services rendered or time spent in connection with work related activities (as opposed to tort-based back pay or front pay damages for torts other than conversion);

2. Improper deductions from pay taken by any "insured(s)" from any "employee(s)" or purported employee(s); or

3. Failure to provide or enforce legally required meal or rest break periods;

Notwithstanding the foregoing, this Exclusion **F.** shall not apply to the extent that a "claim" or "suit" is for "retaliation".

**G. Prior Knowledge**

Any liability arising out of incidents, circumstances or "wrongful employment acts" or "third party violations", which an "insured"

1. Had knowledge of; or

2. Could have reasonably foreseen might result in a "claim" or "suit"

and which were known to the "insured" prior to the effective date of this EPL Coverage or the first EPL Coverage issued by "us" of which this EPL Coverage is an uninterrupted renewal.

**H. Prior Notice**

Any liability arising out of the facts alleged, or to the same or "related wrongful employment acts" or "related third party violations" alleged or contained in any "claim" or "suit" which has been reported, or in any circumstances of which notice has been given, under any policy of which this EPL Coverage is a renewal or replacement or which it may succeed in time.

**I. Prior Litigation**

Any liability arising out of any prior

1. Litigation; or

2. Administrative or regulatory proceeding or investigation

of which an "insured" had notice, or alleging the same or "related wrongful employment acts" or "related third party violations" alleged or contained in such pending or prior litigation or administrative or regulatory proceeding or investigation which the "insured" had knowledge of prior to the effective date of this EPL Coverage or the first EPL Coverage issued by "us" of which this EPL Coverage is an uninterrupted renewal.

---

**SECTION III. WHO IS AN INSURED**

**A. Individual**

If "you" are shown in the Supplemental Declarations of this EPL Coverage as an individual, "you" and "your" spouse or "Domestic Partner" are "insureds", only for the conduct of a business of which "you" are the sole owner.

**B. Corporation**

If "you" are shown in the Supplemental Declarations of this EPL Coverage as a corporation or organization other than a partnership, joint venture, or limited liability company, "you" and "your" "subsidiaries" are "insureds".

**C. Partnership or Joint Venture**

If "you" are shown in the Supplemental Declarations of this EPL Coverage as a partnership or joint venture, "you" are an "insured". "Your" members, partners or co-venturers and their spouses or "Domestic Partners" are also "insureds", but only for the conduct of "your" business.

**D. Limited Liability Company**

If "you" are shown in the Supplemental Declarations of this EPL Coverage as a limited liability company, "you" are an "insured." "Your" members are also "insureds", but only with respect to the conduct of "your" business. "Your" managers are "insureds", but only with respect to their duties as "your" managers.

**E. Trusts**

If "you" are shown in the Supplemental Declarations of this EPL Coverage as a trust, "you" are an "insured". "Your" trustees are also "insureds", but only with respect to their duties as trustees.

**F. "Employees"**

"Your" "employees", executive officers and directors are "insureds", only for the conduct of "your" business within the scope of their employment or their duties as executive officers or directors.

**G. Extensions**

1. Subject otherwise to the terms hereof, this EPL Coverage shall cover "loss" arising from any "claims" or "suits" made against the estates, heirs, or legal representative of deceased individual "insureds", and the legal representatives of individual "insureds", in the event of incompetency, who were individual "insureds" at the time the "wrongful employment acts" or "third party violations", upon which such "claims" or "suits" are based, were committed.

2. Subject otherwise to the terms hereof, this EPL Coverage shall cover "loss" arising from all "claims" and "suits" made against the lawful spouse (whether such status is derived by reason of statutory law, common law or otherwise of any applicable jurisdiction in the world) or "Domestic Partner" of an individual "insured", including a "claim" or "suit" that seeks damages recoverable from marital community property, property jointly held by the individual

"insured" and the spouse or "Domestic Partner", or property transferred from the individual "insured" to the spouse or "Domestic Partner"; provided, however, that this extension shall not afford coverage for a "claim" or "suit" arising out of any "wrongful employment act" or "third party violation" of the spouse or "Domestic Partner", but shall apply only to "claims" or "suits" arising out of any "wrongful employment acts" or "third party violations" of an individual "insured", subject to this EPL Coverage's terms, conditions and exclusions.

## SECTION IV. LIMIT OF LIABILITY
## (including "defense costs")

A. The EPL Aggregate Limit of Liability shown in the Supplemental Declarations of this EPL Coverage and the information contained in this section limits the most "we" shall pay for all "loss" (other than post-judgment interest described in Section I., Clause **B.**, Paragraph **6.**) arising out of "claims" and "suits" first made against "insureds" during the "EPL coverage period" or Extended Reporting Periods (if applicable), regardless of:

1. The number of persons or organizations covered by this EPL Coverage; or

2. The number of "claims" made or "suits" brought; or

3. The length of the "EPL coverage period".

B. The EPL Aggregate Limit of Liability is the most "we" shall pay for all "losses" (other than post-judgment interest described in Section **I.**, Clause **B.**, Paragraph **6.**), including amounts incurred for "defense costs".

C. The EPL Aggregate Limit of Liability for the Extended Reporting Periods (if applicable) shall be part of, and not in addition to the EPL Aggregate Limit of Liability for the "EPL coverage period".

D. All "claims" and "suits" arising from the same or "related wrongful employment acts" or "related third party violations" shall be treated as arising out of a single "wrongful employment act" or "third party violation".

E. All "claims" or "suits" arising out of one "wrongful employment act" or "third party violation" shall be deemed to be made on the date that the first such "claim" is made or "suit" is brought. All "claims" asserted in a "class action suit" will be treated as arising out of a single "wrongful employment act" or "third party violation".

F. Any "claim" or "suit" which is made subsequent to the "EPL coverage period" or Extended Reporting Periods (if applicable) which, pursuant to Section **VI.**, Clause **D.**, Paragraphs **3.** and **4.** is considered made during the "EPL coverage period" or Extended Reporting Periods (if applicable), shall also be subject to the one EPL Aggregate Limit of Liability

stated in the Supplemental Declarations of this EPL Coverage.

## SECTION V. DEDUCTIBLE

"You" shall be responsible for the deductible amount shown in the Supplemental Declarations of this EPL Coverage with respect to each "claim" and "suit" and "you" may not insure against it. A single deductible amount shall apply to "loss" arising from all "claims" and "suits" alleging the same "wrongful employment act" or "third party violation" or "related wrongful employment acts" or "related third party violations". Expenses "we" incur in investigating, defending and settling "claims" and "suits" are included in the deductible. The deductible is not included within the EPL Aggregate Limit of Liability.

At our option, "we" may pay any part or all of the EPL Deductible Amount to effect settlement of any "claim" or "suit" and upon notification of the action taken, "you" shall promptly reimburse "us" for such part of the deductible that has been paid by "us".

## SECTION VI. CONDITIONS

"We" have no duty to provide coverage under this EPL Coverage, unless there has been full compliance with all the Conditions contained in this EPL Coverage.

A. **Assignment**

The interest of any "insured" is not assignable. "You" cannot assign or transfer "your" interest in this EPL Coverage without "our" written consent attached to the EPL Coverage.

B. **Bankruptcy or Insolvency**

"Your" bankruptcy, insolvency or inability to pay, will not relieve "us" from the payment of any "claim" or "suit" covered by this EPL Coverage.

Under no circumstances will "your" bankruptcy, insolvency, or inability to pay require "us" to drop down, in any way replace, or assume any of "your" obligations with respect to the Deductible provisions of this EPL Coverage.

C. **Coverage Territory**

"We" cover "wrongful employment acts" or "third party violations" anywhere in the world, but only if the "claim" is made and the "suit" is brought for such "wrongful employment act" or "third party violation" in the United States of America, its territories and possessions, Puerto Rico, or Canada.

D. **Duties in the Event of an Incident, "Claim" or "Suit"**

1. If, during the "EPL coverage period", incidents or events occur which "you" reasonably believe may give rise to a "claim" or "suit" for which coverage may be provided hereunder, such belief being based upon either written notice

NA EP 00 01 18    © 2017, The Hartford Steam Boiler Inspection and Insurance Company. All rights reserved.    **Page 4 of 9**

from the potential claimant or the potential claimant's representative; or notice of a complaint filed with EEOC, DOL or OFCCP (or similar federal, state or local agency); or upon an oral "claim", allegation or threat, "you" shall give written notice to "us" as soon as practicable and either:

a. Anytime during the "EPL coverage period";

b. Anytime during the sixty (60) days immediately following the expiration of the "EPL coverage period", for "claims" first made or "suits" first brought during the "EPL Coverage Period", (as shown on the Supplemental Declarations) when this policy is renewed by "us"; or

c. Anytime during the Extended Reporting Periods (if applicable).

2. If a "claim" is made or a "suit" is brought against any "insured", "you" must:

a. Immediately record the specifics of the "claim" or "suit" and the date received; and

b. Provide "us" with written notice, as described in Paragraph **3.** of this Clause **D.**, as soon as practicable.

3. Such written notice of "claim" or "suit" shall contain:

a. The identity of the person(s) alleging a "wrongful employment act" or "third party violation";

b. The identity of the "insured(s)" who allegedly were involved in the incidents or events;

c. The date the alleged incidents or events took place; and

d. The written notice or a memorandum of the oral "claim", allegation or threat referred to above.

If written notice is given to "us" during the "EPL coverage period" or Extended Reporting Periods (if applicable), pursuant to the above requirements, then any "claim" or "suit" which is subsequently made against any "insureds" and reported to "us" alleging, arising out of, based upon or attributable to such circumstances or alleging any "related wrongful employment act" or "related third party violation" to such circumstances, shall be considered made at the time such notice of such circumstances was first given.

4. If "you" submit written notice of a "claim" or "suit", pursuant to this Clause **D.**, then any "claim" or "suit" that may subsequently be made against an "insured" and reported to "us" alleging the same or a "related wrongful employment act" or the same or a "related third party violation" to the "claim" or "suit" for which such notice has been given shall be deemed, for the purpose of this insurance, to have been first

made during the "EPL coverage period" or Extended Reporting Period (if applicable) in effect at the time such written notice was first submitted to "us".

5. "You" and any other "insured" must:

a. Immediately send "us" copies of any demands, notices, summonses or legal papers received in connection with any "claim" or "suit";

b. Authorize "us" to obtain records and other information;

c. Cooperate with "us" in the investigation, settlement or defense of the "claim" or "suit";

d. Assist "us", upon "our" request, in the enforcement of any right against any person or organization which may be liable to the "insured" because of injury or damage to which this insurance may also apply;

e. Not take any action, nor fail to take any required action, that prejudices the rights of the "insureds" or "us" with respect to such "claim" or "suit".

6. No "insureds" will, except at their own cost, voluntarily make a payment, assume any obligation, or incur any expense without "our" prior written consent.

E. **Transfer of Rights of Recovery Against Others to "Us"**

"You" may be able to recover all or part of a "loss" from someone other than "us". "You", therefore, shall do all that is possible after a "loss" to preserve any such right of recovery. If "we" make a payment under this EPL Coverage, that right of recovery shall belong to "us". "You" shall do whatever is necessary, including signing documents, to help "us" obtain that recovery.

F. **Extended Reporting Periods**

1. "You" shall have the right to the Extended Reporting Periods described in Paragraph **2.** of this Clause **F.**, in the event that:

a. "You" or "we" shall cancel this EPL Coverage;

b. "You" or "we" shall refuse to renew this EPL Coverage; or

c. "We" renew this EPL Coverage on an other than a claims-made basis or with a Retroactive Date later than the Retroactive Date shown on the Supplemental Declarations of this EPL Coverage.

2. If an event as specified in Paragraph **1.** of this Clause **F.** has occurred, "you" shall have the right to the following:

a. An Automatic Extended Reporting Period of thirty (30) days after the effective date of cancellation or nonrenewal at no additional premium in which to give to "us" written

notice of "claims" first made or "suits" first brought against the "insureds" during said Automatic Extended Reporting Period for any "wrongful employment acts" or "third party violations" occurring before the end of the "EPL coverage period" and are otherwise covered by this EPL Coverage; and

b. Upon payment of an additional premium of 100% of the full annual premium applicable to this EPL Coverage, a Supplemental Extended Reporting Period of one (1) year immediately following the effective date of cancellation or nonrenewal in which to give to "us" written notice of "claims" first made or "suits" first brought against the "insureds" during said Supplemental Extended Reporting Period for any "wrongful employment acts" or "third party violations" occurring before the end of the "EPL coverage period" and are otherwise covered by this EPL Coverage.

To obtain the Supplemental Extended Reporting Period, "you" must request it in writing and pay the additional premium due, within thirty (30) days of the effective date of cancellation or nonrenewal. The additional premium for the Supplemental Extended Reporting Period shall be fully earned at the inception of the Supplemental Extended Reporting Period. If "we" do not receive the written request as required, "you" may not exercise this right at a later date.

This insurance, provided during the Supplemental Extended Reporting Period, is excess over any other valid and collectible insurance that begins or continues in effect after the Supplemental Extended Reporting Period becomes effective, whether the other insurance applies on a primary, excess, contingent, or any other basis.

## G. Change in Control of "Named Insured"

In the event of a "transaction" then this EPL Coverage shall continue in full force and effect as to "wrongful employment acts" or "third party violations" occurring prior to the effective time of the "transaction", but there shall be no coverage afforded by any provision of this EPL Coverage for any actual or alleged "wrongful employment acts" or "third party violations" occurring after the effective time of the "transaction". This EPL Coverage may not be cancelled after the effective time of the "transaction" and the entire premium for this EPL Coverage shall be deemed earned as of such time. "You" shall also have the right to the Extended Reporting Periods described in Clause **F.** of this Section **VI.**

"You" shall give "us" written notice of the "transaction" as soon as practicable, but not later than thirty (30) days after the effective date of the "transaction".

## H. Legal Action Against "Us"

No person or organization has the right to join "us" as a party or otherwise bring "us" into a "suit" asking for damages from an "insured".

## I. Other Insurance

Unless expressly written to be excess over other applicable insurance, it is intended that the insurance provided by this EPL Coverage shall be primary.

## J. EPL Coverage Changes

This EPL Coverage contains all the agreements between "you" and "us" concerning this insurance. The first "named insured" in the Supplemental Declarations of this EPL Coverage is authorized to request changes in this EPL Coverage. This EPL Coverage can only be changed by a written endorsement "we" issue and make part of this EPL Coverage.

## K. Representations

Any and all relevant provisions of this EPL Coverage may be voidable by "us" in any case of fraud, intentional concealment, or misrepresentation of material fact by any "insured".

## L. Special Rights and Duties of the First "Named Insured"

"You" agree that when there is more than one person and/or entity covered under this EPL Coverage, the first "named insured" in the Supplemental Declarations of this EPL Coverage shall act on behalf of all "insureds" as to:

1. Giving of notice of a "claim" or "suit";

2. Giving and receiving notice of cancellation or nonrenewal;

3. Payment of premiums and receipt of return premiums;

4. Acceptance of any endorsements issued to form a part of this EPL Coverage; or

5. Purchasing or deciding not to purchase the Supplemental Extended Reporting Period.

## M. Separation of Insureds

Except with respect to the EPL Aggregate Limit of Liability and any rights or duties specifically assigned to the first "named insured" in Clause **L.** of this Section **VI.**, this insurance applies:

1. As if each "named insured" were the only "named insured"; and

2. Separately to each insured against whom a "claim" or "suit" is made.

## N. Tie-In of Limits

As respects any "claim" or "suit" in which at least one person/entity claimed against is an "insured" under this EPL Coverage and at least one person/entity

claimed against is an insured under any other EPL Coverage issued to "you" by "us" (the "Other Policy"), the combined EPL Aggregate Limit of Liability under both this EPL Coverage and the Other Policy for all "losses" arising from such "claims" or "suits" combined shall not exceed the highest applicable limit of insurance under either this EPL Coverage or the Other Policy. This limitation shall apply even if both this EPL Coverage and the Other Policy have been triggered due to a "claim" or "suit" made against the same person/entity but alleging "wrongful employment acts" or "third party violations" both in his, her or its capacity as an insured under the "Other policy" and as an "insured" under this EPL Coverage.

**O. Headings**

The descriptions in the headings of this EPL Coverage are solely for convenience, and form no part of the terms and conditions of coverage.

## SECTION VII. DEFINITIONS

**A.** "Applicant(s) for employment" means individual(s) who have applied or interviewed for a position of employment where work will be performed for, and completed under the direction of, the "named insured".

**B.** "Bodily injury" means physical injury, sickness, or disease, including death resulting therefrom.

**C.** "Claim" means a written demand for monetary and non-monetary relief (including any request to toll or waive any statute of limitations). The term "claim" shall also mean an Equal Employment Opportunity Commission (EEOC), Department of Labor (DOL) or Office of Federal Contract Compliance Program (OFCCP) (or similar federal, state or local agency) proceeding or investigation commenced by the filing of a notice of charges, service of a complaint or similar document of which notice has been given to "you". However, in no event, shall the term "claim" include any labor or grievance proceeding, which is subject to a collective bargaining agreement.

**D.** "Class action suit" means any suit seeking certification or certified as a class action by a federal or state court.

**E.** "Defense costs" means reasonable and necessary fees, costs and expenses consented to by "us" resulting solely from the investigation, adjustment, defense and appeal of a "claim" or "suit" against "you". In no event shall "defense costs" include "your" or "our" routine on-going expenses, including, without limitation, the salaries of "your" or "our" "employees", officers or staff attorneys.

**F.** "Domestic partner" means any natural person legally recognized as a domestic or civil union partner under:

1. The provisions of any applicable federal, state or local law; or

2. The provisions of any formal program established by "you".

**G.** "Employee" means an individual whose labor or service is engaged by and directed by "you" for remuneration, whether such individual is in a supervisory, co-worker or subordinate position or otherwise, including any part-time, seasonal, and temporary "employees".

An individual who is an independent contractor or leased to "you" shall also be an "employee". Independent contractors who do not provide ongoing and routine services solely for "you" shall not be considered "employees", including but not limited to independent trade contractors (e.g. plumber, electrician).

**H.** "EPL coverage period" means the period commencing on the effective date shown in the Supplemental Declarations of this EPL Coverage. This period ends on the earlier of the expiration date or the effective date of cancellation of this EPL Coverage. If "you" became an "insured" under this EPL Coverage after the effective date, the "EPL coverage period" begins on the date "you" became an "insured".

**I.** "Loss(es)" means monetary amounts to which this insurance applies and which "you" are legally obligated to pay (including front pay and back pay), judgments, settlements, pre- and post-judgment interest on that part of any judgment paid by "us", statutory attorney fees, and "defense costs"; however, "loss" shall not include:

1. Civil or criminal fines or penalties imposed by law;

2. Taxes;

3. Employment related benefits, stock options, perquisites, deferred compensation or any other type of compensation other than salary, wages or bonus compensation;

4. Any liability or costs incurred by any "insured" to modify any building or property in order to make said building or property more accessible or accommodating to any disabled person, or any liability or costs incurred in connection with any educational, sensitivity or other corporate program, policy or seminar; or

5. Matters which may be deemed uninsurable under the law pursuant to which this EPL Coverage shall be construed.

Where permitted by law, "loss" shall include punitive or exemplary damages imposed upon any "insured" (subject to the policy's other terms, conditions and exclusions).

**J.** "Named insured" means the person or organization designated in the Supplemental Declarations page of this EPL Coverage.

**K.** "Property damage" means physical injury to, or destruction of, tangible property including the loss of use thereof, or loss of use of tangible property, which has not been physically injured or destroyed.

**L.** "Recognized volunteer" means an uncompensated individual who volunteers labor or services to "you", but only when performing such labor or services at the request of and under the direction of "you".

**M.** "Related wrongful employment act(s)" means "wrongful employment acts" which are the same, related or continuous, or "wrongful employment acts" which arise from a common nucleus of facts. "Claims" or "suits" can allege "related wrongful employment acts", regardless of whether such "claims" or "suits" involve the same or different claimants, "insureds" or legal causes of actions.

**N** "Related third party violation(s)" means "third party violation(s)" which are the same, related or continuous, or "third party violation(s)" which arise from a common nucleus of facts. "Claims" or "suits" can allege "related third party violations", regardless of whether such "claims" or "suits" involve the same or different claimants, "insureds" or legal causes of actions.

**O.** "Retaliation" means a "wrongful employment act" of an "insured" alleged to be in response to the actual or attempted exercise by an "employee" of any right that such "employee" has under the law.

**P.** "Subsidiary" means:

1. Any for-profit organization which, on or before the inception of the "EPL coverage period", is more than fifty (50%) percent owned by the "named insured", either directly or indirectly through one or more of its "subsidiaries"; or

2. A for-profit organization which becomes a "subsidiary" during the "EPL coverage period", but only upon the condition that within ninety (90) days of its becoming a "subsidiary", the "named insured" shall have provided "us" with full particulars of the new "subsidiary" and agreed to any additional premium or amendment of the provisions of this EPL Coverage required by "us" relating to such new "subsidiary". Further, coverage as shall be afforded to the new "subsidiary" is conditioned upon the "named insured" paying when due any additional premium required by "us" relating to such new "subsidiary".

An organization becomes a "subsidiary" when the "named insured" owns more than fifty (50%) percent ownership interest in such "subsidiary", either directly, or indirectly through one or more of its "subsidiaries". An organization ceases to be a "subsidiary" when the "named insured" ceases to own more than a fifty (50%) percent ownership in such "subsidiary", either directly, or indirectly through one or more of its "subsidiaries".

In all events, coverage as is afforded under this EPL Coverage with respect to a "claim" made or "suit" brought against any "subsidiary" or an "insured" of any "subsidiary", shall only apply to "wrongful employment act(s)" or "third party violation(s)" commenced or allegedly commenced after the effective time that such "subsidiary" became a "subsidiary", and prior to the time that such "subsidiary" ceased to be a "subsidiary".

**Q.** "Suit" means a civil proceeding or an administrative proceeding seeking money damages, and includes an arbitration, mediation or any other alternative dispute resolution procedure seeking such damages, to which the "insured" must submit or may submit with "our" consent. "Suit" shall not include any civil proceeding or administrative proceeding arising from any labor or grievance dispute which is subject to a collective bargaining agreement.

**R.** "Third party violation" means any actual or alleged discrimination or sexual harassment against "your" clients, customers, tenants, or vendors "Third party violation" shall also include any of the following as it relates to such discrimination or sexual harassment:

1. Violation of an individual's civil rights;

2. Libel;

3. Slander;

4. Humiliation;

5. Mental anguish;

6. Infliction of emotional distress;

7. Defamation;

8. Invasion of privacy; or

9. Any discrimination arising out of Title III of the Americans With Disabilities Act of 1990.

**S.** "Transaction" means any of the following that occur during the "EPL coverage period":

1. The "named insured" shall consolidate with or merge into, or sell all or substantially all of its assets to any other person or entity or group of persons or entities acting in concert; or

2. Any person or entity or group of persons or entities acting in concert shall acquire an amount of the outstanding securities representing more than fifty (50%) percent of the voting power for the election of directors or General Partners of the "named insured" (in the event the "named insured" is a Partnership), or acquires the voting rights of such an amount of such securities; or

3. A General Partner of the "named insured" (in the event the "named insured" is a partnership) withdraws, resigns or is terminated.

**T.** "Wrongful employment act(s)" means any actual or alleged:

1. Wrongful dismissal, discharge or termination (either actual or constructive), including breach of an implied contract;

2. Harassment or coercion (including sexual harassment, whether quid pro quo, hostile work environment or otherwise);

3. Discrimination (including but not limited to discrimination based upon age, gender, race, color, national origin, religion, sexual orientation or preference, pregnancy, disability, or violation of Title III of the Americans With Disabilities Act of 1990);

4. "Retaliation" (including lockouts);

5. Employment-related misrepresentation(s) to "your" "employee" or "applicant for employment" with "you";

6. Employment-related libel, slander, humiliation, mental anguish, infliction of emotional distress, defamation, or invasion of privacy;

7. Wrongful failure to employ or promote;

8. Wrongful deprivation of career opportunity, wrongful demotion or negligent "employee" evaluation, including the giving of negative or defamatory statements in connection with an "employee" reference;

9. Wrongful discipline;

10. Failure to provide or enforce adequate or consistent corporate policies and procedures relating to any "wrongful employment act" or "third party violations";

11. Negligent supervision or hiring by an "insured", relating to any of the above; or

12. Violation of an individual's civil rights relating to any of the above.

 © 2017, The Hartford Steam Boiler Inspection and Insurance Company. All rights reserved.

## NATIONAL AMERICAN INSURANCE COMPANY
1010 Manvel Avenue, Chandler, Oklahoma 74834

### BUSINESS AUTO DECLARATIONS

POLICY NO.: **MP29540335**    PRODUCER: **TEDFORD & ASSOCIATES LLC**
PREVIOUS POLICY NO.: **MP29540235**

### ITEM ONE
NAMED INSURED AND MAILING ADDRESS:
**C & M CONTRACTORS, LLC**
**446056 E 350 ROAD**
**VINITA, OK 74301-7987**

FORM OF BUSINESS:

| | |
|---|---|
| ☐ | CORPORATION |
| ☐ | PARTNERSHIP |
| ☐ | INDIVIDUAL |
| ☒ | LIMITED LIABILITY COMPANY (LLC) |
| ☐ | OTHER _____ |

POLICY PERIOD:
From **1/01/2024** to **1/01/2025** at 12:01 A.M. Standard Time at your mailing address shown above.

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

| | | |
|---|---|---|
| PREMIUM FOR ENDORSEMENTS | $ | 3,293.00 |
| *ESTIMATED TOTAL PREMIUM | $ | 69,156.00 |

*This policy may be subject to final audit.

| Premium shown is payable: | $ 69,156.00 at inception. | | | | |
|---|---|---|---|---|---|
| AUDIT PERIOD (IF APPLICABLE) | X | ANNUALLY | SEMI-ANNUALLY | QUARTERLY | MONTHLY |

### ENDORSEMENTS ATTACHED TO THIS POLICY:
IL 00 17 - Common Policy Conditions (IL 01 46 in Washington)
IL 00 21 - Broad Form Nuclear Exclusion (Not Applicable in New York) (IL 01 98) in Washington)

COUNTERSIGNED_____ BY _____
            (Date)                              (Authorized Representative)

CA DC 03 (Ed. 12/2020)    Contains Copyrighted Material of Insurance Services Office. Inc., with its permission.    PAGE **0001** OF    **0014**

**ITEM TWO**                                                    POLICY NUMBER: **MP29540335**

**SCHEDULE OF COVERAGES AND COVERED AUTOS**

This policy provides only those coverages where a charge is shown in the premium column below. Each of these coverages will apply only to those "autos" shown as covered "autos". **"Autos" are shown as covered "autos" for a particular coverage by the entry of one or more of the symbols from the Covered Autos Section of the** Business Auto Coverage Form next to the name of the coverage.

| COVERAGES | COVERED AUTOS (Entry of one or more of the symbols from the Covered Autos Section of the Business Auto Coverage Form shows which autos are covered autos.) | | LIMIT OR DEDUCTBILE THE MOST WE WILL PAY FOR ANY ONE ACCIDENT OR LOSS | PREMIUM |
|---|---|---|---|---|
| COVERED AUTOS LIABILITY | 1 | | $ 1,000,000 | $ 40,668.00 |
| PERSONAL INJURY PROTECTION (or equivalent No-fault Coverage) | | | SEPARATELY STATED IN EACH P.I.P. ENDORSEMENT MINUS $ NO DED. | $ |
| ADDED PERSONAL INJURY PROTECTION (or equivalent added No-fault Coverage) | | | SEPARATELY STATED IN EACH ADDED P.I.P. ENDORSEMENT | $ |
| PROPERTY PROTECTION INSURANCE (Michigan only) | | | SEPARATELY STATED IN THE P.P.I. ENDORSEMENT MINUS $ DED. FOR EACH ACCIDENT. | $ |
| AUTO MEDICAL PAYMENTS | 7 | | $ 5,000 EACH INSURED | $ 377.00 |
| MEDICAL EXPENSE AND INCOME LOSS BENEFITS (Virginia Only) | | | SEPARATELY STATED IN EACH MEDICAL EXPENSE AND INCOME LOSS BENEFITS ENDORSEMENT. | $ |
| UNINSURED MOTORISTS | 2 | | $ 1,000,000 | $ 534.00 |
| UNDERINSURED MOTORISTS (When not included in Uninsured Motorists Coverage) | | | $ | $ |
| PHYSICAL DAMAGE COMPREHENSIVE COVERAGE | 7 | 8 | $ NOT APPLICABLE Ded. For Ea. Cov. Auto For Loss Caused By Theft Or Mischief Or Vandalism OR $ SEE SCHEDULE Ded. For All Perils For Ea. Cov. Auto (A maximum deductible may also apply. Refer to Coverage Form for details.) See Item Four for Hired or Borrowed Autos. | $ 12,819.00 |
| PHYSICAL DAMAGE SPECIFIED CAUSES OF LOSS COVERAGE | | | $ Ded. For Ea. Cov. Auto For Loss Caused By Theft Or Mischief Or Vandalism OR $ Ded. For All Perils For Ea. Cov. Auto (A maximum deductible may also apply. Refer to Coverage Form for details.) See Item Four for Hired or Borrowed Autos. | $ |
| PHYSICAL DAMAGE COLLISION COVERAGE | 7 | 8 | $ SEE SCHEDULE Deductible For Each Covered Auto See Item Four for Hired or Borrowed Autos | $ 11,465.00 |
| PHYSICAL DAMAGE TOWING AND LABOR | | | $ For Each Disablement Of A Private Passenger Auto, Light or Medium Truck | $ |
| | | | **PREMIUM FOR ENDORSEMENTS** | $ 3,293.00 |
| | | | **ESTIMATED TOTAL PREMIUM*** | $ 69,156.00 |

* This policy may be subject to final audit.

1/04/2024

CA DC 03 (Ed 12/2020)    Contains Copyrighted Material of Insurance Services Office, Inc., with its permission.    PAGE **0002** OF **0014**

POLICY NUMBER:    MP29540335

**ITEM THREE    SCHEDULE OF COVERED AUTOS YOU OWN**

| Covered Auto No. | DESCRIPTION Year, Model, Trade Name, Body Type Serial Number(S) Vehicle Identification Number (VIN) | PURCHASED Original Cost New | Actual Cost & New (N) Used (U) | TERRITORY Town & State Where The Covered Auto Will Be Principally Garaged |
|---|---|---|---|---|
| 001 | 2014 AUDI Q7 3304 | $ | $ 18,100 | 124 VINITA, OK |
| 002 | 2017 FORD TRUCK 1963 | $ 62,080 | $ | 124 VINITA, OK |
| 003 | 2017 FORD PICKUP 7932 | $ 47,730 | $ | 124 VINITA, OK |
| 004 | 2019 FORD PICKUP 7812 | $ 60,775 | $ | 124 VINITA, OK |

| Covered Auto No. | CLASSIFICATION Radius of Operation | Business Use s = service r = retail c = commercial | Size GVWR, GCW Or Vehicle Seating Capacity | Age Group | Primary Rating Factor Liab. | Primary Rating Factor Phy. Dam. | Secondary Rating Factor | Code | Except For Towing And Labor, All Physical Damage Loss Is Payable To You And The Loss Payee Named Below According To Their Interests In The Auto At The Time Of The Loss. |
|---|---|---|---|---|---|---|---|---|---|
| 001 | | | | 6 | | | | 07398 | |
| 002 | 200 | S | 10-20 | 6 | | | | 21589 | |
| 003 | 200 | S | 0-10 | 6 | | | | 01589 | |
| 004 | 200 | S | 0-10 | 6 | | | | 01589 | |

COVERAGES -PREMIUMS, LIMITS AND DEDUCTIBLES (Absence of a deductible or limit entry in any column below means that the limit or deductible entry in the corresponding ITEM TWO column applies instead.)

| Covered Auto No. | COVERED AUTOS LIABILITY Limit* | Premium | PERSONAL INJURY PROTECTION Limit Stated In Each P.I.P. End. Minus De- ductible Shown Below | Premium | ADDED P.I.P. Limit Stated In Each Added P.I.P. End. Premium | PROP. PROT. (Mich. Only) Limit Stated In P.P.I. End. Minus Deductible Shown Below | Premium |
|---|---|---|---|---|---|---|---|
| 001 | $ | $ 899.00 | $ | $ | $ | $ | $ |
| 002 | $ | $ 2,135.00 | $ | $ | $ | $ | $ |
| 003 | $ | $ 1,971.00 | $ | $ | $ | $ | $ |
| 004 | $ | $ 2,164.00 | $ | $ | $ | $ | $ |
| Total Premium | | $ | | $ | $ | | $ |

| Covered Auto No. | AUTO MEDICAL PAYMENTS Limit | Premium | MEDICAL EXPENSE AND INCOME LOSS BENEFITS (Virginia Only) Limit Stated In Each Medical Expense And Income Loss Endorsement For Each Person | Premium |
|---|---|---|---|---|
| 001 | $ | $ 19.00 | $ | $ |
| 002 | $ | $ 14.00 | $ | $ |
| 003 | $ | $ 14.00 | $ | $ |
| 004 | $ | $ 14.00 | $ | $ |
| Total Premium | | $ | | $ |

| Covered Auto No. | UNINSURED MOTORIST Limit* | Premium | UNDERINSURED MOTORISTS Limit* | Premium |
|---|---|---|---|---|
| 001 | $ | $ | $ | $ |
| 002 | $ | $ | $ | $ |
| 003 | $ | $ | $ | $ |
| 004 | $ | $ | $ | $ |
| Total Premium | | $ | | $ |

| Covered Auto No. | COMPREHENSIVE Limit Stated In COV FORM Minus Deductible Shown Below | Premium | SPECIFIED CAUSES OF LOSS Limit Stated In COV FORM Minus Deductible Shown Below | Premium | COLLISION Limit Stated In COV FORM Minus Deductible Shown Below | Premium | TOWING & LABOR Limit Per Disablement | Premium |
|---|---|---|---|---|---|---|---|---|
| 001 | $ 2,500 | $ 249.00 | $ | $ | $ 2,500 | $ 326.00 | $ | $ |
| 002 | $ 2,500 | $ 659.00 | $ | $ | $ 2,500 | $ 495.00 | $ | $ |
| 003 | $ 2,500 | $ 569.00 | $ | $ | $ 2,500 | $ 403.00 | $ | $ |
| 004 | $ 2,500 | $ 724.00 | $ | $ | $ 2,500 | $ 592.00 | $ | $ |
| Total Premium | | $ | | $ | | $ | | $ |

*Split limits are presented in thousands of dollars.

CA DC 03 (Ed. 12/2020)    Contains Copyrighted Material of Insurance Services Office, Inc., with its permission.    PAGE  0003 OF  0014

POLICY NUMBER:  **MP29540335**

**ITEM THREE**    **SCHEDULE OF COVERED AUTOS YOU OWN**

| Covered Auto No. | DESCRIPTION Year, Model, Trade Name, Body Type Serial Number(S) Vehicle Identification Number (VIN) | PURCHASED Original Cost New | Actual Cost & New (N) Used (U) | TERRITORY Town & State Where The Covered Auto Will Be Principally Garaged |
|---|---|---|---|---|
| 005 | 2019 FORD PICKUP 2245 | $ 60,775 | $ | 124 VINITA, OK |
| 006 | 2019 FORD PICKUP 0669 | $ 60,775 | $ | 124 VINITA, OK |
| 007 | 2009 DODGE TRUCK 0597 | $ | $ 13,900 | 124 VINITA, OK |
| 008 | 2011 STAV TRAILER 6316 | $ | $ 5,000 | 124 VINITA, OK |

| Covered Auto No. | CLASSIFICATION Radius of Operation | Business Use s = service r = retail c = commercial | Size GVWR, GCW Or Vehicle Seating Capacity | Age Group | Primary Rating Factor Liab. | Primary Rating Factor Phy. Dam. | Secondary Rating Factor | Code | Except For Towing And Labor, All Physical Damage Loss Is Payable To You And The Loss Payee Named Below According To Their Interests In The Auto At The Time Of The Loss. |
|---|---|---|---|---|---|---|---|---|---|
| 005 | 200 | S | 0-10 | 6 | | | | 01589 | |
| 006 | 200 | S | 0-10 | 6 | | | | 01589 | |
| 007 | 200 | S | 10-20 | 6 | | | | 21589 | |
| 008 | | | | 6 | | | | 68489 | |

COVERAGES -PREMIUMS, LIMITS AND DEDUCTIBLES (Absence of a deductible or limit entry in any column below means that the limit or deductible entry in the corresponding ITEM TWO column applies instead.)

| Covered Auto No. | COVERED AUTOS LIABILITY Limit* | Premium | PERSONAL INJURY PROTECTION Limit Stated In Each P.I.P. End. Minus Deductible Shown Below | Premium | ADDED P.I.P. Limit Stated In Each Added P.I.P. End. Premium | PROP. PROT. (Mich. Only) Limit Stated In P.P.I. End. Minus Deductible Shown Below | Premium |
|---|---|---|---|---|---|---|---|
| 005 | $ | $ 2,164.00 | $ | $ | $ | $ | $ |
| 006 | $ | $ 2,164.00 | $ | $ | $ | $ | $ |
| 007 | $ | $ 1,674.00 | $ | $ | $ | $ | $ |
| 008 | $ | $ 102.00 | $ | $ | $ | $ | $ |
| Total Premium | | $ | | $ | $ | | $ |

| Covered Auto No. | AUTO MEDICAL PAYMENTS Limit | Premium | MEDICAL EXPENSE AND INCOME LOSS BENEFITS (Virginia Only) Limit Stated In Each Medical Expense And Income Loss Endorsement For Each Person | Premium |
|---|---|---|---|---|
| 005 | $ | $ 14.00 | $ | $ |
| 006 | $ | $ 14.00 | $ | $ |
| 007 | $ | $ 14.00 | $ | $ |
| 008 | $ | $ 1.00 | $ | $ |
| Total Premium | | $ | | $ |

| Covered Auto No. | UNINSURED MOTORIST Limit* | Premium | UNDERINSURED MOTORISTS Limit* | Premium |
|---|---|---|---|---|
| 005 | $ | $ | $ | $ |
| 006 | $ | $ | $ | $ |
| 007 | $ | $ | $ | $ |
| 008 | $ | $ | $ | $ |
| Total Premium | | $ | | $ |

| Covered Auto No. | COMPREHENSIVE Limit Stated In COV FORM Minus Deductible Shown Below | Premium | SPECIFIED CAUSES OF LOSS Limit Stated In COV FORM Minus Deductible Shown Below | Premium | COLLISION Limit Stated In COV FORM Minus Deductible Shown Below | Premium | TOWING & LABOR Limit Per Disablement | Premium |
|---|---|---|---|---|---|---|---|---|
| 005 | $ 2,500 | $ 724.00 | $ | $ | $ 2,500 | $ 592.00 | $ | $ |
| 006 | $ 2,500 | $ 724.00 | $ | $ | $ 2,500 | $ 592.00 | $ | $ |
| 007 | $ 2,500 | $ 176.00 | $ | $ | $ 2,500 | $ 406.00 | $ | $ |
| 008 | $ 1,000 | $ 103.00 | $ | $ | $ 1,000 | $ 37.00 | $ | $ |
| Total Premium | | $ | | $ | | $ | | $ |

*Split limits are presented in thousands of dollars.

CA DC 03 (Ed. 12 2020)    Contains Copyrighted Material of Insurance Services Office, Inc.. with its permission.    PAGE  **0004** OF    **0014**

POLICY NUMBER:   MP29540335

**ITEM THREE**   **SCHEDULE OF COVERED AUTOS YOU OWN**

| Covered Auto No. | DESCRIPTION Year, Model, Trade Name, Body Type Serial Number(S) Vehicle Identification Number (VIN) | PURCHASED Original Cost New | Actual Cost & New (N) Used (U) | TERRITORY Town & State Where The Covered Auto Will Be Principally Garaged |
|---|---|---|---|---|
| 009 | 2017 STAV TRAILER 2461 | $ 5,000 | $ | 124 VINITA, OK |
| 010 | 2020 CONTRACT TRAILER 2503 | $ 10,000 | $ | 124 VINITA, OK |
| 011 | 2009 DODGE PICKUP 9231 | $ | $ 10,700 | 124 VINITA, OK |
| 012 | 2012 SUBARU OUTBACK 4628 | $ | $ 11,700 | 124 VINITA, OK |

| Covered Auto No. | CLASSIFICATION Radius of Operation | Business Use s = service r = retail c = commercial | Size GVWR, GCW Or Vehicle Seating Capacity | Age Group | Primary Rating Factor Liab. | Primary Rating Factor Phy. Dam. | Secondary Rating Factor | Code | Except For Towing And Labor, All Physical Damage Loss Is Payable To You And The Loss Payee Named Below According To Their Interests In The Auto At The Time Of The Loss. |
|---|---|---|---|---|---|---|---|---|---|
| 009 | | | | 6 | | | | 68489 | |
| 010 | | | | 5 | | | | 68489 | |
| 011 | 200 | S | 0-10 | 6 | | | | 01589 | |
| 012 | | | | 6 | | | | 07398 | |

COVERAGES -PREMIUMS, LIMITS AND DEDUCTIBLES (Absence of a deductible or limit entry in any column below means that the limit or deductible entry in the corresponding ITEM TWO column applies instead.)

| Covered Auto No. | COVERED AUTOS LIABILITY Limit* | COVERED AUTOS LIABILITY Premium | PERSONAL INJURY PROTECTION Limit Stated In Each P.I.P. End. Minus Deductible Shown Below | PERSONAL INJURY PROTECTION Premium | ADDED P.I.P. Limit Stated In Each Added P.I.P. End. Premium | PROP. PROT. (Mich. Only) Limit Stated In P.P.1. End. Minus Deductible Shown Below | PROP. PROT. (Mich. Only) Premium |
|---|---|---|---|---|---|---|---|
| 009 | $ | $ 104.00 | $ | $ | $ | $ | $ |
| 010 | $ | $ 145.00 | $ | $ | $ | $ | $ |
| 011 | $ | $ 1,546.00 | $ | $ | $ | $ | $ |
| 012 | $ | $ 924.00 | $ | $ | $ | $ | $ |
| Total Premium | | $ | | $ | $ | | $ |

| Covered Auto No. | AUTO MEDICAL PAYMENTS Limit | AUTO MEDICAL PAYMENTS Premium | MEDICAL EXPENSE AND INCOME LOSS BENEFITS (Virginia Only) Limit Stated In Each Medical Expense And Income Loss Endorsement For Each Person | Premium |
|---|---|---|---|---|
| 009 | $ | $ 1.00 | $ | $ |
| 010 | $ | $ 1.00 | $ | $ |
| 011 | $ | $ 14.00 | $ | $ |
| 012 | $ | $ 19.00 | $ | $ |
| Total Premium | | $ | | $ |

| Covered Auto No. | UNINSURED MOTORIST Limit* | UNINSURED MOTORIST Premium | UNDERINSURED MOTORISTS Limit* | UNDERINSURED MOTORISTS Premium |
|---|---|---|---|---|
| 009 | $ | $ | $ | $ |
| 010 | $ | $ | $ | $ |
| 011 | $ | $ | $ | $ |
| 012 | $ | $ | $ | $ |
| Total Premium | | $ | | $ |

| Covered Auto No. | COMPREHENSIVE Limit Stated In COV FORM Minus Deductible Shown Below | COMPREHENSIVE Premium | SPECIFIED CAUSES OF LOSS Limit Stated In COV FORM Minus Deductible Shown Below | SPECIFIED CAUSES OF LOSS Premium | COLLISION Limit Stated In COV FORM Minus Deductible Shown Below | COLLISION Premium | TOWING & LABOR Limit Per Disablement | TOWING & LABOR Premium |
|---|---|---|---|---|---|---|---|---|
| 009 | $ 1,000 | $ 112.00 | $ | $ | $ 1,000 | $ 37.00 | $ | $ |
| 010 | $ 1,000 | $ 196.00 | $ | $ | $ 1,000 | $ 69.00 | $ | $ |
| 011 | $ 2,500 | $ 141.00 | $ | $ | $ 2,500 | $ 384.00 | $ | $ |
| 012 | $ 2,500 | $ 176.00 | $ | $ | $ 2,500 | $ 344.00 | $ | $ |
| Total Premium | | $ | | $ | | $ | | $ |

*Split limits are presented in thousands of dollars.

POLICY NUMBER:   **MP29540335**
**ITEM THREE**   SCHEDULE OF COVERED AUTOS YOU OWN

| Covered Auto No. | DESCRIPTION Year, Model, Trade Name, Body Type Serial Number(S) Vehicle Identification Number (VIN) | PURCHASED Original Cost New | Actual Cost & New (N) Used (U) | TERRITORY Town & State Where The Covered Auto Will Be Principally Garaged |
|---|---|---|---|---|
| 013 | 2019 TOYOTA PICKUP 1893 | $ 50,000 | $ | 124 VINITA, OK |
| 014 | 2006 FORD ESCAPE 9410 | $ 26,900 | $ | 124 VINITA, OK |
| 015 | 2015 MAZDA CX 5 6411 | $ 24,965 | $ | 124 VINITA, OK |
| 016 | 2018 LOAD TRAIL TRAILER 6418 | $ 22,790 | $ | 124 VINITA, OK |

| Covered Auto No. | CLASSIFICATION Radius of Operation | Business Use s = service r = retail c = commercial | Size GVWR, GCW Or Vehicle Seating Capacity | Age Group | Primary Rating Factor Liab. | Primary Rating Factor Phy. Dam. | Secondary Rating Factor | Code | Except For Towing And Labor, All Physical Damage Loss Is Payable To You And The Loss Payee Named Below According To Their Interests In The Auto At The Time Of The Loss. |
|---|---|---|---|---|---|---|---|---|---|
| 013 | 200 | S | 0-10 | 6 | | | | 01589 | |
| 014 | | | | 6 | | | | 07398 | |
| 015 | | | | 6 | | | | 07398 | |
| 016 | | | | 6 | | | | 68589 | |

COVERAGES -PREMIUMS, LIMITS AND DEDUCTIBLES (Absence of a deductible or limit entry in any column below means that the limit or deductible entry in the corresponding ITEM TWO column applies instead.)

| Covered Auto No. | COVERED AUTOS LIABILITY Limit* | Premium | PERSONAL INJURY PROTECTION Limit Stated In Each P.I.P. End. Minus Deductible Shown Below | Premium | ADDED P.I.P. Limit Stated In Each Added P.I.P. End. Premium | PROP. PROT. (Mich. Only) Limit Stated In P.P.I. End. Minus Deductible Shown Below | Premium |
|---|---|---|---|---|---|---|---|
| 013 | $ | $ 2,126.00 | $ | $ | $ | $ | $ |
| 014 | $ | $ 740.00 | $ | $ | $ | $ | $ |
| 015 | $ | $ 853.00 | $ | $ | $ | $ | $ |
| 016 | $ | $ 234.00 | $ | $ | $ | $ | $ |
| Total Premium | | $ | | $ | $ | | $ |

| Covered Auto No. | AUTO MEDICAL PAYMENTS Limit | Premium | MEDICAL EXPENSE AND INCOME LOSS BENEFITS (Virginia Only) Limit Stated In Each Medical Expense And Income Loss Endorsement For Each Person | Premium |
|---|---|---|---|---|
| 013 | $ | $ 14.00 | $ | $ |
| 014 | $ | $ 19.00 | $ | $ |
| 015 | $ | $ 19.00 | $ | $ |
| 016 | $ | $ 2.00 | $ | $ |
| Total Premium | | $ | | $ |

| Covered Auto No. | UNINSURED MOTORIST Limit* | Premium | UNDERINSURED MOTORISTS Limit* | Premium |
|---|---|---|---|---|
| 013 | $ | $ | $ | $ |
| 014 | $ | $ | $ | $ |
| 015 | $ | $ | $ | $ |
| 016 | $ | $ | $ | $ |
| Total Premium | | $ | | $ |

| Covered Auto No. | COMPREHENSIVE Limit Stated In COV FORM Minus Deductible Shown Below | Premium | SPECIFIED CAUSES OF LOSS Limit Stated In COV FORM Minus Deductible Shown Below | Premium | COLLISION Limit Stated In COV FORM Minus Deductible Shown Below | Premium | TOWING & LABOR Limit Per Disablement | Premium |
|---|---|---|---|---|---|---|---|---|
| 013 | $ 2,500 | $ 673.00 | $ | $ | $ 2,500 | $ 553.00 | $ | $ |
| 014 | $ 2,500 | $ 72.00 | $ | $ | $ 2,500 | $ 90.00 | $ | $ |
| 015 | $ 2,500 | $ 147.00 | $ | $ | $ 2,500 | $ 90.00 | $ | $ |
| 016 | $ 1,000 | $ 331.00 | $ | $ | $ 1,000 | $ 254.00 | $ | $ |
| Total Premium | | $ | | $ | | $ | | $ |

*Split limits are presented in thousands of dollars.

CA DC 03 (Ed. 12/2020)      Contains Copyrighted Material of Insurance Services Office, Inc., with its permission.      PAGE **0006** OF    **0014**

POLICY NUMBER:   **MP29540335**

**ITEM THREE**   SCHEDULE OF COVERED AUTOS YOU OWN

| Covered Auto No. | DESCRIPTION — Year, Model, Trade Name, Body Type Serial Number(S) Vehicle Identification Number (VIN) | PURCHASED — Original Cost New | PURCHASED — Actual Cost & New (N) Used (U) | TERRITORY — Town & State Where The Covered Auto Will Be Principally Garaged |
|---|---|---|---|---|
| 017 | 2016 LOAD TRAIL TRAILER 2680 | $ 22,938 | $ | 124 VINITA, OK |
| 018 | 2021 FORD PICKUP 7100 | $ 67,230 | $ | 124 VINITA, OK |
| 019 | 2006 STAV TRAILER 8056 | $ | $ 7,000 | 124 VINITA, OK |
| 020 | 2017 CMC TRAILER 5049 | $ 8,000 | $ | 124 VINITA, OK |

| Covered Auto No. | CLASSIFICATION — Radius of Operation | Business Use s = service r = retail c = commercial | Size GVWR, GCW Or Vehicle Seating Capacity | Age Group | Primary Rating Factor Liab. | Primary Rating Factor Phy. Dam. | Secondary Rating Factor | Code | Except For Towing And Labor, All Physical Damage Loss Is Payable To You And The Loss Payee Named Below According To Their Interests In The Auto At The Time Of The Loss. |
|---|---|---|---|---|---|---|---|---|---|
| 017 | | | | 6 | | | | 68589 | |
| 018 | 200 | S | 0-10 | 4 | | | | 01589 | |
| 019 | | | | 6 | | | | 68589 | |
| 020 | | | | 6 | | | | 68589 | |

COVERAGES -PREMIUMS, LIMITS AND DEDUCTIBLES (Absence of a deductible or limit entry in any column below means that the limit or deductible entry in the corresponding ITEM TWO column applies instead.)

| Covered Auto No. | COVERED AUTOS LIABILITY Limit* | COVERED AUTOS LIABILITY Premium | PERSONAL INJURY PROTECTION Limit Stated In Each P.I.P. End. Minus Deductible Shown Below | PERSONAL INJURY PROTECTION Premium | ADDED P.I.P. Limit Stated In Each Added P.I.P. End. Premium | PROP. PROT. (Mich. Only) Limit Stated In P.P.I. End. Minus Deductible Shown Below | PROP. PROT. (Mich. Only) Premium |
|---|---|---|---|---|---|---|---|
| 017 | $ | $ 222.00 | $ | $ | $ | $ | $ |
| 018 | $ | $ 2,284.00 | $ | $ | $ | $ | $ |
| 019 | $ | $ 151.00 | $ | $ | $ | $ | $ |
| 020 | $ | $ 169.00 | $ | $ | $ | $ | $ |
| Total Premium | | $ | | $ | $ | | $ |

| Covered Auto No. | AUTO MEDICAL PAYMENTS Limit | AUTO MEDICAL PAYMENTS Premium | MEDICAL EXPENSE AND INCOME LOSS BENEFITS (Virginia Only) Limit Stated In Each Medical Expense And Income Loss Endorsement For Each Person | Premium |
|---|---|---|---|---|
| 017 | $ | $ 2.00 | $ | $ |
| 018 | $ | $ 14.00 | $ | $ |
| 019 | $ | $ 2.00 | $ | $ |
| 020 | $ | $ 2.00 | $ | $ |
| Total Premium | | $ | | $ |

| Covered Auto No. | UNINSURED MOTORIST Limit* | UNINSURED MOTORIST Premium | UNDERINSURED MOTORISTS Limit* | UNDERINSURED MOTORISTS Premium |
|---|---|---|---|---|
| 017 | $ | $ | $ | $ |
| 018 | $ | $ | $ | $ |
| 019 | $ | $ | $ | $ |
| 020 | $ | $ | $ | $ |
| Total Premium | | $ | | $ |

| Covered Auto No. | COMPREHENSIVE Limit Stated In COV FORM Minus Deductible Shown Below | COMPREHENSIVE Premium | SPECIFIED CAUSES OF LOSS Limit Stated In COV FORM Minus Deductible Shown Below | SPECIFIED CAUSES OF LOSS Premium | COLLISION Limit Stated In COV FORM Minus Deductible Shown Below | COLLISION Premium | TOWING & LABOR Limit Per Disablement | TOWING & LABOR Premium |
|---|---|---|---|---|---|---|---|---|
| 017 | $ 1,000 | $ 292.00 | $ | $ | $ 1,000 | $ 224.00 | $ | $ |
| 018 | $ 2,500 | $ 930.00 | $ | $ | $ 2,500 | $ 862.00 | $ | $ |
| 019 | $ 1,000 | $ 137.00 | $ | $ | $ 1,000 | $ 57.00 | $ | $ |
| 020 | $ 1,000 | $ 164.00 | $ | $ | $ 1,000 | $ 57.00 | $ | $ |
| Total Premium | | $ | | $ | | $ | | $ |

*Split limits are presented in thousands of dollars.

POLICY NUMBER:  **MP29540335**

**ITEM THREE**    **SCHEDULE OF COVERED AUTOS YOU OWN**

| Covered Auto No. | DESCRIPTION — Year, Model, Trade Name, Body Type / Serial Number(S) Vehicle Identification Number (VIN) | PURCHASED — Original Cost New | PURCHASED — Actual Cost & New (N) Used (U) | TERRITORY — Town & State Where The Covered Auto Will Be Principally Garaged |
|---|---|---|---|---|
| 021 | 2021 PERFORMANCE TRAILE 1873 | $ 9,500 | $ | 124 VINITA, OK |
| 022 | 2004 HAULMARK TRAILER 3523 | $ | $ 6,000 | 124 VINITA, OK |
| 023 | 2015 MAXEY TRAILER 0300 | $ 10,000 | $ | 124 VINITA, OK |
| 024 | 2023 LONESTAR TRAILER 3399 | $ 12,175 | $ | 124 VINITA, OK |

| Covered Auto No. | CLASSIFICATION — Radius of Operation | Business Use s = service r = retail c = commercial | Size GVWR, GCW Or Vehicle Seating Capacity | Age Group | Primary Rating Factor — Liab. | Primary Rating Factor — Phy. Dam. | Secondary Rating Factor | Code | Except For Towing And Labor, All Physical Damage Loss Is Payable To You And The Loss Payee Named Below According To Their Interests In The Auto At The Time Of The Loss. |
|---|---|---|---|---|---|---|---|---|---|
| 021 | | | | 4 | | | | 68589 | |
| 022 | | | | 6 | | | | 68589 | |
| 023 | | | | 6 | | | | 68589 | |
| 024 | | | | 2 | | | | 68589 | |

COVERAGES -PREMIUMS, LIMITS AND DEDUCTIBLES (Absence of a deductible or limit entry in any column below means that the limit or deductible entry in the corresponding ITEM TWO column applies instead.)

| Covered Auto No. | COVERED AUTOS LIABILITY — Limit* | Premium | PERSONAL INJURY PROTECTION — Limit Stated In Each P.I.P. End. Minus Deductible Shown Below | Premium | ADDED P.I.P. — Limit Stated In Each Added P.I.P. End. Premium | PROP. PROT. (Mich. Only) — Limit Stated In P.P.I End. Minus Deductible Shown Below | Premium |
|---|---|---|---|---|---|---|---|
| 021 | $ | $ 186.00 | $ | $ | $ | $ | $ |
| 022 | $ | $ 151.00 | $ | $ | $ | $ | $ |
| 023 | $ | $ 171.00 | $ | $ | $ | $ | $ |
| 024 | $ | $ 201.00 | $ | $ | $ | $ | $ |
| Total Premium | $ | | | $ | $ | | $ |

| Covered Auto No. | AUTO MEDICAL PAYMENTS — Limit | Premium | MEDICAL EXPENSE AND INCOME LOSS BENEFITS (Virginia Only) — Limit Stated In Each Medical Expense And Income Loss Endorsement For Each Person | Premium |
|---|---|---|---|---|
| 021 | $ | $ 2.00 | $ | $ |
| 022 | $ | $ 2.00 | $ | $ |
| 023 | $ | $ 2.00 | $ | $ |
| 024 | $ | $ 2.00 | $ | $ |
| Total Premium | | $ | | $ |

| Covered Auto No. | UNINSURED MOTORIST — Limit* | Premium | UNDERINSURED MOTORISTS — Limit* | Premium |
|---|---|---|---|---|
| 021 | $ | $ | $ | $ |
| 022 | $ | $ | $ | $ |
| 023 | $ | $ | $ | $ |
| 024 | $ | $ | $ | $ |
| Total Premium | | $ | | $ |

| Covered Auto No. | COMPREHENSIVE — Limit Stated In COV FORM Minus Deductible Shown Below | Premium | SPECIFIED CAUSES OF LOSS — Limit Stated In COV FORM Minus Deductible Shown Below | Premium | COLLISION — Limit Stated In COV FORM Minus Deductible Shown Below | Premium | TOWING & LABOR — Limit Per Disablement | Premium |
|---|---|---|---|---|---|---|---|---|
| 021 | $ 1,000 | $ 222.00 | $ | $ | $ 1,000 | $ 80.00 | $ | $ |
| 022 | $ | $ | $ | $ | $ | $ | $ | $ |
| 023 | $ | $ | $ | $ | $ | $ | $ | $ |
| 024 | $ 1,000 | $ 297.00 | $ | $ | $ 1,000 | $ 144.00 | $ | $ |
| Total Premium | $ | | $ | | $ | | | $ |

*Split limits are presented in thousands of dollars.

CA DC 03 (Ed. 12/2020)    Contains Copyrighted Material of Insurance Services Office. Inc.. with its permission.    PAGE  **0008**OF  **0014**

POLICY NUMBER:   **MP29540335**

**ITEM THREE**   **SCHEDULE OF COVERED AUTOS YOU OWN**

| Covered Auto No. | DESCRIPTION — Year, Model, Trade Name, Body Type Serial Number(S) Vehicle Identification Number (VIN) | PURCHASED — Original Cost New | PURCHASED — Actual Cost & New (N) Used (U) | TERRITORY — Town & State Where The Covered Auto Will Be Principally Garaged |
|---|---|---|---|---|
| 025 | 2023 LONESTAR TRAILER 3357 | $ 12,025 | $ | 124 VINITA, OK |
| 026 | 2023 LONESTAR TRAILER 3958 | $ 12,725 | $ | 124 VINITA, OK |
| 027 | 2022 FORD PICKUP 7412 | $ 53,500 | $ | 124 VINITA, OK |
| 028 | 2012 HYUNDAI TUCSON 7584 | $ | $ 11,400 | 124 VINITA, OK |

| Covered Auto No. | CLASSIFICATION — Radius of Operation | Business Use s = service r = retail c = commercial | Size GVWR, GCW Or Vehicle Seating Capacity | Age Group | Primary Rating Factor Liab. | Primary Rating Factor Phy. Dam. | Secondary Rating Factor | Code | Except For Towing And Labor, All Physical Damage Loss Is Payable To You And The Loss Payee Named Below According To Their Interests In The Auto At The Time Of The Loss. |
|---|---|---|---|---|---|---|---|---|---|
| 025 | | | | 2 | | | | 68589 | |
| 026 | | | | 2 | | | | 68589 | |
| 027 | 200 | S | 0-10 | 3 | | | | 01589 | |
| 028 | | | | 6 | | | | 07398 | |

COVERAGES -PREMIUMS, LIMITS AND DEDUCTIBLES (Absence of a deductible or limit entry in any column below means that the limit or deductible entry in the corresponding ITEM TWO column applies instead.)

| Covered Auto No. | COVERED AUTOS LIABILITY Limit* | COVERED AUTOS LIABILITY Premium | PERSONAL INJURY PROTECTION Limit Stated In Each P.I.P. End. Minus Deductible Shown Below | PERSONAL INJURY PROTECTION Premium | ADDED P.I.P. Limit Stated In Each Added P.I.P. End. Premium | PROP. PROT. (Mich. Only) Limit Stated In P.P.I. End. Minus Deductible Shown Below | PROP. PROT. (Mich. Only) Premium |
|---|---|---|---|---|---|---|---|
| 025 | $ | $ 201.00 | $ | $ | $ | $ | $ |
| 026 | $ | $ 201.00 | $ | $ | $ | $ | $ |
| 027 | $ | $ 2,145.00 | $ | $ | $ | $ | $ |
| 028 | $ | $ 924.00 | $ | $ | $ | $ | $ |
| Total Premium | | $ | | $ | $ | | $ |

| Covered Auto No. | AUTO MEDICAL PAYMENTS Limit | AUTO MEDICAL PAYMENTS Premium | MEDICAL EXPENSE AND INCOME LOSS BENEFITS (Virginia Only) Limit Stated In Each Medical Expense And Income Loss Endorsement For Each Person | MEDICAL EXPENSE AND INCOME LOSS BENEFITS (Virginia Only) Premium |
|---|---|---|---|---|
| 025 | $ | $ 2.00 | $ | $ |
| 026 | $ | $ 2.00 | $ | $ |
| 027 | $ | $ 14.00 | $ | $ |
| 028 | $ | $ 19.00 | $ | $ |
| Total Premium | | $ | | $ |

| Covered Auto No. | UNINSURED MOTORIST Limit* | UNINSURED MOTORIST Premium | UNDERINSURED MOTORISTS Limit* | UNDERINSURED MOTORISTS Premium |
|---|---|---|---|---|
| 025 | $ | $ | $ | $ |
| 026 | $ | $ | $ | $ |
| 027 | $ | $ | $ | $ |
| 028 | $ | $ | $ | $ |
| Total Premium | | $ | | $ |

| Covered Auto No. | COMPREHENSIVE Limit Stated In COV FORM Minus Deductible Shown Below | COMPREHENSIVE Premium | SPECIFIED CAUSES OF LOSS Limit Stated In COV FORM Minus Deductible Shown Below | SPECIFIED CAUSES OF LOSS Premium | COLLISION Limit Stated In COV FORM Minus Deductible Shown Below | COLLISION Premium | TOWING & LABOR Limit Per Disablement | TOWING & LABOR Premium |
|---|---|---|---|---|---|---|---|---|
| 025 | $ 1,000 | $ 297.00 | $ | $ | $ 1,000 | $ 144.00 | $ | $ |
| 026 | $ 1,000 | $ 297.00 | $ | $ | $ 1,000 | $ 144.00 | $ | $ |
| 027 | $ 2,500 | $ 855.00 | $ | $ | $ 2,500 | $ 844.00 | $ | $ |
| 028 | $ 2,500 | $ 176.00 | $ | $ | $ 2,500 | $ 344.00 | $ | $ |
| Total Premium | | $ | | $ | | $ | | $ |

*Split limits are presented in thousands of dollars.

CA DC 03 (Ed. 12 2020)        Contains Copyrighted Material of Insurance Services Office, Inc.. with its permission.        PAGE  **0009** OF   **0014**

POLICY NUMBER:   **MP29540335**
**ITEM THREE   SCHEDULE OF COVERED AUTOS YOU OWN**

| Covered Auto No. | DESCRIPTION — Year, Model, Trade Name, Body Type / Serial Number(S) Vehicle Identification Number (VIN) | PURCHASED — Original Cost New | Actual Cost & New (N) Used (U) | TERRITORY — Town & State Where The Covered Auto Will Be Principally Garaged |
|---|---|---|---|---|
| 029 | 2021 FORD PICKUP 7018 | $ 63,000 | $ | 124 VINITA, OK |
| 030 | 2010 DODGE PICKUP 2615 | $ | $ 14,000 | 124 VINITA, OK |
| 031 | 2016 MAZDA PICKUP 3427 | $ 29,470 | $ | 124 VINITA, OK |
| 032 | 2009 FORD PICKUP 7512 | $ | $ 8,200 | 124 VINITA, OK |

| Covered Auto No. | CLASSIFICATION — Radius of Operation | Business Use (s = service, r = retail, c = commercial) | Size GVWR, GCW Or Vehicle Seating Capacity | Age Group | Primary Rating Factor — Liab. | Primary Rating Factor — Phy. Dam. | Secondary Rating Factor | Code | Except For Towing And Labor, All Physical Damage Loss Is Payable To You And The Loss Payee Named Below According To Their Interests In The Auto At The Time Of The Loss. |
|---|---|---|---|---|---|---|---|---|---|
| 029 | 50 | S | 0-10 | 4 | | | | 01489 | |
| 030 | 200 | S | 0-10 | 6 | | | | 01589 | |
| 031 | 200 | S | 0-10 | 6 | | | | 01589 | |
| 032 | 200 | S | 0-10 | 6 | | | | 01589 | |

COVERAGES -PREMIUMS, LIMITS AND DEDUCTIBLES (Absence of a deductible or limit entry in any column below means that the limit or deductible entry in the corresponding ITEM TWO column applies instead.)

| Covered Auto No. | COVERED AUTOS LIABILITY — Limit* | COVERED AUTOS LIABILITY — Premium | PERSONAL INJURY PROTECTION — Limit Stated In Each P.I.P. End. Minus Deductible Shown Below | PERSONAL INJURY PROTECTION — Premium | ADDED P.I.P. — Limit Stated In Each Added P.I.P. End. Premium | PROP. PROT. (Mich. Only) — Limit Stated In P.P.I. End. Minus Deductible Shown Below | Premium |
|---|---|---|---|---|---|---|---|
| 029 | $ | $ 1,672.00 | $ | $ | $ | $ | $ |
| 030 | $ | $ 1,635.00 | $ | $ | $ | $ | $ |
| 031 | $ | $ 1,757.00 | $ | $ | $ | $ | $ |
| 032 | $ | $ 1,512.00 | $ | $ | $ | $ | $ |
| Total Premium | | $ | | $ | $ | | $ |

| Covered Auto No. | AUTO MEDICAL PAYMENTS — Limit | AUTO MEDICAL PAYMENTS — Premium | MEDICAL EXPENSE AND INCOME LOSS BENEFITS (Virginia Only) — Limit Stated In Each Medical Expense And Income Loss Endorsement For Each Person | Premium |
|---|---|---|---|---|
| 029 | $ | $ 14.00 | $ | $ |
| 030 | $ | $ 14.00 | $ | $ |
| 031 | $ | $ 14.00 | $ | $ |
| 032 | $ | $ 14.00 | $ | $ |
| Total Premium | | $ | | $ |

| Covered Auto No. | UNINSURED MOTORIST — Limit* | UNINSURED MOTORIST — Premium | UNDERINSURED MOTORISTS — Limit* | UNDERINSURED MOTORISTS — Premium |
|---|---|---|---|---|
| 029 | $ | $ | $ | $ |
| 030 | $ | $ | $ | $ |
| 031 | $ | $ | $ | $ |
| 032 | $ | $ | $ | $ |
| Total Premium | | $ | | $ |

| Covered Auto No. | COMPREHENSIVE — Limit Stated In COV FORM Minus Deductible Shown Below | COMPREHENSIVE — Premium | SPECIFIED CAUSES OF LOSS — Limit Stated In COV FORM Minus Deductible Shown Below | SPECIFIED CAUSES OF LOSS — Premium | COLLISION — Limit Stated In COV FORM Minus Deductible Shown Below | COLLISION — Premium | TOWING & LABOR — Limit Per Disablement | TOWING & LABOR — Premium |
|---|---|---|---|---|---|---|---|---|
| 029 | $ 2,500 | $ 702.00 | $ | $ | $ 2,500 | $ 749.00 | $ | $ |
| 030 | $ | $ | $ | $ | $ | $ | $ | $ |
| 031 | $ 2,500 | $ 362.00 | $ | $ | $ 2,500 | $ 187.00 | $ | $ |
| 032 | $ | $ | $ | $ | $ | $ | $ | $ |
| Total Premium | | $ | | $ | | $ | | $ |

*Split limits are presented in thousands of dollars.

CA DC 03 (Ed. 12/2020)       Contains Copyrighted Material of Insurance Services Office, Inc., with its permission.       PAGE  0010 OF   0014

POLICY NUMBER:    MP29540335

**ITEM THREE    SCHEDULE OF COVERED AUTOS YOU OWN**

| Covered Auto No. | DESCRIPTION — Year, Model, Trade Name, Body Type Serial Number(S) Vehicle Identification Number (VIN) | PURCHASED — Original Cost New | PURCHASED — Actual Cost & New (N) Used (U) | TERRITORY — Town & State Where The Covered Auto Will Be Principally Garaged |
|---|---|---|---|---|
| 033 | 2023 LONESTAR TRAILER 6868 | $ 11,950 | $ | 124 VINITA, OK |
| 034 | 2020 DODGE PICKUP 5772 | $ 49,000 | $ | 124 VINITA, OK |
| 035 | 2023 FORD PICKUP 6744 | $ 54,510 | $ | 124 VINITA, OK |
| 036 | 2013 FORD FOCUS 3890 | $ | $ 6,500 | 124 VINITA, OK |

| Covered Auto No. | CLASSIFICATION — Radius of Operation | Business Use s = service r = retail c = commercial | Size GVWR, GCW Or Vehicle Seating Capacity | Age Group | Primary Rating Factor Liab. | Primary Rating Factor Phy. Dam. | Secondary Rating Factor | Code | Except For Towing And Labor, All Physical Damage Is Payable To You And The Loss Payee Named Below According To Their Interests In The Auto At The Time Of The Loss. |
|---|---|---|---|---|---|---|---|---|---|
| 033 | | | | 2 | | | | 68589 | |
| 034 | 50 | S | 0-10 | 5 | | | | 01499 | |
| 035 | 200 | S | 0-10 | 2 | | | | 01589 | |
| 036 | | | | 6 | | | | 07398 | |

COVERAGES -PREMIUMS, LIMITS AND DEDUCTIBLES (Absence of a deductible or limit entry in any column below means that the limit or deductible entry in the corresponding ITEM TWO column applies instead.)

| Covered Auto No. | COVERED AUTOS LIABILITY — Limit* | COVERED AUTOS LIABILITY — Premium | PERSONAL INJURY PROTECTION — Limit Stated In Each P.I.P. End. Minus Deductible Shown Below | PERSONAL INJURY PROTECTION — Premium | ADDED P.I.P. — Limit Stated In Each Added P.I.P. End. Premium | PROP. PROT. (Mich. Only) — Limit Stated In P.P.I. End. Minus Deductible Shown Below | PROP. PROT. (Mich. Only) — Premium |
|---|---|---|---|---|---|---|---|
| 033 | $ | $ 192.00 | $ | $ | $ | $ | $ |
| 034 | $ | $ 1,643.00 | $ | $ | $ | $ | $ |
| 035 | $ | $ 2,107.00 | $ | $ | $ | $ | $ |
| 036 | $ | $ 950.00 | $ | $ | $ | $ | $ |
| Total Premium | | $ | | $ | $ | | $ |

| Covered Auto No. | AUTO MEDICAL PAYMENTS — Limit | AUTO MEDICAL PAYMENTS — Premium | MEDICAL EXPENSE AND INCOME LOSS BENEFITS (Virginia Only) — Limit Stated In Each Medical Expense And Income Loss Endorsement For Each Person | Premium |
|---|---|---|---|---|
| 033 | $ | $ 2.00 | $ | $ |
| 034 | $ | $ 14.00 | $ | $ |
| 035 | $ | $ 14.00 | $ | $ |
| 036 | $ | $ 19.00 | $ | $ |
| Total Premium | | $ | | $ |

| Covered Auto No. | UNINSURED MOTORIST — Limit* | UNINSURED MOTORIST — Premium | UNDERINSURED MOTORISTS — Limit* | UNDERINSURED MOTORISTS — Premium |
|---|---|---|---|---|
| 033 | $ | $ | $ | $ |
| 034 | $ | $ | $ | $ |
| 035 | $ | $ | $ | $ |
| 036 | $ | $ | $ | $ |
| Total Premium | | $ | | $ |

| Covered Auto No. | COMPREHENSIVE — Limit Stated In COV FORM Minus Deductible Shown Below | COMPREHENSIVE — Premium | SPECIFIED CAUSES OF LOSS — Limit Stated In COV FORM Minus Deductible Shown Below | SPECIFIED CAUSES OF LOSS — Premium | COLLISION — Limit Stated In COV FORM Minus Deductible Shown Below | COLLISION — Premium | TOWING & LABOR — Limit Per Disablement | TOWING & LABOR — Premium |
|---|---|---|---|---|---|---|---|---|
| 033 | $ 1,000 | $ 265.00 | $ | $ | $ 1,000 | $ 110.00 | $ | $ |
| 034 | $ 1,000 | $ 654.00 | $ | $ | $ 1,000 | $ 724.00 | $ | $ |
| 035 | $ 2,500 | $ 855.00 | $ | $ | $ 2,500 | $ 938.00 | $ | $ |
| 036 | $ | $ | $ | $ | $ | $ | $ | $ |
| Total Premium | | $ | | $ | | $ | | $ |

*Split limits are presented in thousands of dollars.

CA DC 03 (Ed. 12/2020)    Contains Copyrighted Material of Insurance Services Office, Inc.. with its permission.    PAGE 0011 OF 0014

POLICY NUMBER:    MP29540335
**ITEM THREE    SCHEDULE OF COVERED AUTOS YOU OWN**

| Covered Auto No. | DESCRIPTION | | PURCHASED | | TERRITORY |
|---|---|---|---|---|---|
| | Year, Model, Trade Name, Body Type | Serial Number(S) Vehicle Identification Number (VIN) | Original Cost New | Actual Cost & New (N) Used (U) | Town & State Where The Covered Auto Will Be Principally Garaged |
| 037 | 2021 FORD TRUCK 0450 | | $ | $ 45,000 | 124 VINITA, OK |
| | | | $ | $ | |
| OKL | OKLAHOMA UMI PER POLICY | | $ | $ | |
| | | | $ | $ | |

| Covered Auto No. | CLASSIFICATION | | | | | | | Except For Towing And Labor, All Physical Damage Loss Is Payable To You And The Loss Payee Named Below According To Their Interests In The Auto At The Time Of The Loss. |
|---|---|---|---|---|---|---|---|---|
| | Radius of Operation | Business Use s = service r = retail c = commercial | Size GVWR, GCW Or Vehicle Seating Capacity | Age Group | Primary Rating Factor Liab. / Phy. Dam. | Secondary Rating Factor | Code | |
| 037 | 200 | S | 10-20 | 4 | | | 21589 | |
| OKL | | | | | | | | |

COVERAGES -PREMIUMS, LIMITS AND DEDUCTIBLES (Absence of a deductible or limit entry in any column below means that the limit or deductible entry in the corresponding ITEM TWO column applies instead.)

| Covered Auto No. | COVERED AUTOS LIABILITY | | PERSONAL INJURY PROTECTION | | ADDED P.I.P. | PROP. PROT. (Mich. Only) | |
|---|---|---|---|---|---|---|---|
| | Limit* | Premium | Limit Stated In Each P.I.P. End. Minus Deductible Shown Below | Premium | Limit Stated In Each Added P.I.P. End. Premium | Limit Stated In P.P.I. End. Minus Deductible Shown Below | Premium |
| 037 | $ | $ 2,017.00 | $ | $ | $ | $ | $ |
| | $ | $ | $ | $ | $ | $ | $ |
| OKL | $ | $ | $ | $ | $ | $ | $ |
| | $ | $ | $ | $ | $ | $ | $ |
| Total Premium | | $ 40,436.00 | | $ | $ | | $ |

| Covered Auto No. | AUTO MEDICAL PAYMENTS | | MEDICAL EXPENSE AND INCOME LOSS BENEFITS (Virginia Only) | |
|---|---|---|---|---|
| | Limit | Premium | Limit Stated In Each Medical Expense And Income Loss Endorsement For Each Person | Premium |
| 037 | $ | $ 14.00 | $ | $ |
| | $ | $ | $ | $ |
| OKL | $ | $ | $ | $ |
| | $ | $ | $ | $ |
| Total Premium | | $ 377.00 | | $ |

| Covered Auto No. | UNINSURED MOTORIST | | UNDERINSURED MOTORISTS | |
|---|---|---|---|---|
| | Limit* | Premium | Limit* | Premium |
| 037 | $ | $ | $ | $ |
| | $ | $ | $ | $ |
| OKL | $ | $ 534.00 | $ | $ |
| | $ | $ | $ | $ |
| Total Premium | | $ 534.00 | | $ |

| Covered Auto No. | COMPREHENSIVE | | SPECIFIED CAUSES OF LOSS | | COLLISION | | TOWING & LABOR | |
|---|---|---|---|---|---|---|---|---|
| | Limit Stated In COV FORM Minus Deductible Shown Below | Premium | Limit Stated In COV FORM Minus Deductible Shown Below | Premium | Limit Stated In COV FORM Minus Deductible Shown Below | Premium | Limit Per Disablement | Premium |
| 037 | $ 2,500 | $ 538.00 | $ | $ | $ 2,500 | $ 593.00 | $ | $ |
| | $ | $ | $ | $ | $ | $ | $ | $ |
| OKL | $ | $ | $ | $ | $ | $ | $ | $ |
| | $ | $ | $ | $ | $ | $ | $ | $ |
| Total Premium | | $ 12,819.00 | | $ | | $ 11,465.00 | | $ |

*Split limits are presented in thousands of dollars.

CA DC 03 (Ed. 12/2020)    Contains Copyrighted Material of Insurance Services Office, Inc., with its permission.    PAGE 0012 OF 0014

POLICY NUMBER:    **MP29540335**

## ITEM FOUR    SCHEDULE OF HIRED OR BORROWED COVERED AUTO COVERAGE AND PREMIUMS

### LIABILITY COVERAGE - RATING BASIS, COST OF HIRE

| STATE | ESTIMATED COST OF HIRE FOR EACH STATE | RATE PER EACH $100 COST OF HIRE | FACTOR (If liab Coverage is primary) | PREMIUM |
|---|---|---|---|---|
| OK | $ IF ANY | $ INCLUDED | | $ 41.00 |
| | | | TOTAL PREMIUM | $ 41.00 |

### LIABILITY COVERAGE - RATING BASIS, NUMBER OF DAYS - (FOR MOBILE OR FARM EQUIPMENT - RENTAL PERIOD BASIS)

| STATE | ESTIMATED NUMBER OF DAYS EQUIPMENT WILL BE RENTED | BASE PREMIUM | FACTOR | PREMIUM |
|---|---|---|---|---|
| | | $ | | $ |
| | | | TOTAL PREMIUM | $ |

Cost of hire means the total amount you incur for the hire of "autos" you don't own (not including "autos" you borrow or rent from your partners or "employees" or their family members). Cost of hire does not include charges for services performed by motor carriers of property or passengers.

### PHYSICAL DAMAGE COVERAGE

| COVERAGES | LIMIT OF INSURANCE | ESTIMATED ANNUAL COST OF HIRE | RATE PER EACH $100 ANNUAL COST OF HIRE | PREMIUM |
|---|---|---|---|---|
| COMPREHENSIVE | ACTUAL CASH VALUE, COST OF REPAIR, OR $ 75,000 WHICHEVER IS LESS, MINUS $ 100 DED. FOR EACH COVERED AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM (A maximum deductible may also apply. Refer to Coverage Form for details.) | $ IF ANY | $ INCLUDED | $ INCLUDED |
| SPECIFIED CAUSES OF LOSS | ACTUAL CASH VALUE, COST OF REPAIR, OR $ WHICHEVER IS LESS, MINUS $ DED. FOR EACH COVERED AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM (A maximum deductible may also apply. Refer to Coverage Form for details.) | $ | $ | $ |
| COLLISION | ACTUAL CASH VALUE OR COST OF REPAIR, OR $ 75,000 WHICHEVER IS LESS, MINUS $ 1,000 DED. FOR EACH COVERED AUTO. | $ IF ANY | $ INCLUDED | $ INCLUDED |
| | | | TOTAL PREMIUM | $ |

## ITEM FIVE    SCHEDULE FOR NON-OWNERSHIP COVERED AUTOS LIABILITY

| NAMED INSURED'S BUSINESS | RATING BASIS | NUMBER | PREMIUM |
|---|---|---|---|
| Other Than Auto Service Operations, Partnerships Or LLCs | Number Of Employees | 0-9 | $ 191.00 |
| | Number Of Volunteers | | $ |
| Auto Service Operations | Number of Employees Whose Principal Duty Involves The Operation Of Autos | | $ |
| | Number Of Volunteers | | $ |
| | Number Of Partners (Active And Inactive) Or LLC Members | | $ |
| Partnerships Or LLCs | Number of Employees | | $ |
| | Number of Volunteers | | $ |
| | Number Of Partners (Active And Inactive) Or LLC Members | | $ |
| TOTAL NON-OWNERSHIP COVERED AUTOS LIABILITY PREMIUM | | | $ 191.00 |

CA DC 03 (Ed. 12/2020)    Contains Copyrighted Material of Insurance Services Office, Inc., with its permission.    PAGE 0013 OF 0014

POLICY NUMBER:    MP29540335

## ITEM SIX

**SCHEDULE FOR GROSS RECEIPTS OR MILEAGE BASIS-LIABILITY COVERAGE-PUBLIC AUTO OR LEASING RENTAL CONCERNS**

| ESTIMATED YEARLY ☐ Gross Receipts ☐ Mileage | RATES ☐ Per $100 of Gross Receipts ☐ Per Mile | | | |
|---|---|---|---|---|
| | LIABILITY | AUTO MEDICAL PAYMENTS | MEDICAL EXPENSE BENEFITS (VA Only) | INCOME LOSS BENEFITS (VA Only) |
| | $ | $ | $ | $ |
| | $ | $ | $ | $ |
| | $ | $ | $ | $ |
| | PREMIUMS | | | |
| | LIABILITY | AUTO MEDICAL PAYMENTS | MEDICAL EXPENSE BENEFITS (VA Only) | INCOME LOSS BENEFITS (VA Only) |
| | $ | $ | $ | $ |
| | $ | $ | $ | $ |
| | $ | $ | $ | $ |
| TOTAL PREMIUMS | $ | $ | $ | $ |
| MINIMUM PREMIUMS | $ | $ | $ | S |

When used as a premium basis:

FOR PUBLIC AUTOS
Gross Receipts means the total amount earned by the named insured for transporting passengers, mail and merchandise. Gross Receipts does not include:
A. Amounts paid to air, sea or land carriers operating under their own permits.
B. Advertising revenue.
C. Taxes collected as a separate item and paid directly to the government.
D. C.O.D. collections for cost of mail or merchandise including collection fees.
Mileage means the total live and dead mileage of all revenue producing "autos" during the policy period.

FOR RENTAL OR LEASING CONCERNS
Gross Receipts means the total amount earned by the named insured for the leasing or renting of "autos" to others without drivers.
Mileage means the total live and dead mileage of all "autos" you leased or rented to others without drivers.

CA DC 03 (Ed. 12/2020)    Contains Copyrighted Material of Insurance Services Office. Inc . with its permission.

POLICY NUMBER: **MP29540335**

COMMERCIAL AUTO
NA CA 09 01 21

# NATIONAL AMERICAN INSURANCE COMPANY

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# BUSINESS AUTO ENHANCED COVERAGE ENDORSEMENT

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM

The following is a summary index of additional coverages provided by this endorsement.  This endorsement is subject to the provisions of your policy which means that it is subject to all limitations and conditions applicable to this Coverage Part, unless specifically deleted, replaced, or modified therein.  No coverage is provided by this summary.

**SUMMARY INDEX**

| DESCRIPTION | PAGE NUMBER |
|---|---|
| **SECTION II - COVERED AUTOS LIABILITY COVERAGE** | |
| **Who Is An Insured** | |
| Broad Form Insured | 2 |
| Employee As Insureds | 2 |
| Additional Insured Status By Contract, Agreement Or Permit | 2 |
| **Supplementary Payments**<br>Bail Bond Coverage<br>Loss Of Earnings Coverage | <br>2<br>2 |
| **Pollution Liability - Broadened Coverage For Covered Autos** | 2 |
| | |
| **SECTION III - PHYSICAL DAMAGE COVERAGE** | |
| **Broadened Coverage** | |
| Towing And Labor | 3 |
| Physical Damage Additional Transportation Expense Coverage | 4 |
| Temporary Substitute Auto Physical Damage | 4 |
| Extra Expense - Theft | 4 |
| Rental Reimbursement And Additional Transportation Expense | 4 |
| Personal Effects Coverage | 5 |
| Personal Property Of Others | 5 |
| Locksmith Coverage | 5 |
| Vehicle Wrap Coverage | 5 |
| Airbag Accidental Discharge | 5 |
| Audio, Visual And Data Electronic Equipment Coverage | 5 |
| Auto Loan/Lease Total Loss Protection | 6 |
| Glass Repair - Deductible Amendment | 6 |
| | |
| **SECTION IV - BUSINESS AUTO CONDITIONS** | |
| **Broadened Coverage** | |
| Amended Duties In The Event Of Accident, Claim, Suit Or  Loss | 6 |
| Waiver Of Subrogation - Automatic Status When Required In A Written Contract | 6 |
| Unintentional Failure To Disclose | 6 |
| Hired, Leased, Rented Or Borrowed Auto Physical Damage | 7 |
| | |
| **SECTION V - DEFINITIONS** | |
| Mental Anguish Included in Definition of "Bodily Injury" | 7 |
| | |

(SECTION II - COVERED AUTOS LIABILITY COVERAGE, WHO IS AN INSURED, SUPPLEMENTARY PAYMENTS, POLLUTION)

The following changes are made to **SECTION II - COVERED AUTOS LIABILITY COVERAGE:**

A.  The following are added to Paragraph **A.1.:**

1.  **Who Is An Insured**

    The following are "insureds":

    d.  Any organization that is acquired or formed by you, during the term of this policy and over which you maintain majority ownership.  However, the Named Insured does not include any newly formed or acquired organization:

        (1)  That is a joint venture or partnership;

        (2)  That is an "insured" under any other policy;

        (3)  That has exhausted its Limits of Insurance under any other policy; or

        (4)  180 days or more after its acquisition or formation by you, unless you have given us notice of the acquisition or formation.

        Coverage does not apply to "bodily injury" or "property damage" that results from an accident that occurred before you formed or acquired the organization.

    e.  Your "employee" while acting in the course of your business or your personal affairs while using a covered "auto" you do not own, hire or borrow.

    f.  Any person or organization for whom you are required to add as an additional insured when you and such person or organization have agreed in writing in a contract or agreement, but such written contract or agreement must be:

        (1)  Currently in effect or becoming effective during the term of this policy; and

        (2)  Executed prior to the "bodily injury" or "property damage".

        Coverage provided by this extension applies only with respect to the extent that the person or organization is liable for the conduct of an "insured" arising out of the ownership, maintenance or use of a covered "auto" under this policy.

        Coverage provided by this extension will not exceed the Limits of Liability required by the written contract or agreement even if the limits stated in the policy exceed those limits.  This coverage shall not increase the Limit Of Insurance for Covered Autos Liability Coverage shown in the Declarations.

        For any covered "auto" you own, the insurance provided under this extension is primary.

B.  Paragraphs **2.a.(2)** and **2.a.(4)** are replaced with the following:

2.  **Coverage Extensions**

    a.  **Supplementary Payments**

        (2)  Up to $5,000 for cost of bail bonds (including bonds for related traffic violations) required because of an "accident" we cover.  We do not have to furnish these bonds.

        (4)  All reasonable expenses incurred by the "insured" at our request, including actual loss of earnings up to $500 a day because of time off from work.

C.  **Pollution Liability - Broadened Coverage For Covered Autos**

1.  **Covered Autos Liability Coverage** is changed as follows:

    a.  Paragraph **a.** of the **Pollution** Exclusion applies only to liability assumed under a contract or agreement.

b. With respect to the coverage afforded by Paragraph **A.1.** above, Exclusion **B.6. Care, Custody Or Control** does not apply.

2. **Changes In Definitions**

For the purposes of this endorsement, Paragraph **D.** of the **Definitions** Section is replaced by the following:

D. "Covered pollution cost or expense" means any cost or expense arising out of:

1. Any request, demand, order or statutory or regulatory requirement that any "insured" or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants"; or

2. Any claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to or assessing the effects of "pollutants".

"Covered pollution cost or expense" does not include any cost or expense arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

a. Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the "insured" for movement into or onto the covered "auto"; or

b. After the "pollutants" or any property in which the "pollutants" are contained are moved from the covered "auto" to the place where they are finally delivered, disposed of or abandoned by the "insured".

Paragraphs **a.** and **b.** above do not apply to "accidents" that occur away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon a covered "auto" if:

(1) The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a covered "auto"; and

(2) The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

3. **Limits For "Covered Pollution Cost or Expense"**

The most we will pay for "covered pollution cost or expense" is $100,000 in the aggregate per policy period, regardless of the number of "accidents".

When this limit is used up, we shall have no further obligation to defend claims or "suits" seeking such damages or to pay such damages or defense expense.

**(SECTION III - PHYSICAL DAMAGE COVERAGE, BROADENED PHYSICAL DAMAGE COVERAGES)**

The following changes are made to **SECTION III - PHYSICAL DAMAGE COVERAGE**:

A. Paragraph **A.2** is replaced with the following:

A. **Coverage**

2. **Towing And Labor**

We will pay for towing and labor costs incurred, up to the limits shown below, each time a covered "auto" is disabled:

a. For private passenger type vehicles, we will pay up to $100 per disablement.

    **b.** For all other covered "autos" we will pay up to $500 per disablement.

    However, the labor must be performed at the place of disablement.

**B.** Paragraph **A.4.a.** is replaced with the following:

### A. Coverage

#### 4. Coverage Extensions

##### a. Transportation Expenses

We will pay up to $60 per day, to a maximum of $1,800, for temporary transportation expense incurred by you because of the total theft of a covered "auto" of the private passenger type. We will pay only for those covered "autos" for which you carry either Comprehensive or Specified Causes Of Loss Coverage. We will pay for temporary transportation expenses incurred during the period beginning 48 hours after the theft and ending, regardless of the policy's expiration, when the covered "auto" is returned to use or we pay for its "loss".

**C.** The following are added to Paragraph **4. Coverage Extensions**:

#### 4. Coverage Extensions

##### c. Temporary Substitute Autos

If Physical Damage Coverage is provided under this Coverage Form for an "auto" you own, the Physical Damage coverages provided for that owned "auto" are extended to any "auto" you do not own while used with the permission of its owner as a temporary substitute for the covered "auto" you own that is out of service because of its:

    **(1)** Breakdown;

    **(2)** Repair;

    **(3)** Servicing;

    **(4)** "Loss"; or

    **(5)** Destruction.

##### d. Theft Recovery Expense

If you have purchased Comprehensive Coverage on a covered "auto" that is stolen, we will pay the expense of returning that stolen "auto" to you. The limit for this coverage extension is $5,000.

##### e. Rental Reimbursement

We will provide Rental Reimbursement and Additional Expense coverage only for those Physical Damage coverages for which a premium is shown in the Declarations. Coverage applies only to a covered "auto".

    **(1)** We will pay for auto rental expense and the expense incurred by you because of a covered cause of "loss" to remove and transfer your materials and equipment from a covered "auto" to a covered "auto". Payment applies in addition to the otherwise applicable coverage you have on a covered "auto". No deductible applies to this coverage.

    **(2)** We will pay only for expenses incurred during the policy period and beginning 24 hours after the "loss" and ending, regardless of the policy's expiration, with the lesser of the following number of days:

        **(a)** The number of days reasonably required to repair or replace the covered "auto". If "loss" is caused by theft, this number of days is added to the number of days it takes to locate the covered "auto" and return it to you; or

        **(b)** 30 days.

    **(3)** Our payment is limited to the lesser of the following amounts:

        **(a)** Necessary and actual expenses incurred; or

        **(b)** $75 per day.

    **(4)** This coverage does not apply while there are spare or reserve "autos" available to you for your operations.

    **(5)** If "loss" results from the total theft of a covered "auto" of the private passenger type or light truck type, we will pay under this coverage only that amount of your rental reimbursement expense which is not already provided for under **SECTION III - PHYSICAL DAMAGE COVERAGE, A. Coverage, 4. Coverage Extensions, a. Transportation Expenses.**

**f.  Personal Effects**

If you have purchased comprehensive coverage on a covered "auto" you own and that "auto" is stolen, we will pay, without application of a deductible, up to $500 for "Personal Effects" stolen with the covered "auto". The insurance provided under this provision is excess over any other collectible insurance. For this coverage extension, "Personal Effects" means tangible property that is worn or normally carried on "insured's" person.

**g.  Personal Property Of Others**

We will pay up to $500 for "loss" to personal property of others in or on your covered "auto". This coverage applies only in the event of "loss" to your covered "auto" caused by fire, lightning, explosion, theft, mischief or vandalism, the covered "auto's" collision with another object, or the covered "auto's" overturn. No deductible applies to this coverage.

**h.  Locksmith Coverage**

We will pay up to $250 per occurrence for necessary locksmith services for keys locked inside a covered private passenger type "auto". The deductible is waived for these services.

**i.  Vehicle Wrap Coverage**

Under either Comprehensive or Collision Coverage, we will pay up to $1,000 for vinyl vehicle wraps which are displayed on a covered "auto" at the time of a total "loss".

Regardless of the number of "autos" deemed a total "loss", the most we will pay under this coverage for any one "loss" is $5,000. For purposes of this coverage, signs or other graphics painted or magnetically affixed to the covered "auto" are not considered vehicle wraps.

**D.**  Paragraph **B.3.** is replaced with the following:

**B.  Exclusions**

  **3.**  We will not pay for "loss" due and confined to:

    **a.**  Wear and tear, freezing, mechanical or electrical breakdown.

    **b.**  Blowouts, punctures or other road damage to tires.

  This exclusion does not apply to such "loss" resulting from the total theft of a covered "auto".

  This exclusion also does not apply to the mechanical breakdown relating to the accidental discharge of an air bag. This exception applies only if you have purchased comprehensive or collision coverage on the covered "auto" you own and coverage is excess of any other collectible insurance or warranty. No deductible applies to this coverage.

**E.**  Paragraph **C.1.b.** is replaced with the following:

**C.  Limits Of Insurance**

  **1.**  The most we will pay for:

    **b.**  All electronic equipment that reproduces, receives or transmits audio, visual or data signals in any one "loss" is $5,000, if, at the time of "loss", such electronic equipment is:

    **(1)**  Permanently installed in or upon the covered "auto" in a housing, opening or other location that is not normally used by the "auto" manufacturer for the installation of such equipment;

    **(2)**  Removable from a permanently installed housing unit as described in Paragraph **b.(1)** above; or

(3) An integral part of such equipment as described in Paragraphs **b.(1)** and **b.(2)** above.

F.  The following is added to Paragraph **C. Limits of Insurance**:

### C.  Limits Of Insurance

4.  In the event of a total "loss" to a covered "auto" shown in the Declarations, which is subject to a loan or lease at the time of the "loss", we will pay any unpaid amount due, including up to a maximum of $500 for early termination fees or penalties on the lease or loan for a covered "auto", less:

a.  The amount paid under the Physical Damage Coverage Section of the policy; and

b.  Any:

(1) Overdue lease or loan payments at the time of the "loss";

(2) Financial penalties imposed under a lease for excessive use, abnormal wear and tear or high mileage;

(3) Security deposits not returned by the lessor;

(4) Costs for extended warranties, Credit Life Insurance, Health, Accident or Disability Insurance purchased with the loan or lease; and

(5) Carry-over balances from previous loans or leases.

G.  The following is added to Paragraph **D. Deductible**

### D.  Deductible

Any deductible shown in the Declarations as applicable to the covered "auto" will not apply to glass breakage if the damaged glass is repaired, rather than replaced.

## (SECTION IV - BUSINESS AUTO CONDITIONS, BROADENED COVERAGE)

The following changes are made to **SECTION IV - BUSINESS AUTO CONDITIONS:**

A.  The following is added to Paragraph **2. Duties In The Event Of Accident, Claim, Suit Or Loss**

### 2.  Duties In The Event Of Accident, Claim, Suit Or Loss

d.  Knowledge of any "accident", "claim", "suit" or "loss" will be deemed knowledge by you when notice of such "accident", "claim", "suit" or "loss" has been received by:

(1) You, if you are an individual;

(2) Any partner or insurance manager, if you are a partnership;

(3) An executive officer or insurance manager, if you are a corporation;

(4) Your members, managers or insurance manager, if you are a limited liability company; or

(5) Your officials, trustees board members or insurance manager, if you are a not-for-profit organization.

B.  The following is added to Paragraph **5. Transfer Of Rights Of Recovery Against Others To Us**

### 5.  Transfer Of Rights Of Recovery Against Others To Us

However, we waive any rights of recovery we may have under the policy against any person or organization for whom the insured is working or operating under a written contract when such contract requires a waiver of subrogation. This provision does not apply unless the written contract has been executed prior to the "bodily injury" or "property damage".

C.  The following is added to Paragraph **B.2. Concealment, Misrepresentation Or Fraud:**

### B.  General Conditions

### 2.  Concealment, Misrepresentation Or Fraud

However, your unintentional error in disclosing, or failing to disclose, any material fact existing at the effective date of this Coverage Form, or during the policy period in connection with any additional hazards, will not prejudice your rights under this Coverage Form.

**D.** Paragraph **5.b.** of **B. General Conditions** is replaced with the following:

**B. General Conditions**

**5. Other Insurance**

    **b.** For Hired Auto Physical Damage Coverage, the following are deemed to be covered "autos" you own:

      **(1)** Any covered "auto" you lease, hire, rent or borrow; and

      **(2)** Any covered "auto" hired or rented by your "employee" under a contract in that individual "employee's" name, with your permission, while performing duties related to the conduct of your business.

    However, any "auto" that is leased, hired, rented or borrowed with a driver is not a covered "auto".

    The most we will pay for any one "loss" is the lesser of the following:

    **(1)** $75,000 per accident; or

    **(2)** Actual cash value at the time of loss; or

    **(3)** Cost of repair.

    Less the deductible shown in Item Four of the Declarations.

    An adjustment for depreciation and physical condition will be made in determining actual cash value in the event of a total "loss". The deductible does not apply to "loss" caused by fire or lightning.

    This coverage is excess over any other collectible insurance.

**(SECTION V - DEFINITIONS, MENTAL ANGUISH)**

**A.** Paragraph **C.** under **SECTION V - DEFINITIONS** is replaced with the following:

    **C.** "Bodily injury" means bodily injury, sickness or disease sustained by a person, including mental anguish or death resulting from such bodily injury, sickness, or disease.

COMMERCIAL AUTO
CA 00 01 11 20

# BUSINESS AUTO COVERAGE FORM

Various provisions in this Policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this Policy, the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section V - Definitions.

## SECTION I - COVERED AUTOS

Item Two of the Declarations shows the "autos" that are covered "autos" for each of your coverages. The following numerical symbols describe the "autos" that may be covered "autos". The symbols entered next to a coverage on the Declarations designate the only "autos" that are covered "autos".

**A. Description Of Covered Auto Designation Symbols**

| Symbol | | Description Of Covered Auto Designation Symbols |
|---|---|---|
| 1 | Any "Auto" | |
| 2 | Owned "Autos" Only | Only those "autos" you own (and for Covered Autos Liability Coverage any "trailers" you don't own while attached to power units you own). This includes those "autos" you acquire ownership of after the Policy begins. |
| 3 | Owned Private Passenger "Autos" Only | Only the private passenger "autos" you own. This includes those private passenger "autos" you acquire ownership of after the Policy begins. |
| 4 | Owned "Autos" Other Than Private Passenger "Autos" Only | Only those "autos" you own that are not of the private passenger type (and for Covered Autos Liability Coverage any "trailers" you don't own while attached to power units you own). This includes those "autos" not of the private passenger type you acquire ownership of after the Policy begins. |
| 5 | Owned "Autos" Subject To No-fault | Only those "autos" you own that are required to have no-fault benefits in the state where they are licensed or principally garaged. This includes those "autos" you acquire ownership of after the Policy begins provided they are required to have no-fault benefits in the state where they are licensed or principally garaged. |
| 6 | Owned "Autos" Subject To A Compulsory Uninsured Motorists Law | Only those "autos" you own that because of the law in the state where they are licensed or principally garaged are required to have and cannot reject Uninsured Motorists Coverage. This includes those "autos" you acquire ownership of after the Policy begins provided they are subject to the same state uninsured motorists requirement. |
| 7 | Specifically Described "Autos" | Only those "autos" described in Item Three of the Declarations for which a premium charge is shown (and for Covered Autos Liability Coverage any "trailers" you don't own while attached to any power unit described in Item Three). |
| 8 | Hired "Autos" Only | Only those "autos" you lease, hire, rent or borrow. This does not include any "auto" you lease, hire, rent or borrow from any of your "employees", partners (if you are a partnership), members (if you are a limited liability company) or members of their households. |
| 9 | Non-owned "Autos" Only | Only those "autos" you do not own, lease, hire, rent or borrow that are used in connection with your business. This includes "autos" owned by your "employees", partners (if you are a partnership), members (if you are a limited liability company) or members of their households but only while used in your business or your personal affairs. |

 © Insurance Services Office, Inc., 2019

| 19 | Mobile Equipment Subject To Compulsory Or Financial Responsibility Or Other Motor Vehicle Insurance Law Only | Only those "autos" that are land vehicles and that would qualify under the definition of "mobile equipment" under this Policy if they were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where they are licensed or principally garaged. |
|----|----|----|

**B. Owned Autos**

1. If Symbols **1**, **2**, **3**, **4**, **5**, **6** or **19** are entered next to a coverage in Item Two of the Declarations, then you have coverage for "autos" that you acquire after the policy period begins of the type described for the remainder of the policy period.

2. But, if Symbol **7** is entered next to a coverage in Item Two of the Declarations, an "auto" you acquire after the policy period begins will be a covered "auto" for that coverage only if:

   a. We already cover all "autos" that you own for that coverage or it replaces an "auto" you previously owned that had that coverage; and

   b. You tell us within 30 days after you acquire it that you want us to cover it for that coverage.

3. An "auto" that is leased or rented to you without a driver, under a written agreement for a continuous period of at least six months that requires you to provide primary insurance covering such "auto", will be considered a covered "auto" you own.

**C. Certain Trailers, Mobile Equipment And Temporary Substitute Autos**

If Covered Autos Liability Coverage is provided by this Coverage Form, the following types of vehicles are also covered "autos" for Covered Autos Liability Coverage:

1. "Trailers" with a registered Gross Vehicle Weight Rating of 3,000 pounds or less designed primarily for travel on public roads.

2. "Mobile equipment" while being carried or towed by a covered "auto".

3. Any "auto" you do not own while used with the permission of its owner as a temporary substitute for a covered "auto" you own that is out of service because of its:

   a. Breakdown;

   b. Repair;

   c. Servicing;

   d. "Loss"; or

   e. Destruction.

**SECTION II - COVERED AUTOS LIABILITY COVERAGE**

**A. Coverage**

We will pay all sums an "insured" legally must pay as damages because of "bodily injury" or "property damage" to which this insurance applies, caused by an "accident" and resulting from the ownership, maintenance or use of a covered "auto".

We will also pay all sums an "insured" legally must pay as a "covered pollution cost or expense" to which this insurance applies, caused by an "accident" and resulting from the ownership, maintenance or use of covered "autos". However, we will only pay for the "covered pollution cost or expense" if there is either "bodily injury" or "property damage" to which this insurance applies that is caused by the same "accident".

We have the right and duty to defend any "insured" against a "suit" asking for such damages or a "covered pollution cost or expense". However, we have no duty to defend any "insured" against a "suit" seeking damages for "bodily injury" or "property damage" or a "covered pollution cost or expense" to which this insurance does not apply. We may investigate and settle any claim or "suit" as we consider appropriate. Our duty to defend or settle ends when the Covered Autos Liability Coverage Limit of Insurance has been exhausted by payment of judgments or settlements.

**1. Who Is An Insured**

The following are "insureds":

   a. You for any covered "auto".

   b. Anyone else while using with your permission a covered "auto" you own, hire or borrow except:

      (1) The owner or anyone else from whom you hire or borrow a covered "auto".

 © Insurance Services Office, Inc., 2019

This exception does not apply if the covered "auto" is a "trailer" connected to a covered "auto" you own.

**(2)** Your "employee" if the covered "auto" is owned by that "employee" or a member of his or her household.

**(3)** Someone using a covered "auto" while he or she is working in a business of selling, servicing, repairing, parking or storing "autos" unless that business is yours.

**(4)** Anyone other than your "employees", partners (if you are a partnership), members (if you are a limited liability company) or a lessee or borrower or any of their "employees", while moving property to or from a covered "auto".

**(5)** A partner (if you are a partnership) or a member (if you are a limited liability company) for a covered "auto" owned by him or her or a member of his or her household.

**c.** Anyone liable for the conduct of an "insured" described above but only to the extent of that liability.

**2. Coverage Extensions**

**a. Supplementary Payments**

We will pay for the "insured":

**(1)** All expenses we incur.

**(2)** Up to $2,000 for cost of bail bonds (including bonds for related traffic law violations) required because of an "accident" we cover. We do not have to furnish these bonds.

**(3)** The cost of bonds to release attachments in any "suit" against the "insured" we defend, but only for bond amounts within our Limit of Insurance.

**(4)** All reasonable expenses incurred by the "insured" at our request, including actual loss of earnings up to $250 a day because of time off from work.

**(5)** All court costs taxed against the "insured" in any "suit" against the "insured" we defend. However, these payments do not include attorneys' fees or attorneys' expenses taxed against the "insured".

**(6)** All interest on the full amount of any judgment that accrues after entry of the judgment in any "suit" against the "insured" we defend, but our duty to pay interest ends when we have paid, offered to pay or deposited in court the part of the judgment that is within our Limit of Insurance.

These payments will not reduce the Limit of Insurance.

**b. Out-of-state Coverage Extensions**

While a covered "auto" is away from the state where it is licensed, we will:

**(1)** Increase the Limit of Insurance for Covered Autos Liability Coverage to meet the limits specified by a compulsory or financial responsibility law of the jurisdiction where the covered "auto" is being used. This extension does not apply to the limit or limits specified by any law governing motor carriers of passengers or property.

**(2)** Provide the minimum amounts and types of other coverages, such as no-fault, required of out-of-state vehicles by the jurisdiction where the covered "auto" is being used.

We will not pay anyone more than once for the same elements of loss because of these extensions.

**B. Exclusions**

This insurance does not apply to any of the following:

**1. Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the "insured".

**2. Contractual**

Liability assumed under any contract or agreement.

But this exclusion does not apply to liability for damages:

**a.** Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement; or

© Insurance Services Office, Inc., 2019

**b.** That the "insured" would have in the absence of the contract or agreement.

**3. Workers' Compensation**

Any obligation for which the "insured" or the "insured's" insurer may be held liable under any workers' compensation, disability benefits or unemployment compensation law or any similar law.

**4. Employee Indemnification And Employer's Liability**

"Bodily injury" to:

**a.** An "employee" of the "insured" arising out of and in the course of:

   **(1)** Employment by the "insured"; or

   **(2)** Performing the duties related to the conduct of the "insured's" business; or

**b.** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **a.** above.

This exclusion applies:

   **(1)** Whether the "insured" may be liable as an employer or in any other capacity; and

   **(2)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

But this exclusion does not apply to "bodily injury" to domestic "employees" not entitled to workers' compensation benefits or to liability assumed by the "insured" under an "insured contract". For the purposes of the Coverage Form, a domestic "employee" is a person engaged in household or domestic work performed principally in connection with a residence premises.

**5. Fellow Employee**

"Bodily injury" to:

**a.** Any fellow "employee" of the "insured" arising out of and in the course of the fellow "employee's" employment or while performing duties related to the conduct of your business; or

**b.** The spouse, child, parent, brother or sister of that fellow "employee" as a consequence of Paragraph **a.** above.

**6. Care, Custody Or Control**

"Property damage" to or "covered pollution cost or expense" involving property owned or transported by the "insured" or in the "insured's" care, custody or control. But this exclusion does not apply to liability assumed under a sidetrack agreement.

**7. Handling Of Property**

"Bodily injury" or "property damage" resulting from the handling of property:

**a.** Before it is moved from the place where it is accepted by the "insured" for movement into or onto the covered "auto"; or

**b.** After it is moved from the covered "auto" to the place where it is finally delivered by the "insured".

**8. Movement Of Property By Mechanical Device**

"Bodily injury" or "property damage" resulting from the movement of property by a mechanical device (other than a hand truck) unless the device is attached to the covered "auto".

**9. Operations**

"Bodily injury" or "property damage" arising out of the operation of:

**a.** Any equipment listed in Paragraphs **6.b.** and **6.c.** of the definition of "mobile equipment"; or

**b.** Machinery or equipment that is on, attached to or part of a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

**10. Completed Operations**

"Bodily injury" or "property damage" arising out of your work after that work has been completed or abandoned.

In this exclusion, your work means:

**a.** Work or operations performed by you or on your behalf; and

**b.** Materials, parts or equipment furnished in connection with such work or operations.

Your work includes warranties or representations made at any time with respect to the fitness, quality, durability or performance of any of the items included in Paragraph **a.** or **b.** above.

Your work will be deemed completed at the earliest of the following times:

   **(1)** When all of the work called for in your contract has been completed;

   **(2)** When all of the work to be done at the site has been completed if your contract calls for work at more than one site; or

© Insurance Services Office, Inc., 2019

CA 00 01 11 20

**(3)** When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

**11. Pollution**

"Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**a.** That are, or that are contained in any property that is:

  **(1)** Being transported or towed by, handled or handled for movement into, onto or from the covered "auto";

  **(2)** Otherwise in the course of transit by or on behalf of the "insured"; or

  **(3)** Being stored, disposed of, treated or processed in or upon the covered "auto";

**b.** Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the "insured" for movement into or onto the covered "auto"; or

**c.** After the "pollutants" or any property in which the "pollutants" are contained are moved from the covered "auto" to the place where they are finally delivered, disposed of or abandoned by the "insured".

Paragraph **a.** above does not apply to fuels, lubricants, fluids, exhaust gases or other similar "pollutants" that are needed for or result from the normal electrical, hydraulic or mechanical functioning of the covered "auto" or its parts if:

  **(1)** The "pollutants" escape, seep, migrate or are discharged, dispersed or released directly from an "auto" part designed by its manufacturer to hold, store, receive or dispose of such "pollutants"; and

  **(2)** The "bodily injury", "property damage" or "covered pollution cost or expense" does not arise out of the operation of any equipment listed in Paragraphs **6.b.** and **6.c.** of the definition of "mobile equipment".

Paragraphs **b.** and **c.** above of this exclusion do not apply to "accidents" that occur away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon a covered "auto" if:

  **(a)** The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a covered "auto"; and

  **(b)** The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

**12. War**

"Bodily injury" or "property damage" arising directly or indirectly out of:

**a.** War, including undeclared or civil war;

**b.** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**c.** Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

**13. Racing**

Covered "autos" while used in any professional or organized racing or demolition contest or stunting activity, or while practicing for such contest or activity. This insurance also does not apply while that covered "auto" is being prepared for such a contest or activity.

**14. Unmanned Aircraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance or use of "unmanned aircraft".

**C. Limit Of Insurance**

Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for the total of all damages and "covered pollution cost or expense" combined resulting from any one "accident" is the Limit Of Insurance for Covered Autos Liability Coverage shown in the Declarations.

All "bodily injury", "property damage" and "covered pollution cost or expense" resulting from continuous or repeated exposure to substantially the same conditions will be considered as resulting from one "accident".

No one will be entitled to receive duplicate payments for the same elements of "loss" under this Coverage Form and any Medical Payments Coverage endorsement, Uninsured Motorists Coverage endorsement or Underinsured Motorists Coverage endorsement attached to this Coverage Part.

## SECTION III - PHYSICAL DAMAGE COVERAGE

### A. Coverage

1. We will pay for "loss" to a covered "auto" or its equipment under:

   a. **Comprehensive Coverage**

   From any cause except:

   (1) The covered "auto's" collision with another object; or

   (2) The covered "auto's" overturn.

   b. **Specified Causes Of Loss Coverage**

   Caused by:

   (1) Fire, lightning or explosion;

   (2) Theft;

   (3) Windstorm, hail or earthquake;

   (4) Flood;

   (5) Mischief or vandalism; or

   (6) The sinking, burning, collision or derailment of any conveyance transporting the covered "auto".

   c. **Collision Coverage**

   Caused by:

   (1) The covered "auto's" collision with another object; or

   (2) The covered "auto's" overturn.

2. **Towing And Labor**

   We will pay up to the limit shown in the Declarations for towing and labor costs incurred each time a covered "auto" that is a private passenger type, light truck or medium truck is disabled. However, the labor must be performed at the place of disablement.

3. **Glass Breakage - Hitting A Bird Or Animal - Falling Objects Or Missiles**

   If you carry Comprehensive Coverage for the damaged covered "auto", we will pay for the following under Comprehensive Coverage:

   a. Glass breakage;

   b. "Loss" caused by hitting a bird or animal; and

   c. "Loss" caused by falling objects or missiles.

   However, you have the option of having glass breakage caused by a covered "auto's" collision or overturn considered a "loss" under Collision Coverage.

4. **Coverage Extensions**

   a. **Transportation Expenses**

   We will pay up to $30 per day, to a maximum of $900, for temporary transportation expense incurred by you because of the total theft of a covered "auto" of the private passenger type. We will pay only for those covered "autos" for which you carry either Comprehensive or Specified Causes Of Loss Coverage. We will pay for temporary transportation expenses incurred during the period beginning 48 hours after the theft and ending, regardless of the Policy's expiration, when the covered "auto" is returned to use or we pay for its "loss".

   b. **Loss Of Use Expenses**

   For Hired Auto Physical Damage, we will pay expenses for which an "insured" becomes legally responsible to pay for loss of use of a vehicle rented or hired without a driver under a written rental contract or agreement. We will pay for loss of use expenses if caused by:

   (1) Other than collision only if the Declarations indicates that Comprehensive Coverage is provided for any covered "auto";

   (2) Specified Causes of Loss only if the Declarations indicates that Specified Causes Of Loss Coverage is provided for any covered "auto"; or

© Insurance Services Office, Inc., 2019    CA 00 01 11 20

**(3)** Collision only if the Declarations indicates that Collision Coverage is provided for any covered "auto".

However, the most we will pay for any expenses for loss of use is $30 per day, to a maximum of $900.

## B. Exclusions

**1.** We will not pay for "loss" caused by or resulting from any of the following. Such "loss" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the "loss".

**a. Nuclear Hazard**

**(1)** The explosion of any weapon employing atomic fission or fusion; or

**(2)** Nuclear reaction or radiation, or radioactive contamination, however caused.

**b. War Or Military Action**

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

**2.** We will not pay for "loss" to any covered "auto" while used in any professional or organized racing or demolition contest or stunting activity, or while practicing for such contest or activity. We will also not pay for "loss" to any covered "auto" while that covered "auto" is being prepared for such a contest or activity.

**3.** We will not pay for "loss" due and confined to:

**a.** Wear and tear, freezing, mechanical or electrical breakdown.

**b.** Blowouts, punctures or other road damage to tires.

This exclusion does not apply to such "loss" resulting from the total theft of a covered "auto".

**4.** We will not pay for "loss" to any of the following:

**a.** Tapes, records, discs or other similar audio, visual or data electronic devices designed for use with audio, visual or data electronic equipment.

**b.** Any device designed or used to detect speed-measuring equipment, such as radar or laser detectors, and any jamming apparatus intended to elude or disrupt speed-measuring equipment.

**c.** Any electronic equipment, without regard to whether this equipment is permanently installed, that reproduces, receives or transmits audio, visual or data signals.

**d.** Any accessories used with the electronic equipment described in Paragraph **c.** above.

**5.** Exclusions **4.c.** and **4.d.** do not apply to equipment designed to be operated solely by use of the power from the "auto's" electrical system that, at the time of "loss", is:

**a.** Permanently installed in or upon the covered "auto";

**b.** Removable from a housing unit which is permanently installed in or upon the covered "auto";

**c.** An integral part of the same unit housing any electronic equipment described in Paragraphs **a.** and **b.** above; or

**d.** Necessary for the normal operation of the covered "auto" or the monitoring of the covered "auto's" operating system

**6.** We will not pay for "loss" to a covered "auto" due to "diminution in value".

## C. Limits Of Insurance

**1.** The most we will pay for:

**a.** "Loss" to any one covered "auto" is the lesser of:

**(1)** The actual cash value of the damaged or stolen property as of the time of the "loss"; or

**(2)** The cost of repairing or replacing the damaged or stolen property with other property of like kind and quality.

 © Insurance Services Office, Inc., 2019

**b.** All electronic equipment that reproduces, receives or transmits audio, visual or data signals in any one "loss" is $1,000, if, at the time of "loss", such electronic equipment is

    **(1)** Permanently installed in or upon the covered "auto" in a housing, opening or other location that is not normally used by the "auto" manufacturer for the installation of such equipment;

    **(2)** Removable from a permanently installed housing unit as described in Paragraph **b.(1)** above; or

    **(3)** An integral part of such equipment as described in Paragraphs **b.(1)** and **b.(2)** above.

**2.** An adjustment for depreciation and physical condition will be made in determining actual cash value in the event of a total " loss".

**3.** If a repair or replacement results in better than like kind or quality, we will not pay for the amount of the betterment.

### D. Deductible

For each covered "auto", our obligation to pay for, repair, return or replace damaged or stolen property will be reduced by the applicable deductible shown in the Declarations prior to the application of the Limit Of Insurance, provided that:

**1.** The Comprehensive or Specified Causes Of Loss Coverage deductible applies only to "loss" caused by:

    **a.** Theft or mischief or vandalism; or

    **b.** All perils.

**2.** Regardless of the number of covered "autos" damaged or stolen, the maximum deductible applicable for all "loss" in any one event caused by:

    **a.** Theft or mischief or vandalism; or

    **b.** All perils,

will be equal to five times the highest deductible applicable to any one covered "auto" on the Policy for Comprehensive or Specified Causes Of Loss Coverage. The application of the highest deductible used to calculate the maximum deductible will be made regardless of which covered "autos" were damaged or stolen in the "loss".

## SECTION IV - BUSINESS AUTO CONDITIONS

The following conditions apply in addition to the Common Policy Conditions:

### A. Loss Conditions

**1. Appraisal For Physical Damage Loss**

If you and we disagree on the amount of "loss", either may demand an appraisal of the "loss". In this event, each party will select a competent appraiser. The two appraisers will select a competent and impartial umpire. The appraisers will state separately the actual cash value and amount of "loss". If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

    **a.** Pay its chosen appraiser; and

    **b.** Bear the other expenses of the appraisal and umpire equally.

If we submit to an appraisal, we will still retain our right to deny the claim.

**2. Duties In The Event Of Accident, Claim, Suit Or Loss**

We have no duty to provide coverage under this Policy unless there has been full compliance with the following duties:

    **a.** In the event of "accident", claim, "suit" or "loss", you must give us or our authorized representative prompt notice of the "accident" or "loss". Include:

        **(1)** How, when and where the "accident" or "loss" occurred;

        **(2)** The "insured's" name and address; and

        **(3)** To the extent possible, the names and addresses of any injured persons and witnesses.

    **b.** Additionally, you and any other involved "insured" must:

        **(1)** Assume no obligation, make no payment or incur no expense without our consent, except at the "insured's" own cost.

        **(2)** Immediately send us copies of any request, demand, order, notice, summons or legal paper received concerning the claim or "suit".

 © Insurance Services Office, Inc., 2019 CA 00 01 11 20

(3) Cooperate with us in the investigation or settlement of the claim or defense against the "suit".

(4) Authorize us to obtain medical records or other pertinent information.

(5) Submit to examination, at our expense, by physicians of our choice, as often as we reasonably require.

c. If there is "loss" to a covered "auto" or its equipment, you must also do the following:

(1) Promptly notify the police if the covered "auto" or any of its equipment is stolen.

(2) Take all reasonable steps to protect the covered "auto" from further damage. Also keep a record of your expenses for consideration in the settlement of the claim.

(3) Permit us to inspect the covered "auto" and records proving the "loss" before its repair or disposition.

(4) Agree to examinations under oath at our request and give us a signed statement of your answers.

**3. Legal Action Against Us**

No one may bring a legal action against us under this Coverage Form until:

a. There has been full compliance with all the terms of this Coverage Form; and

b. Under Covered Autos Liability Coverage, we agree in writing that the "insured" has an obligation to pay or until the amount of that obligation has finally been determined by judgment after trial. No one has the right under this Policy to bring us into an action to determine the "insured's" liability.

**4. Loss Payment - Physical Damage Coverages**

At our option, we may:

a. Pay for, repair or replace damaged or stolen property;

b. Return the stolen property, at our expense. We will pay for any damage that results to the "auto" from the theft; or

c. Take all or any part of the damaged or stolen property at an agreed or appraised value.

If we pay for the "loss", our payment will include the applicable sales tax for the damaged or stolen property.

**5. Transfer Of Rights Of Recovery Against Others To Us**

If any person or organization to or for whom we make payment under this Coverage Form has rights to recover damages from another, those rights are transferred to us. That person or organization must do everything necessary to secure our rights and must do nothing after "accident" or "loss" to impair them.

**B. General Conditions**

**1. Bankruptcy**

Bankruptcy or insolvency of the "insured" or the "insured's" estate will not relieve us of any obligations under this Coverage Form.

**2. Concealment, Misrepresentation Or Fraud**

This Coverage Form is void in any case of fraud by you at any time as it relates to this Coverage Form. It is also void if you or any other "insured", at any time, intentionally conceals or misrepresents a material fact concerning:

a. This Coverage Form;

b. The covered "auto";

c. Your interest in the covered "auto"; or

d. A claim under this Coverage Form.

**3. Liberalization**

If we revise this Coverage Form to provide more coverage without additional premium charge, your policy will automatically provide the additional coverage as of the day the revision is effective in your state.

**4. No Benefit To Bailee - Physical Damage Coverages**

We will not recognize any assignment or grant any coverage for the benefit of any person or organization holding, storing or transporting property for a fee regardless of any other provision of this Coverage Form.

**5. Other Insurance**

a. For any covered "auto" you own, this Coverage Form provides primary insurance. For any covered "auto" you don't own, the insurance provided by this Coverage Form is excess over any other collectible insurance. However, while a covered "auto" which is a "trailer" is connected to another vehicle, the Covered Autos Liability Coverage this Coverage Form provides for the "trailer" is:

(1) Excess while it is connected to a motor vehicle you do not own; or

**(2)** Primary while it is connected to a covered "auto" you own.

**b.** For Hired Auto Physical Damage Coverage, any covered "auto" you lease, hire, rent or borrow is deemed to be a covered "auto" you own. However, any "auto" that is leased, hired, rented or borrowed with a driver is not a covered "auto".

**c.** Regardless of the provisions of Paragraph **a.** above, this Coverage Form's Covered Autos Liability Coverage is primary for any liability assumed under an "insured contract".

**d.** When this Coverage Form and any other Coverage Form or policy covers on the same basis, either excess or primary, we will pay only our share. Our share is the proportion that the Limit of Insurance of our Coverage Form bears to the total of the limits of all the Coverage Forms and policies covering on the same basis.

**6. Premium Audit**

**a.** The estimated premium for this Coverage Form is based on the exposures you told us you would have when this Policy began. We will compute the final premium due when we determine your actual exposures. The estimated total premium will be credited against the final premium due and the first Named Insured will be billed for the balance, if any. The due date for the final premium or retrospective premium is the date shown as the due date on the bill. If the estimated total premium exceeds the final premium due, the first Named Insured will get a refund.

**b.** If this Policy is issued for more than one year, the premium for this Coverage Form will be computed annually based on our rates or premiums in effect at the beginning of each year of the Policy.

**7. Policy Period, Coverage Territory**

Under this Coverage Form, we cover "accidents" and "losses" occurring:

**a.** During the policy period shown in the Declarations; and

**b.** Within the coverage territory.

The coverage territory is:

**(1)** The United States of America;

**(2)** The territories and possessions of the United States of America;

**(3)** Puerto Rico;

**(4)** Canada; and

**(5)** Anywhere else in the world if a covered "auto" of the private passenger type is leased, hired, rented or borrowed without a driver for a period of 30 days or less,

provided that the "insured's" responsibility to pay damages is determined in a "suit" on the merits, in the United States of America, the territories and possessions of the United States of America, Puerto Rico or Canada, or in a settlement we agree to.

We also cover "loss" to, or "accidents" involving, a covered "auto" while being transported between any of these places.

**8. Two Or More Coverage Forms Or Policies Issued By Us**

If this Coverage Form and any other Coverage Form or policy issued to you by us or any company affiliated with us applies to the same "accident", the aggregate maximum Limit of Insurance under all the Coverage Forms or policies shall not exceed the highest applicable Limit of Insurance under any one Coverage Form or policy. This condition does not apply to any Coverage Form or policy issued by us or an affiliated company specifically to apply as excess insurance over this Coverage Form.

**SECTION V - DEFINITIONS**

**A.** "Accident" includes continuous or repeated exposure to the same conditions resulting in "bodily injury" or "property damage".

**B.** "Auto" means:

**1.** A land motor vehicle, "trailer" or semitrailer designed for travel on public roads; or

**2.** Any other land vehicle that is subject to a compulsory or financial responsibilty law or other motor vehicle insurance law where it is licensed or principally garaged.

However, "auto" does not include "mobile equipment".

**C.** "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these.

**D.** "Covered pollution cost or expense" means any cost or expense arising out of:

**1.** Any request, demand, order or statutory or regulatory requirement that any "insured" or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants"; or

© Insurance Services Office, Inc., 2019

**2.** Any claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

"Covered pollution cost or expense" does not include any cost or expense arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**a.** That are, or that are contained in any property that is:

**(1)** Being transported or towed by, handled or handled for movement into, onto or from the covered "auto";

**(2)** Otherwise in the course of transit by or on behalf of the "insured"; or

**(3)** Being stored, disposed of, treated or processed in or upon the covered "auto";

**b.** Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the "insured" for movement into or onto the covered "auto"; or

**c.** After the "pollutants" or any property in which the "pollutants" are contained are moved from the covered "auto" to the place where they are finally delivered, disposed of or abandoned by the "insured".

Paragraph **a.** above does not apply to fuels, lubricants, fluids, exhaust gases or other similar "pollutants" that are needed for or result from the normal electrical, hydraulic or mechanical functioning of the covered "auto" or its parts, if:

**(1)** The "pollutants" escape, seep, migrate or are discharged, dispersed or released directly from an "auto" part designed by its manufacturer to hold, store, receive or dispose of such "pollutants"; and

**(2)** The "bodily injury", "property damage" or "covered pollution cost or expense" does not arise out of the operation of any equipment listed in Paragraph **6.b.** or **6.c.** of the definition of "mobile equipment".

Paragraphs **b.** and **c.** above do not apply to "accidents" that occur away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon a covered "auto" if:

**(a)** The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a covered "auto", and

**(b)** The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

**E.** "Diminution in value" means the actual or perceived loss in market value or resale value which results from a direct and accidental "loss".

**F.** "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**G.** "Insured" means any person or organization qualifying as an insured in the Who Is An Insured provision of the applicable coverage. Except with respect to the Limit of Insurance, the coverage afforded applies separately to each insured who is seeking coverage or against whom a claim or "suit" is brought.

**H.** "Insured contract" means:

**1.** A lease of premises;

**2.** A sidetrack agreement;

**3.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

**4.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

**5.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another to pay for "bodily injury" or "property damage" to a third party or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement; or

6. That part of any contract or agreement entered into, as part of your business, pertaining to the rental or lease, by you or any of your "employees", of any "auto". However, such contract or agreement shall not be considered an "insured contract" to the extent that it obligates you or any of your "employees" to pay for "property damage" to any "auto" rented or leased by you or any of your "employees".

An "insured contract" does not include that part of any contract or agreement:

a. That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, roadbeds, tunnel, underpass or crossing;

b. That pertains to the loan, lease or rental of an "auto" to you or any of your "employees", if the "auto" is loaned, leased or rented with a driver; or

c. That holds a person or organization engaged in the business of transporting property by "auto" for hire harmless for your use of a covered "auto" over a route or territory that person or organization is authorized to serve by public authority.

I. "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

J. "Loss" means direct and accidental loss or damage.

K. "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

1. Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

2. Vehicles maintained for use solely on or next to premises you own or rent;

3. Vehicles that travel on crawler treads;

4. Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

a. Power cranes, shovels, loaders, diggers or drills; or

b. Road construction or resurfacing equipment such as graders, scrapers or rollers;

5. Vehicles not described in Paragraph 1., 2., 3. or 4. above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

a. Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well-servicing equipment; or

b. Cherry pickers and similar devices used to raise or lower workers; or

6. Vehicles not described in Paragraph 1., 2., 3. or 4. above maintained primarily for purposes other than the transportation of persons or cargo. However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

a. Equipment designed primarily for:

(1) Snow removal;

(2) Road maintenance, but not construction or resurfacing; or

(3) Street cleaning;

b. Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

c. Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting or well-servicing equipment.

However, "mobile equipment" does not include land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

L. "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

M. "Property damage" means damage to or loss of use of tangible property.

N. "Suit" means a civil proceeding in which:

1. Damages because of "bodily injury" or "property damage"; or

2. A "covered pollution cost or expense",

to which this insurance applies, are alleged.

© Insurance Services Office, Inc., 2019    CA 00 01 11 20

"Suit" includes:

    **a.** An arbitration proceeding in which such damages or "covered pollution costs or expenses" are claimed and to which the "insured" must submit or does submit with our consent; or

    **b.** Any other alternative dispute resolution proceeding in which such damages or "covered pollution costs or expenses" are claimed and to which the insured submits with our consent.

**O.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**P.** "Trailer" includes semitrailer.

**Q.** "Unmanned aircraft" means an aircraft that is not:

    **1.** Designed;

    **2.** Manufactured; or

    **3.** Modified after manufacture

to be controlled directly by a person from within or on the aircraft.

 © Insurance Services Office, Inc., 2019

COMMERCIAL AUTO
CA 01 32 10 13

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# OKLAHOMA CHANGES

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A. Changes In Covered Autos Liability Coverage**

1. Paragraph **C. Limit Of Insurance** in the Business Auto and Motor Carrier Coverage Forms and Paragraph **D.5. Limit Of Insurance - Covered Autos Liability** in the Auto Dealers Coverage Form are changed by adding the following:

   Covered Autos Liability Coverage is provided in this Coverage Part in accordance with coverage required by the Compulsory Insurance Law of Oklahoma.

2. Paragraph **2.b.(4)** of the **Who Is An Insured** provision of the Auto Dealers Coverage Form does not apply.

**B. Changes In Conditions**

1. Paragraph **c.(2)** of the **Duties In The Event Of Accident, Claim, Suit Or Loss** Condition in the Business Auto and Motor Carrier Coverage Forms and Paragraph **c.(2)** of the **Duties In The Event Of Accident, Claim, Offense, Suit, Loss Or Acts, Errors Or Omissions** Condition in the Auto Dealers Coverage Form are replaced by the following:

   **(2)** Take all reasonable steps, at our expense, to protect the covered "auto" from further damage. Also, keep a record of your expenses for consideration in the settlement of the claim.

2. The **Other Insurance** Condition in the Auto Dealers and Business Auto Coverage Forms and the **Other Insurance - Primary And Excess Insurance Provisions** Condition in the Motor Carrier Coverage Form are changed by adding the following:

   When two policies providing liability coverage apply to an "auto" and:

   **a.** One provides coverage to a named insured who is an authorized motor vehicle dealer, and

   **b.** The other provides coverage to a person not engaged in that business; and

   **c.** At the time of an "accident" a person described in **b.** is operating the "auto", then that person's liability insurance is primary and the dealer's liability insurance is excess over any insurance available to that person, provided:

   **(1)** The person is operating the "auto" with the permission of the dealer;

   **(2)** The change in financial responsibility is evidenced by a release signed by the person operating the "auto"; and

   **(3)** No fee or lease charge has been made by the dealer for the use of the "auto".

© Insurance Services Office, Inc., 2012

COMMERCIAL AUTO
CA 23 86 10 13

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# EXCLUSION OF TERRORISM ABOVE MINIMUM STATUTORY LIMITS

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
SINGLE INTEREST AUTOMOBILE PHYSICAL DAMAGE INSURANCE POLICY

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

A. The following definitions are added and apply under this endorsement wherever the term terrorism, or the phrase any injury, damage, loss or expense, is enclosed in quotation marks:

1. "Terrorism" means activities against persons, organizations or property of any nature:

   a. That involve the following or preparation for the following:

      (1) Use or threat of force or violence; or

      (2) Commission or threat of a dangerous act; or

      (3) Commission or threat of an act that interferes with or disrupts an electronic, communication, information or mechanical system; and

   b. When one or both of the following apply:

      (1) The effect is to intimidate or coerce a government or the civilian population or any segment thereof, or to disrupt any segment of the economy; or

      (2) It appears that the intent is to intimidate or coerce a government, or to further political, ideological, religious, social or economic objectives or to express (or express opposition to) a philosophy or ideology.

2. "Any injury, damage, loss or expense" means any injury, damage, loss or expense covered under any Coverage Form or Policy to which this endorsement is applicable, and includes but is not limited to "bodily injury", "property damage", "personal and advertising injury", "loss", loss of use, rental reimbursement after "loss" or "covered pollution cost or expense", as may be defined under this Coverage Form, Policy or any applicable endorsement.

B. Except with respect to Physical Damage Coverage, Trailer Interchange Coverage, Garagekeepers Coverage, Garagekeepers Coverage - Customers' Sound Receiving Equipment or the Single Interest Automobile Physical Damage Insurance Policy, the following exclusion is added:

**Exclusion Of Terrorism**

We will not pay for "any injury, damage, loss or expense" caused directly or indirectly by "terrorism", including action in hindering or defending against an actual or expected incident of "terrorism". "Any injury, damage, loss or expense" is excluded, regardless of any other cause or event that contributes concurrently or in any sequence to such injury, damage, loss or expense. **But this exclusion applies only when one or more of the following are attributed to an incident of "terrorism":**

1. The "terrorism" is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or

2. Radioactive material is released, and it appears that one purpose of the "terrorism" was to release such material; or

3. The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

4. Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials; or

5. The total of insured damage to all types of property exceeds $25,000,000. In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the "terrorism" and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions; or

6. Fifty or more persons sustain death or serious physical injury. For the purposes of this provision, serious physical injury means:

   a. Physical injury that involves a substantial risk of death; or

   b. Protracted and obvious physical disfigurement; or

   c. Protracted loss of or impairment of the function of a bodily member or organ.

Multiple incidents of "terrorism" which occur within a 72-hour period and appear to be carried out in concert or to have a related purpose or common leadership will be deemed to be one incident, for the purpose of determining whether the thresholds in Paragraphs **B.5.** and **B.6.** are exceeded.

With respect to this exclusion, Paragraphs **B.5.** and **B.6.** describe the thresholds used to measure the magnitude of an incident of "terrorism" and the circumstances in which the threshold will apply, for the purpose of determining whether this exclusion will apply to that incident. When the exclusion applies to an incident of "terrorism", there is no coverage under this Coverage Form, Policy or any applicable endorsement.

However, with respect to Covered Autos Liability Coverage and Personal Injury Protection Coverage, if applicable, this exclusion applies only to the extent that the limit of such coverage exceeds the state compulsory or financial responsibility law minimum limits for each coverage.

With respect to Uninsured and/or Underinsured Motorists Coverage, if applicable, this exclusion applies only to the extent that the limit of such coverage exceeds the minimum statutory permitted limits for Uninsured and/or Underinsured Motorists Coverage. Those limits are equal to the minimum limit permitted for Covered Autos Liability Coverage.

C. With respect to Physical Damage Coverage, Trailer Interchange Coverage, Garagekeepers Coverage, Garagekeepers Coverage - Customers' Sound Receiving Equipment or the Single Interest Automobile Physical Damage Insurance Policy, the following exclusion is added:

**Exclusion Of Terrorism**

We will not pay for any "loss", loss of use or rental reimbursement after "loss" caused directly or indirectly by "terrorism", including action in hindering or defending against an actual or expected incident of "terrorism". **But this exclusion applies only when one or more of the following are attributed to an incident of "terrorism":**

1. The "terrorism" is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or

2. Radioactive material is released, and it appears that one purpose of the "terrorism" was to release such material; or

3. The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

4. Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials; or

5. The total of insured damage to all types of property exceeds $25,000,000. In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the "terrorism" and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions.

© Insurance Services Office, Inc., 2013  CA 23 86 10 13

Multiple incidents of "terrorism" which occur within a 72-hour period and appear to be carried out in concert or to have a related purpose or common leadership will be deemed to be one incident, for the purpose of determining whether the threshold in Paragraph **C.5.** is exceeded.

With respect to this exclusion, Paragraph **C.5.** describes the threshold used to measure the magnitude of an incident of "terrorism" and the circumstances in which the threshold will apply, for the purpose of determining whether this exclusion will apply to that incident. When the exclusion applies to an incident of "terrorism", there is no coverage under this Coverage Form, Policy or any applicable endorsement.

**D.** In the event of any incident of "terrorism" that is not subject to the exclusion in Paragraph **B.** or **C.,** coverage does not apply to "any injury, damage, loss or expense" that is otherwise excluded under this Coverage Form, Policy or any applicable endorsement.

COMMERCIAL AUTO
CA 23 94 10 13

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# SILICA OR SILICA-RELATED DUST EXCLUSION FOR COVERED AUTOS EXPOSURE

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A.** The following exclusion is added to **Covered Autos Liability Coverage:**

**Silica Or Silica-related Dust Exclusion For Covered Autos Exposure**

This insurance does not apply to:

1. "Bodily injury" arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, or ingestion of, "silica" or "silica-related dust".

2. "Property damage" arising, in whole or in part, out of the actual, alleged, threatened or suspected contact with, exposure to, existence of, or presence of, "silica" or "silica-related dust".

3. Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, "silica" or "silica-related dust", by any "insured" or by any other person or entity.

**B. Additional Definitions**

As used in this endorsement:

1. "Silica" means silicon dioxide (occurring in crystalline, amorphous and impure forms), silica particles, silica dust or silica compounds.

2. "Silica-related dust" means a mixture or combination of silica and other dust or particles.

CA 23 94 10 13 © Insurance Services Office, Inc., 2011 Page 1 of 1

COMMERCIAL AUTO
CA 99 03 10 13

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# AUTO MEDICAL PAYMENTS COVERAGE

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A. Coverage**

We will pay reasonable expenses incurred for necessary medical and funeral services to or for an "insured" who sustains "bodily injury" caused by "accident". We will pay only those expenses incurred, for services rendered within three years from the date of the "accident".

**B. Who Is An Insured**

1. You while "occupying" or, while a pedestrian, when struck by any "auto".

2. If you are an individual, any "family member" while "occupying" or, while a pedestrian, when struck by any "auto".

3. Anyone else "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, loss or destruction.

**C. Exclusions**

This insurance does not apply to any of the following:

1. "Bodily injury" sustained by an "insured" while "occupying" a vehicle located for use as a premises.

2. "Bodily injury" sustained by you or any "family member" while "occupying" or struck by any vehicle (other than a covered "auto") owned by you or furnished or available for your regular use.

3. "Bodily injury" sustained by any "family member" while "occupying" or struck by any vehicle (other than a covered "auto") owned by or furnished or available for the regular use of any "family member".

4. "Bodily injury" to your "employee" arising out of and in the course of employment by you. However, we will cover "bodily injury" to your domestic "employees" if not entitled to workers' compensation benefits. For the purposes of this endorsement, a domestic "employee" is a person engaged in household or domestic work performed principally in connection with a residence premises.

5. "Bodily injury" to an "insured" while working in a business of selling, servicing, repairing or parking "autos" unless that business is yours.

6. "Bodily injury" arising directly or indirectly out of:

   a. War, including undeclared or civil war;

   b. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

   c. Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

CA 99 03 10 13                    © Insurance Services Office, Inc., 2011                    **Page 1 of 2**

7. "Bodily injury" to anyone using a vehicle without a reasonable belief that the person is entitled to do so.

8. "Bodily Injury" sustained by an "insured" while "occupying" any covered "auto" while used in any professional racing or demolition contest or stunting activity, or while practicing for such contest or activity. This insurance also does not apply to any "bodily injury" sustained by an "insured" while the "auto" is being prepared for such a contest or activity.

## D. Limit Of Insurance

Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for "bodily injury" for each "insured" injured in any one "accident" is the Limit Of Insurance for Auto Medical Payments Coverage shown in the Declarations.

No one will be entitled to receive duplicate payments for the same elements of "loss" under this coverage and any Liability Coverage Form, Uninsured Motorists Coverage Endorsement or Underinsured Motorists Coverage Endorsement attached to this Coverage Part.

## E. Changes In Conditions

The **Conditions** are changed for **Auto Medical Payments Coverage** as follows:

1. The **Transfer Of Rights Of Recovery Against Others To Us** Condition does not apply.

2. The reference in **Other Insurance** in the Auto Dealers and Business Auto Coverage Forms and **Other Insurance - Primary And Excess Insurance Provisions** in the Motor Carrier Coverage Form to "other collectible insurance" applies only to other collectible auto medical payments insurance.

## F. Additional Definitions

As used in this endorsement:

1. "Family member" means a person related to you by blood, marriage or adoption who is a resident of your household, including a ward or foster child.

2. "Occupying" means in, upon, getting in, on, out or off.

© Insurance Services Office, Inc., 2011    CA 99 03 10 13

POLICY NUMBER: MP29540335

COMMERCIAL AUTO
CA 99 28 11 20

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# STATED AMOUNT INSURANCE

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the Policy effective on the inception date of the Policy unless another date is indicated below.

| |
|---|
| Named Insured: C & M CONTRACTORS, LLC |
| Endorsement Effective Date:   01/01/2024 |

### SCHEDULE

The insurance provided by this endorsement is reduced by the following deductible(s):

| Vehicle Number | Coverage | Limit Of Insurance And Deductible | | Premium |
|---|---|---|---|---|
| SEE SCHEDULE OF COVERED AUTOS | | $  Limit Of Insurance | | $ |
| | | $  Deductible | | |
| | | $  Limit Of Insurance | | $ |
| | | $  Deductible | | |
| | | $  Limit Of Insurance | | $ |
| | | $  Deductible | | |
| | | Total Premium | $ | |

**NOTE:**

The amount shown in the Schedule or in the Declarations is not necessarily the amount you will receive at the time of "loss" for the described property. Please refer to the Limits Of Insurance and Deductible provisions which follow.

| Designation Or Description Of Covered "Autos" | | |
|---|---|---|
| Vehicle Number | Model Year | Trade Name And Model |
| THIS ENDORSEMENT APPLIES ONLY TO VEHICLES IN THE SCHEDULE SHOWN WITH "ACTUAL COST" | | |
| | | |
| | | |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | |

    © Insurance Services Office, Inc., 2019

A. This endorsement provides only those coverages where a premium is shown in the Schedule. Each of these coverages applies only to the vehicles shown as covered "autos".

B. For a covered "auto" described in the Schedule, **Physical Damage Coverage** is amended as follows:

    **1.** The **Limits Of Insurance** provision is replaced by the following:

    **Limits Of Insurance**

       **a.** The most we will pay for any one "loss" to any one covered "auto" is the least of the following amounts:

          **(1)** The actual cash value of the damaged or stolen property as of the time of the "loss";

          **(2)** The cost of repairing or replacing the damaged or stolen property with property of like kind and quality; or

          **(3)** The Limit Of Insurance shown in the Schedule.

       **b.** An adjustment for depreciation and physical condition will be made in determining actual cash value in the event of a total "loss".

       **c.** If a repair or replacement results in better than like kind or quality, we will not pay for the amount of the betterment.

    **2.** The **Deductible** provision is replaced by the following:

    **Deductible**

    For each covered "auto", our obligation to pay.

       **a.** The actual cash value of the damaged or stolen property as of the time of the "loss" will be reduced by the applicable deductible shown in the Schedule;

       **b.** The cost of repairing or replacing the damaged or stolen property with property of like kind and quality will be reduced by the applicable deductible shown in the Schedule; or

       **c.** The damages for "loss" that would otherwise be payable will be reduced by the applicable deductible shown in the Schedule prior to the application of the Limit Of Insurance shown in the Schedule,

    provided that:

       **(1)** Any Comprehensive or Specified Causes Of Loss Coverage Deductible shown in the Schedule applies only to "loss" caused by:

          **(a)** Theft or mischief or vandalism; or

          **(b)** All perils.

       **(2)** Regardless of the number of covered "autos" damaged or stolen, the maximum deductible applicable for all "loss" in any one event caused by:

          **(a)** Theft or mischief or vandalism; or

          **(b)** All perils,

          will be equal to five times the highest deductible applicable to any one covered "auto" on the Policy for Comprehensive or Specified Causes Of Loss Coverage. The application of the highest deductible used to calculate the maximum deductible will be made regardless of which covered "autos" were damaged or stolen in the "loss".

 © Insurance Services Office, Inc., 2019 CA 99 28 11 20

POLICY NUMBER: MP29540335                                    COMMERCIAL AUTO
                                                                                NA CA 11 07 20

# NATIONAL AMERICAN INSURANCE COMPANY

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# COMMUNICABLE DISEASE EXCLUSION

This endorsement modifies insurance provided under the following:

    BUSINESS AUTO COVERAGE FORM
    MOTOR CARRIER COVERAGE FORM

The following is added to Paragraph **B. Exclusions** of
**Section II - Covered Autos Liability Coverage:**

This insurance does not apply to any of the following:

**Communicable Disease**

"Bodily injury" or "property damage" arising out of the actual or alleged transmission of a communicable disease.

This exclusion applies even if the claims against any "insured" allege negligence or other wrongdoing in the:

**(1)** Supervising, hiring, employing, training or monitoring of others that may be infected with and spread a communicable disease;

**(2)** Testing for a communicable disease;

**(3)** Failure to prevent the spread of the disease; or

**(4)** Failure to report the disease to authorities.

NA CA 11 07 20            Includes Copyrighted Material of Insurance Services Office, Inc.,            Page 1 of 1
                                              with its permission.

POLICY NUMBER: MP29540335

COMMERCIAL AUTO
NA CA 12 11 20

# NATIONAL AMERICAN INSURANCE COMPANY

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# CYBER INCIDENT EXCLUSION

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

Notwithstanding any provision to the contrary within the policy or any endorsement thereto, we will not pay for "bodily injury", "property damage", "covered pollution cost or expense" or "loss" caused directly or indirectly by the following. Such "bodily injury", "property damage", "covered pollution cost or expense" or "loss" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the "bodily injury", "property damage", "covered pollution cost or expense" or "loss".

**Cyber Incident**

1. Unauthorized access to or use of any computer system (including electronic data);

2. Malicious code, virus or any other harmful code that is directed at, enacted upon or introduced into any computer system (including electronic data) and is designed to access, alter, corrupt, damage, delete, destroy, disrupt, encrypt, exploit, use or prevent or restrict access to or the use of any part of any computer system (including electronic data) or otherwise disrupt its normal functioning or operation;

3. Denial of service attack which disrupts, prevents or restricts access to or use of any computer system, or otherwise disrupts its normal functioning or operation; or

4. Transfer, payment, or delivery of money or any form of currency, including virtual currency, in response to a fraudulent instruction or demand.

NA CA 12 11 20

Page 1 of 1

POLICY NUMBER: **MP29540335**

<div align="right">

**COMMERCIAL AUTO**
**NA-5 (Ed. 6/2015)**
ENDORSEMENT NO.:___

</div>

# NATIONAL AMERICAN INSURANCE COMPANY

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# DRIVER EXCLUSION

This endorsement modifies insurance provided under the following:
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
AUTO DEALERS COVERAGE FORM

This endorsement changes the policy effective on the inception date of the policy or as of the date indicated below.

| |
|---|
| **Named Insured:**  **C & M CONTRACTORS, LLC** |
| **Endorsement Effective Date:**  **01/01/24** |

It is agreed that the insurance afforded by the policy, except protection against Uninsured Motorists coverage if afforded, shall not apply, nor will we provide a legal defense, with respect to any claim arising from accidents which occur while any automobile is being operated by:

<div align="center">

**JAMES ICENOGLE**

Name of Excluded Driver

</div>

Provided, however, if and to the extent state or federal law requires that we have any legal obligation to any person or entity with respect to any such accidents because of applicable minimum financial responsibility requirements, or for any other reason, our obligation shall not exceed applicable minimum financial responsibility requirements, and you agree to reimburse us for any loss or expenses we incur arising from or resulting from any such accident.

**SIGNED AND ACCEPTED:**

_____
Named Insured (Principal Only)

_____
Type or Print Name & Title

_____
Witness

_____
Date

**NA-5 (Ed. 6/2015)**

# NATIONAL AMERICAN INSURANCE COMPANY

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# OKLAHOMA UNINSURED MOTORISTS COVERAGE NON-STACKED

For a covered "auto" licensed or principally garaged in, or "auto dealer operations" conducted in, Oklahoma, this endorsement modifies insurance provided under the following:

**BUSINESS AUTO COVERAGE FORM**
**AUTO DEALERS COVERAGE FORM**
**OKLAHOMA SCHOOL INSURANCE POLICY**
**MOTOR CARRIER COVERAGE FORM**

### SCHEDULE

| | | |
|---|---|---|
| "Bodily Injury" | $ | Each person |
| | $ | Each "Accident" |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

### A. COVERAGE

1. We will pay, in accordance with Title 36, Oklahoma Statutes, all sums the "insured" is legally entitled to recover as compensatory damages from the owner or driver of an "uninsured motor vehicle". The damages must result from "bodily injury" sustained by the "insured" caused by an "accident". The owner's or driver's liability for these damages must result from the ownership, maintenance or use of the "uninsured motor vehicle".

2. No judgment for damages arising out of a "suit" brought against the owner or operator of an "uninsured motor vehicle" is binding on us unless we:

   a. Received reasonable notice of the pendency of the "suit" resulting in the judgment; and

   b. Had a reasonable opportunity to protect our interests in the "suit".

### B. WHO IS AN INSURED

1. You.

2. If you are an individual, any "family member".

3. Anyone else "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

4. Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

5. The following are not insureds:

   a. Any person other than a named insured individual "occupying" a covered "auto" who owns a motor vehicle subject to the security requirements of the Oklahoma Financial Responsibility Law or financial security under the law of any other state.

### C. EXCLUSIONS

This insurance does not apply to:

1. Any claim settled or judgment reached without our consent, unless our right to recover has not been prejudiced by such settlement or judgment.

2. The direct or indirect benefit of any insurer or self-insurer under any workers' compensation, disability benefits or similar law.

3. Anyone using a vehicle without a reasonable belief that the person is entitled to do so.

4. Punitive or exemplary damages.

5. "Bodily injury" sustained by any person who is a "family member".

6. "Bodily injury" sustained by anyone other than a named insured individual "occupying" a covered "auto" (including without limitation your employees, independent contractors, or any permissive user or occupant) who owns a motor vehicle subject to the security required by the Oklahoma Financial Responsibility Law or financial security under the law of any other state.

## D. LIMIT OF INSURANCE

1. Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the limit of insurance is as follows:

   a. The most we will pay for all damages resulting from "bodily injury" to any one person caused by any one "accident", including all damages claimed by any person or organization for care, loss of services or death resulting from the "bodily injury" shown in the Schedule for each person.

   b. Subject to the limit for each person, the most we will pay for all damages resulting from "bodily injury" caused by any one "accident" is the limit of "Bodily Injury" shown in the Schedule for each "accident".

   However, no "insured" will be entitled to receive duplicate payments for the elements of loss. In no event shall an amount be paid or payable under this insurance for "bodily injury" to any one person in addition to any uninsured motorists coverage applicable to one or more motor vehicles owned by any such person or for which such person is entitled to uninsured motorists coverage under any other policy or policies.

2. Any amount payable for damages under this coverage shall be reduced by all sums paid by or for anyone who is legally responsible. This includes all sums paid for the same damages under this Coverage Form's LIABILITY COVERAGE. This also includes all sums paid for an "insured's" attorney either directly or as part of the amount paid to the "insured".

3. Any amount paid under this coverage will reduce any amount an "insured" may be paid for the same damages under this Coverage Form's LIABILITY COVERAGE.

## E. CHANGES IN CONDITION

The CONDITIONS are changed for UNINSURED MOTORISTS' COVERAGE NON-STACKED as follows:

1. The reference in OTHER INSURANCE to "other collectible insurance" applies only to other collectible uninsured motorists coverage.

2. DUTIES IN THE EVENT OF ACCIDENT, CLAIM, SUIT OR LOSS is changed by adding the following:

   a. If a hit and run driver is involved, the police must be notified within 24 hours after an accident and we must be notified promptly; and

   b. Promptly send us copies of the legal papers if a "suit" is brought.

   c. A person seeking uninsured motorists coverage must also notify us, in writing, of a tentative settlement between the "insured" and the insurer of an "uninsured motor vehicle", and allow us 60 days to advance payment in an amount equal to the tentative settlement to preserve our rights against the insurer, owner or operator of such "uninsured motor vehicle". This notice must be sent by certified mail, and must include:

      (1) written documentation of economic losses,

      (2) copies of all medical bills; and

      (3) written authorization or a court order allowing us to obtain reports from any employers and medical providers.

3. TRANSFER OF RIGHTS OR RECOVERY AGAINST OTHERS TO US is changed by adding the following:

   If we make any payment and the "insured" recovers from another party, the "insured" shall hold the proceeds in trust for us and pay us back the amount we have paid.

   Our rights do not apply under this provision with regard to uninsured motorists coverage if we:

   a. Have been given written notice of a tentative settlement between an "insured" and the insurer of an "uninsured motor vehicle"; and

   b. Fail to advance payment to the "insured" in an amount equal to the tentative settlement within 60 days after receipt of notification.

   If we advance payment to the "insured" in an amount equal to the tentative settlement within 60 days after receipt of notification:

   a. That payment will be separate from any amount an "insured" is entitled to recover under the provisions of uninsured motorists coverage; and

   b. We also have the right to recover the advanced payment.

## F. ADDITIONAL DEFINITIONS

The following are added to the DEFINITIONS section:

1. "Family member" means a person related to you by blood, marriage or adoption who is a resident

of your household, including a ward or foster child.

2. "Occupying" means in, upon, getting in, on, out or off.

3. "Uninsured motor vehicle" means a land motor vehicle or trailer:

   a. For which no liability bond or policy at the time of an "accident" provides at least the amounts required by the applicable law where a covered "auto" is principally garaged;

   b. That is an underinsured motor vehicle. An underinsured motor vehicle is a motor vehicle or trailer for which there is a liability bond or policy at the time of an "accident", the liability limits of which are less than the amount of the claim of the person or persons making such claim, regardless of the amount of coverage of either of the parties in relation to each other;

   c. For which an insuring or bonding company denies coverage or is or becomes insolvent; or

   d. That is a hit and run vehicle and neither the driver nor owner can be identified.

However, "uninsured motor vehicle" does not include any vehicle:

   a. Owned or operated by a self-insurer under any applicable motor vehicle law, except a self-insurer who is or becomes insolvent and cannot provide the amounts required by that motor vehicle law; or

   b. Designed for use mainly off public roads while not on public roads; or

   c. Owned by a governmental unit or agency.

   d. That is a "covered auto" owned or driven by an employer, employee, or co-employee of the "insured" while the "insured" is operating or occupying a "covered auto".

IL 00 17 11 98

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

## A. Cancellation

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is canceled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

## B. Changes

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of the policy with our consent. This policy s terms can be amended or waived only by endorsement issued by us and made a part of this policy.

## C. Examination Of Your Books And Records

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

## D. Inspections And Surveys

1. We have the right to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and

   c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health and safety of workers or the public. And we do not warrant that conditions:

   a. Are safe or healthful; or

   b. Comply with laws, regulations, codes or standards.

3. Paragraphs 1. and 2. of this condition apply not only to us, but also to any rating, advisory rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph 2. of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

## E. Premiums

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

## F. Transfer Of Your Rights And Duties Under This Policy

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

IL 00 17 11 98          Copyright, Insurance Services Office, Inc., 1998          Page 1 of 1

IL 00 21 09 08

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT
### (Broad Form)

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

1. The insurance does not apply:

   A. Under any Liability Coverage, to "bodily injury" or "property damage":

      (1) With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

      (2) Resulting from the "hazardous properties" of "nuclear material" and with respect to which (a) any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or (b) the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

   B. Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

   C. Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

      (1) The "nuclear material" (a) is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or (b) has been discharged or dispersed therefrom;

      (2) The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

      (3) The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion (3) applies only to "property damage" to such "nuclear facility" and any property thereat.

2. As used in this endorsement:

   "Hazardous properties" includes radioactive, toxic or explosive properties.

   "Nuclear material" means "source material", "special nuclear material" or "by-product material".

© ISO Properties, Inc., 2007                   □

"Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

"Waste" means any waste material (a) containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and (b) resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

(a) Any "nuclear reactor";

(b) Any equipment or device designed or used for (1) separating the isotopes of uranium or plutonium, (2) processing or utilizing "spent fuel", or (3) handling, processing or packaging "waste";

(c) Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

(d) Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

    © ISO Properties, Inc., 2007    IL 00 21 09 08    □

INTERLINE
IL 01 77 10 10

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# OKLAHOMA CHANGES  - CONCEALMENT, MISREPRESENTATION OR FRAUD

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART - FARM PROPERTY - OTHER FARM PROVISIONS FORM -  ADDITIONAL COVERAGES, CONDITIONS, DEFINITIONS
FARM COVERAGE PART - LIVESTOCK COVERAGE FORM
FARM COVERAGE PART - MOBILE AGRICULTURAL MACHINERY AND EQUIPMENT COVERAGE FORM
STANDARD PROPERTY POLICY

**A.** When this endorsement is attached to the **Standard Property Policy CP 00 99,** the term Coverage Part in this endorsement is replaced by the term Policy.

**B.** The **Concealment, Misrepresentation Or Fraud** condition is replaced by the following:

Except as provided in Paragraphs **C.** and **D.,** we do not provide coverage in any case of fraud by you as it relates to this Coverage Part at any time. We also do not provide coverage if you or any other insured ("insured"), at any time, intentionally conceal or misrepresent a material fact concerning:

1. This Coverage Part;

2. The Covered Property;

3. Your interest in the Covered Property; or

4. A claim under this Coverage Part.

**C.** The **Concealment, Misrepresentation Or Fraud** condition in the Commercial Auto Coverage Part is replaced by the following:

We do not provide coverage in any case of fraud by you at any time as it relates to this Coverage Part. We also do not provide coverage if you or any other "insured", at any time, intentionally conceal or misrepresent a material fact concerning:

1. This Coverage Part;

2. The covered "auto";

3. Your interest in the covered "auto"; or

4. A claim under this Coverage Part.

However, this provision does not apply, but only up to the compulsory or financial responsibility limits required by Oklahoma law, if an "accident" results in a third party liability claim against the "insured" under this Coverage Part.

**D.** Under the Kidnap/Ransom And Extortion Coverage Form, the **Concealment, Misrepresentation Or Fraud** condition is replaced by the following:

We do not provide coverage in any case of fraud by you as it relates to this insurance at any time. We also do not provide coverage if you or any other insured, at any time, intentionally conceal or misrepresent a material fact concerning:

1. This insurance;

2. A person insured under this insurance;

3. The "property" covered under this insurance;

4. Your interest in the "property" covered under this insurance; or

5. A claim under this insurance.

IL 01 77 10 10                © Insurance Services Office, Inc., 2010                **Page 1 of 1**        ☐

**IL 01 79 10 02**

# OKLAHOMA NOTICE

The following statement is added to the policy:

**WARNING:**

Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy, containing any false, incomplete or misleading information, is guilty of a felony.

IL 02 36 09 07

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# OKLAHOMA CHANGES - CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL LIABILITY UMBRELLA COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
FARM UMBRELLA LIABILITY POLICY
LIQUOR LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**A.** Paragraph **2.** of the **Cancellation** Common Policy Condition is replaced by the following:

**2.** We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

**a.** 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

**b.** 30 days before the effective date of cancellation if we cancel for any other reason.

After coverage has been in effect for more than 45 business days or after the effective date of a renewal of this policy, no notice of cancellation will be issued by us unless it is based on at least one of the following reasons:

**(1)** Nonpayment of premium;

**(2)** Discovery of fraud or material misrepresentation in the procurement of the insurance or with respect to any claims submitted under it;

**(3)** Discovery of willful or reckless acts or omissions by you that increase any hazard insured against;

**(4)** The occurrence of a change in the risk that substantially increases any hazard insured against after insurance coverage has been issued or renewed;

**(5)** A violation of any local fire, health, safety, building, or construction regulation or ordinance with respect to any covered property or its occupancy that substantially increases any hazard insured against;

**(6)** A determination by the Insurance Commissioner that the continuation of the policy would place us in violation of the insurance laws of this state;

**(7)** Your conviction of a crime having as one of its necessary elements an act increasing any hazard insured against; or

**(8)** Loss of or substantial changes in applicable reinsurance.

**B.** The following are added to the Common Policy Conditions and supersede any provisions to the contrary:

**1. Nonrenewal**

**a.** If we elect not to renew this policy, we will mail or deliver written notice of nonrenewal to the first Named Insured at least 45 days before:

**(1)** The expiration date of this policy; or

**(2)** An anniversary date of this policy, if it is written for a term longer than one year or with no fixed expiration date.

© ISO Properties, Inc., 2006       □

**b.** Any notice of nonrenewal will be mailed or delivered to the first Named Insured at the last mailing address known to us.

**c.** If notice is mailed:

   **(1)** It will be considered to have been given to the first Named Insured on the day it is mailed.

   **(2)** Proof of mailing will be sufficient proof of notice.

**d.** If notice of nonrenewal is **not** mailed or delivered at least 45 days before the expiration date or an anniversary date of this policy, coverage will remain in effect until 45 days after notice is given. Earned premium for such extended period of coverage will be calculated pro rata based on the rates applicable to the expiring policy.

**e.** We will **not** provide notice of nonrenewal if:

   **(1)** We, or another company within the same insurance group, have offered to issue a renewal policy; or

   **(2)** You have obtained replacement coverage or have agreed in writing to obtain replacement coverage.

**f.** If we have provided the required notice of nonrenewal as described in **B.1.a.** above, and thereafter extend the policy for a period of 90 days or less, we will **not** provide an additional nonrenewal notice with respect to the period of extension.

**2. Premium Or Coverage Changes At Renewal**

   **a.** If we elect to renew this policy, we will give written notice of any premium increase, change in deductible, or reduction in limits or coverage, to the first Named Insured, at the last mailing address known to us.

   **b.** Any such notice will be mailed or delivered to the first Named Insured at least 45 days before:

      **(1)** The expiration date of this policy; or

      **(2)** An anniversary date of this policy, if it is written for a term longer than one year or with no fixed expiration date.

**c.** If notice is mailed:

   **(1)** It will be considered to have been given to the first Named Insured on the day it is mailed.

   **(2)** Proof of mailing will be sufficient proof of notice.

**d.** If the first Named Insured accepts the renewal, the premium increase or coverage changes will be effective the day following the prior policy's expiration or anniversary date.

**e.** If notice is **not** mailed or delivered at least 45 days before the expiration date or anniversary date of this policy, the premium, deductible, limits and coverage in effect prior to the changes will remain in effect until:

   **(1)** 45 days after notice is given; or

   **(2)** The effective date of replacement coverage obtained by the insured;

   whichever occurs first.

   If the first Named Insured then elects **not** to renew, any earned premium for the resulting extended period of coverage will be calculated pro rata at the lower of the new rates or rates applicable to the expiring policy.

**f.** We will **not** provide notice of the following:

   **(1)** Changes in a rate or plan filed pursuant to the Property and Casualty Competitive Loss Cost Rating Act applicable to an entire class of business;

   **(2)** Changes which are based upon the altered nature or extent of the risk insured; or

   **(3)** Changes in policy forms filed with or approved by the Insurance Commissioner and applicable to an entire class of business.

 © ISO Properties, Inc., 2006 **IL 02 36 09 07**

COMMERCIAL INTERLINE
NA IL 01 02 12

# NATIONAL AMERICAN INSURANCE COMPANY

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## IDENTITY RECOVERY COVERAGE
### IDENTITY THEFT CASE MANAGEMENT SERVICE AND EXPENSE REIMBURSEMENT

This endorsement modifies insurance provided under the following:
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART

The following Identity Recovery Coverage has been endorsed onto your coverage form as a matter of convenience for policy issuance. The coverage and service provided under this endorsement are separate from the underlying coverage. Identity Recovery Coverage is a first party coverage that inures to benefit of the owners of the insured entity. Identity Recovery Coverage includes reimbursement of specified legal expenses, but such coverage is subject to the Identity Recovery coverage limit. Under Identity Recovery Coverage, we do not have a duty to defend the insured from claims or suits. The limit and deductible applicable to Identity Recovery Coverage are separate from and in addition to the limits and deductibles that apply to the underlying coverage. The Common Policy Conditions apply to coverage under this Identity Recovery Coverage.

The following is added as an Additional Coverage. If this is being endorsed onto a multi-section form, it is added to the Property section:

### IDENTITY RECOVERY COVERAGE

We will provide the Case Management Service and Expense Reimbursement Coverage indicated below if all of the following requirements are met:

1. There has been an "identity theft" involving the personal identity of an "identity recovery insured" under this policy; and

2. Such "identity theft" is first discovered by the "identity recovery insured" during the policy period for which this Identity Recovery Coverage is applicable; and

3. Such "identity theft" is reported to us within 60 days after it is first discovered by the "identity recovery insured."

If all three of the requirements listed above have been met, then we will provide the following to the "identity recovery insured":

1. **Case Management Service**

   Services of an "identity recovery case manager" as needed to respond to the "identity theft"; and

2. **Expense Reimbursement**

   Reimbursement of necessary and reasonable "identity recovery expenses" incurred as a direct result of the "identity theft."

This coverage is additional insurance.

### EXCLUSIONS

The following additional exclusions apply to this coverage:

We do not cover loss or expense arising from any of the following.

1. The theft of a professional or business identity.

2. Any fraudulent, dishonest or criminal act by an "identity recovery insured" or any person aiding or abetting an "identity recovery insured", or by any authorized representative of an "identity recovery insured", whether acting alone or in collusion with others. However, this exclusion shall not apply to the interests of an "identity recovery insured" who has no knowledge of or involvement in such fraud, dishonesty or criminal act.

3. An "identity theft" that is not reported in writing to the police.

### LIMITS

Case Management Service is available as needed for any one "identity theft" for up to 12 consecutive months from the inception of the service. Expenses we incur to provide Case Management Service do not reduce the amount of limit available for Expense Reimbursement Coverage.

Expense Reimbursement Coverage is subject to a limit of $15,000 annual aggregate per "identity recovery insured." Regardless of the number of claims, this limit is the most we will pay for the total of all loss or expense arising out of all "identity thefts" to any one "identity recovery insured" which are first discovered by the "identity recovery insured" during the present annual policy period. If an "identity theft" is first discovered in one policy period and continues

NA IL 01 02 12

Page 1 of 3

into other policy periods, all loss and expense arising from such "identity theft" will be subject to the aggregate limit applicable to the policy period when the "identity theft" was first discovered.

Legal costs as provided under item d. of the definition of "identity recovery expenses" are part of, and not in addition to, the Expense Reimbursement Coverage limit.

Item e. (Lost Wages) and item f. (Child and Elder Care Expenses) of the definition of "identity recovery expenses" are jointly subject to a sublimit of $5,000. This sublimit is part of, and not in addition to, the Expense Reimbursement Coverage limit. Coverage is limited to wages lost and expenses incurred within 12 months after the first discovery of the "identity theft" by the "identity recovery insured."

Item g. (Mental Health Counseling) of the definition of "identity recovery expenses" is subject to a sublimit of $1,000. This sublimit is part of, and not in addition to, the Expense Reimbursement Coverage limit. Coverage is limited to counseling that takes place within 12 months after the first discovery of the "identity theft" by the "identity recovery insured."

Item h. (Miscellaneous Unnamed Costs) of the definition of "identity recovery expenses" is subject to a sublimit of $1,000. This sublimit is part of, and not in addition to, the Expenses Reimbursement Coverage limit. Coverage is limited to costs incurred within 12 months after the first discovery of the "identity theft" by the "identity recovery insured."

## DEDUCTIBLE

Neither the Case Management Service nor the Expense Reimbursement Coverage is subject to a deductible.

## CONDITIONS

The following additional conditions apply to this coverage:

### A. Help Line

For assistance, the "identity recovery insured" should call the **Identity Recovery Help Line** at

1-866-221-3645.

The **Identity Recovery Help Line** can provide the "identity recovery insured" with:

1. Information and advice for how to respond to a possible "identity theft"; and

2. Instructions for how to submit a service request for Case Management Service and/or a claim form for Expense Reimbursement Coverage.

In some cases, we may provide Case Management services at our expense to an "identity recovery insured" prior to a determination that a covered "identity theft" has occurred. Our provision of such services is not an admission of liability under the policy. We reserve the right to deny further coverage or service if, after investigation, we determine

that a covered "identity theft" has not occurred.

As respects Expense Reimbursement Coverage, the "identity recovery insured" must send to us, within 60 days after our request, receipts, bills or other records that support his or her claim for "identity recovery expenses."

### B. Services

The following conditions apply as respects any services provided by us or our designees to any "identity recovery insured" under this endorsement:

1. Our ability to provide helpful services in the event of an "identity theft" depends on the cooperation, permission and assistance of the "identity recovery insured."

2. All services may not be available or applicable to all individuals. For example, "identity recovery insureds" who are minors or foreign nationals may not have credit records that can be provided or monitored. Service in Canada will be different from service in the United States and Puerto Rico in accordance with local conditions.

3. We do not warrant or guarantee that our services will end or eliminate all problems associated with an "identity theft" or prevent future "identity thefts."

## DEFINITIONS

With respect to the provisions of this endorsement only, the following definitions are added:

1. **"Identity Recovery Case Manager"** means one or more individuals assigned by us to assist an "identity recovery insured" with communications we deem necessary for re-establishing the integrity of the personal identity of the "identity recovery insured." This includes, with the permission and cooperation of the "identity recovery insured," written and telephone communications with law enforcement authorities, governmental agencies, credit agencies and individual creditors and businesses.

2. **"Identity Recovery Expenses"** means the following when they are reasonable and necessary expenses that are incurred as a direct result of an "identity theft":

   a. Costs for re-filing applications for loans, grants or other credit instruments that are rejected solely as a result of an "identity theft."

   b. Costs for notarizing affidavits or other similar documents, long distance telephone calls and postage solely as a result of your efforts to report an "identity theft" or amend or rectify records as to your true name or identity as a result of an "identity theft."

   c. Costs for credit reports from established credit bureaus.

   d. Fees and expenses for an attorney approved

NA IL 01 02 12

**Page 2 of 3**

by us for the following:

(1) The defense of any civil suit brought against an "identity recovery insured."

(2) The removal of any civil judgment wrongfully entered against an "identity recovery insured."

(3) Legal assistance for an "identity recovery insured" at an audit or hearing by a governmental agency.

(4) Legal assistance in challenging the accuracy of the "identity recovery insured☐s" consumer credit report.

(5) The defense of any criminal charges brought against an "identity recovery insured" arising from the actions of a third party using the personal identity of the "identity recovery insured."

e. Actual lost wages of the "identity recovery insured" for time reasonably and necessarily taken away from work and away from the work premises. Time away from work includes partial or whole work days. Actual lost wages may include payment for vacation days, discretionary days, floating holidays and paid personal days. Actual lost wages does not include sick days or any loss arising from time taken away from self employment. Necessary time off does not include time off to do tasks that could reasonably have been done during non-working hours.

f. Actual costs for supervision of children or elderly or infirm relatives or dependants of the "identity recovery insured" during time reasonably and necessarily taken away from such supervision. Such care must be provided by a professional care provider who is not a relative of the "identity recovery insured."

g. Actual costs for counseling from a licensed mental health professional. Such care must be provided by a professional care provider who is not a relative of the "identity recovery insured."

h. Any other reasonable costs necessarily incurred by an "identity recovery insured" as a direct result of the "identity theft."

(1) Such costs include:

(A) Costs by the "identity recovery insured" to recover control over his or her personal identity.

(B) Deductibles or service fees from financial institutions.

(2) Such costs do not include:

(A) Costs to avoid, prevent or detect "identity theft" or other loss.

(B) Money lost or stolen.

(C) Costs that are restricted or excluded elsewhere in this endorsement or policy.

3. **"Identity Recovery Insured"** means the following:

a. When the entity insured under this policy is a sole proprietorship, the "identity recovery insured" is the individual person who is the sole proprietor of the insured entity.

b. When the entity insured under this policy is a partnership, the "identity recovery insureds" are the current partners.

c. When the entity insured under this policy is a corporation or other organization, the "identity recovery insureds" are all individuals having an ownership position of 20% or more of the insured entity. However, if and only if there is no one who has such an ownership position, then the "identity recovery insured" shall be:

(1) The chief executive of the insured entity; or

(2) As respects a religious institution, the senior ministerial employee.

An "identity recovery insured" must always be an individual person. The entity insured under this policy is not an "identity recovery insured."

4. **"Identity Theft"** means the fraudulent use of the social security number or other method of identifying an "identity recovery insured." This includes fraudulently using the personal identity of an "identity recovery insured" to establish credit accounts, secure loans, enter into contracts or commit crimes.

"Identity theft" does not include the fraudulent use of a business name, d/b/a or any other method of identifying a business activity.

All other provisions of this policy apply.

POLICY NUMBER: **MP29540335**                                          **NA IL 05 01 20**

# NATIONAL AMERICAN INSURANCE COMPANY

## THIS ENDORSEMENT CHANGES THE POLICY.   PLEASE READ IT CAREFULLY.

# INTRA-POLICY ANTI-STACKING ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL AUTO COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
COMMERCIAL EXCESS LIABILITY COVERAGE PART

This policy may contain multiple coverage forms or endorsements that apply to a particular occurrence, offense, or loss.  Such forms or endorsements may also contain differing Limits of Insurance.  If coverage for a particular occurrence, offense or loss is provided by more than one coverage form or endorsement, the aggregate maximum Limit of Insurance under all coverage forms or endorsements shall not exceed the highest applicable Limit of Insurance under any one coverage form or endorsement, and payment shall be made under only one such coverage form or endorsement.

# NATIONAL AMERICAN INSURANCE COMPANY

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

<div style="border:1px solid black">

### BUILDING RELATED ILLNESS EXCLUSION

</div>

It is hereby understood and agreed that the insurance afforded by this policy shall not apply:

1.  To any liability for property damage, penalties, punitive damages, costs or expenses, personal injury, bodily injury, sickness, disease, occupational disease, disability, death, shock, fright, mental anguish or mental injury at any time arising out of **building related illness** or **sick building syndrome.**

2.  To any obligation of the insured to indemnify any party because of damage arising out of such property damage, penalties, punitive damages, costs or expenses, personal injury, bodily injury, sickness, disease, occupational disease, disability, death, shock, fright, mental anguish or mental injury at any time arising out of **building related illness** or **sick building syndrome.**

3.  To any obligation to defend any suit or claim against the insured or others alleging personal injury, bodily injury or property damage and seeking damages, costs and expenses or other relief, if such suit or claim arises out of property damage, penalties, punitive damages, personal injury, bodily injury, sickness, disease, occupational disease, disability, death, shock, fright, mental anguish or mental injury at any time arising out of **building related illness** or **sick building syndrome.**

4.  To any loss, cost or expense arising out of:

    a.  Any request, demand, order or obligation to investigate, perform tests, monitor, remediate, treat, detoxify, neutralize, remove, contain, relocate or in any way respond to or assess the cause or effects of **building related illness** or **sick building syndrome;** or

    b.  Any claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, remediation, treatment, detoxification, neutralization, removal, containment or other response to assess or remediate the cause or effects of **building related illness** or **sick building syndrome.**

**Building related illness** means when symptoms of a diagnosable illness or injury are identified or attributed to the conditions or quality of a structure or building's environment. This includes, but is not limited to, airborne building contaminants, inadequate ventilation or air quality, carbon dioxide, carbon monoxide, nitrogen dioxide, emissions from building materials, adhesives, carpeting, flooring, upholstery, furnishings, equipment, machines, tobacco smoke, pesticides, cleaning agents, radon, mold, pollen, viruses, bacteria, or other organic or toxic compounds and respirable particle matters.  Other potentially harmful building related conditions subject to this exclusion include, but are not limited to, lighting and lighting sources, audio transmissions or frequencies, problems with building temperature or humidification control or plumbing, dust and dust mites, long-term or multiple exposures to sensitizing chemicals or biogenic particles, poor building design or occupant activities.

**Sick building syndrome** means situations or claims in which any person experiences loss, damage, discomfort, injury, illness or adverse health effects directly or indirectly linked to the presence of such person or property in a building and to a **building related illness** but for which there is no specific cause identified or illness diagnosed.

NAICO-01 (Ed. 3/2002)                                                                 Page 1 of 1

# NATIONAL AMERICAN INSURANCE COMPANY

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## EXCLUSION - EXTERIOR INSULATION AND FINISH SYSTEMS (EIFS)

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

1. This insurance does not apply to "bodily injury", "property damage", "personal and advertising injury" that arises out of, is caused by, or is attributable to, whether in whole or in part, the following:

   a. The design, manufacture, sale, service, construction, fabrication, preparation, installation, application, maintenance or repair, including remodeling, service, correction, or replacement of an "exterior insulation and finish system" or "direct-applied exterior finish system" or any part thereof, or any substantially similar system or any part thereof, including the application or use of conditioners, primers, accessories, flashing, coatings, caulking or sealant in connection with such a system and including any method or procedure used to correct problems with installed or partially installed systems, that was performed by or on behalf of any insured; or

   b. Any work or operations conducted by or on behalf of any insured on or to an "exterior insulation and finish system" or "direct-applied exterior finish system" any component thereof, or any component of a building or structure to which an "exterior insulation and finish system" or "direct-applied exterior finish system" attaches that results, directly or indirectly, in the intrusion of water or moisture into or on any part of the building or structure on which you perform such work or operations.

   This exclusion shall also apply to any "bodily injury" or "property damage" for which any insured assumes liability in any part of any contract or agreement, regardless of whether such contract or agreement is an "insured contract".

2. SECTION V - DEFINITIONS is amended to include the following:

   a. "Exterior insulation and finish system" (commonly referred to as synthetic stucco or EIFS) means an exterior cladding or finish system and all component parts therein, used on any part of any structure, and consisting of:

      (1) A rigid or semi-rigid insulation board made of expanded polystyrene or other materials; and

      (2) The adhesive and/or mechanical fasteners used to attach the insulation board to the substrate; and

      (3) A reinforced or unreinforced base coat; and

      (4) A finish coat providing surface texture and color; and

      (5) Any flashing, caulking or sealant used with the system.

   b. "Direct-applied exterior finish system" (commonly referred to as DEFS) means an exterior cladding or finish system and all component parts therein used on any part of any structure, and consisting of:

      (1) A rigid or semi-rigid substrate; and

      (2) The adhesive and/or mechanical fasteners used to attach the substrate to the structure; and

      (3) A reinforced or unreinforced base coat; and

      (4) A finish coat providing surface texture and color; and

      (5) Any flashing, caulking or sealant used with the system.

NAICO-02 (6/2005)                                                                                          Page 1 of 1

# NATIONAL AMERICAN INSURANCE COMPANY
## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.
# SUBSIDENCE AND EARTH MOVEMENT EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
AUTO DEALERS COVERAGE FORM

This insurance does not apply to any loss, injury, or damage, whether direct or indirect, arising out of, caused by, resulting from, contributed to, or aggravated by the subsidence, settling, expansion, sinking, slipping, falling away, tilting, caving in, shifting, eroding, mud flow, rising, earthquake, or any other movement of land or earth, whether or not any of the foregoing emanate or arise from or are related to the operations of the insured or any other person for whose acts the insured is legally liable.

NAICO-13 (Ed. 8/2014)                                                                                           Page 1 of 1

# NATIONAL AMERICAN INSURANCE COMPANY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## CROSS SUITS EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL AUTO COVERAGE PART
COMMERCIAL UMBRELLA POLICY

This insurance does not apply to any liability arising out of any claim or suit by any named insured against any other named insured.

NAICO-22 (3/2007)

# NATIONAL AMERICAN INSURANCE COMPANY

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

## PUNITIVE OR EXEMPLARY DAMAGES EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL AUTO COVERAGE PART

Regardless of any other provision of this policy, this policy does not apply to punitive or exemplary damages.

NAICO753 (Ed. 4/2007)                                                                 Page 1 of 1